In The

United States District Court

Northern District of Illinois

**FILED**

FEB 2 0 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

LESTER DOBBEY, #R-16237,
(On Behalf of Inmates of Stateville C.C.),
Plaintiffs,

V.

Civil No. 13 C 1068

William Weilding, et al.,
Defendants.

## Motion for Class Action Certification Pursuant To Fed.R.Civ.P., Rule 23 (a)(b)(3)

Now comes Plaintiff, Lester Dobbey, (On Behalf of Inmates of Stateville C.C.), pro se, pursuant to the Federal Rules of Civil Procedure, Rule 23 (a)(b), moves this Honorable Court to grant Class Action Certification.

In Further Support, It Is Stated:

1. Plaintiff, Lester Dobbey, #R-16237, is a inmate in the custody of the Illinois Department of Corrections, housed at Stateville Correctional Center. At all times mentioned in the Complaint and herein, Plaintiff has lived

— 1 —

in Stateville Correctional Center.

2. Plaintiffs/Class Members, Inmates of Stateville Correctional Center, (Maximum), consist of Approximately One Thousand, Seven Hundred (1,700) Inmates. All who Are Similarly Situated as Plaintiff, Lester Dorsey, while living in Stateville C.C.,.

3. At All times mentioned herein, the 1,700 Inmates, were housed in Stateville Correctional Center, during the filing of Plaintiff, Lester Dorsey's, Complaint.

4. Plaintiffs/Class Members, the 1,700 Inmates were subjected to the Inadequate Prison Conditions of Stateville, where Class Members Also have to live with 1.) Unsanitary Birds And Vermon; 2.) Unbearable Lighting; 3.) Unsanitary Cells And Hazardous Showers, Food Carts And Ceilings/Building Roofs; 4.) Inadequate Ventilation; 5.) Inadequate Heating In Sub-Zero Temperatures; 6.) Inadequate Contaminated Drinking Water Supply; 7.) Deteriorating Health; And 8.) Inmate Living Units Hazardous And Unsafe

FOR HUMAN OCCUPANCY.

5. THE DEFENDANTS NAMED IN Plaintiff's Complaint, AS WELL AS, NUMEROUS UN-NAMED DEFENDANTS ARE RESPONSIBLE FOR the Adequate Keeping of Stateville, AS WELL AS, they ARE Also RESPONSIBLE FOR the INADEQUATE PRISON Conditions AS described in Plaintiff's Complaint And Above in PARAGRAPH NO. 4, IN violation OF Plaintiff And Class MEMBERS Eighth And FOURTEENTH Amendments OF the United States Constitution, WHERE the NAMED and the UN-NAMED DEFENDANTS have PERSONAL KNOWLEDGE OF the INADEQUATE PRISON Conditions AND ARE DELIBERATELY INDIFFERENT to those Serious PRISON Conditions And NEEDS, Constituting DELIBERATE INDIFFERENCE, CRUEL And UNUSUAL PUNISHMENT, NO DUE PROCESS, NOR EQUAL PROTECTION OF LAWS.

6. TO BE Eligible FOR CLASS ACTION CERTIFICATION, A lawsuit MUST MEET SEVERAL BASIC REQUIREMENTS. ONE OF the prerequisits ARE that the CLASS CERTIFICATION motion Should Show that the CASE MEETS the Standard Set out in RULE 23(a), Fed. R. Civ. P.,.

—3—

7. Rule 23(a)(1), States: "One or more members of a class may sue or be sued as representative parties on behalf of all members only if: (1) the class is so numerous that joinder of all members is impracticable." Here, the "Inmates of Stateville Correctional Center consist of approximately (1,700) Inmates," where listed below are (50) Inmates who have attested to having to also live in the exact same Inadequate Prison Conditions as Plaintiff, and as mentioned above in paragraph #4, moving as a class are:

1.) Jonathon Hernandez # R-66487
2.) Earl Kelly # A-90881
3.) Howard Bankston # M-08795
4.) Willie Bishop # R-13457
5.) Peter Lawrence # R-47586
6.) Willie Hayes # M-04544
7.) Lamont Brown # R-11214
8.) Johnathan Hilby # K-76997
9.) Arnold Joyner # N-31385
10.) Tyrone Williams # N-32277
11.) Eric George Golden # B-05324
12.) David Walker # N-62262
13.) Anthony Williams # B-18536
14.) Dante Handy # K-65841
15.) Willie Hall # B-45124
16.) Jeremy Jackson # R-18026
17.) Mashaun Laws # K-57321
18.) DeCory Franklin # R-28072
19.) Robert Barnes # M-04821
20.) Melvin Jordan # K-96712
21.) Antonio Kendrick # R-51546
22.) Marcos Gray # K-69488
23.) Demarco Brown # K-88409
24.) Corey Milner # R-15502
25.) Willie Norwood # A-72676
26.) Charles Pritchard # B-30468
27.) Darnell Lane # B-10582
28.) James Piggues # B-66041
29.) Alann Vega # R-04203
30.) Spanish Brown # B-69661

—4—

31.) Craig B. Harvey # R-15853
32.) Tristan Scaggs # R-67890
33) Grant Smith # B-50821
34.) Bernard Mims # R-55072
35.) Marvin Williams # K-67414
36.) James Pledge # R-34056
37.) Deshawn Collins # B-71295
38.) Marcus Blackwell # K-73027
39.) Richard Wash # K-66281
40.) Sandy Williams # N-53456
41.) Pierre James # R-14787
42.) Johnny Taylor # N-60922
43.) Cornelius Brown # R-09994
44.) Pierre Cole # M-09552
45.) Karl Haywood # R-40742
46.) William L. Peeples # N-32799
47.) Jarvis Jackson # B-71498
48.) Nathaniel Fields # N-71867
49.) Nevoria King # K-61237
50.) Alfonso Swanigan # R-49085

(See, Exhibits-1 thru 50) (Affidavits). Also see, Stewart v. Abraham, 275 F.3d 220, 226-27 (3d Cir. 2001) ("No minimum number of Plaintiffs is required to maintain a suit as a class action, but generally if the named Plaintiff demonstrates that the potential number of Plaintiffs exceeds 40, the first prong of Rule 23(a) has been met."); Cypress v. Newport News General & Nonsectarian Hospital Assn., 375 F.2d 648, 653 (4th Cir. 1976) (class of 18); Amone v. Aveiro, 226 F.R.D. 677, 684 (D. Haw. 2005) (class of 40).

8. Plaintiff Further avers that many of the other Inmates who live in Stateville C.C. (Maximum), He has No direct Contact With them to identify them and Retain Affidavits to Complete the Class. COMPARE, Grant v. Sullivan, 131 F.R.D. 436, 446 (M.D. PA. 1990) (the Fact that many Class Members' identities Could only be determined From defendants' Records, Supported Certification). As are Similar Circumstances here.

9. Rule 23(a)(2), States: "One or more members of a Class may sue or be sued as Representatives parties on behalf of All members only if: (2) there are questions of Law or Fact Common to the Class." Here, the Plaintiffs Challenge the Stateville Correctional Center's "Inadequate Prison Conditions," Which affected and affects All Inmates of Stateville, Where Defendants named and un-named have Personal Knowledge of these Inadequate Conditions, But Fails and/or Refuse to Correct such Inadequate Conditions, Violating these Inmates Freedoms to Be Free From Cruel and Unusual Punishment And Deliberate Indifference, Due Process and Equal Protection of Laws.

—6—

10. The "Question of Law or Fact Common to the Class" Requirement is met if there is one or more Common issues of Law or Fact as to all or most of the Class Members. Compare, Hassine v. Jeffes, 846 F. 2d 169, 180 (3d Cir. 1988)(Class Certification "is an especially appropriate vehicle for actions seeking prison reform")(citing, Coley v. Clinton, 635 F. 2d 1364 (8th Cir. 1980); Clarkson v. Coughlin, 783 F. Supp. 789, 797 (S.D.N.Y. 1992) (Class Actions "generally tend to be the norm" in prison conditions cases).


11. Rule 23 (a)(3), States: " One or More Members of a class may sue or be sued as Representative Parties on Behalf of all members only if: (3) the claims or defenses of the Representative Parties are typical of the claims or defenses of the class."

Here, the "Typicality" Requirement is met where the Name Plaintiff claims involve a "Common Element of Fact or Law" or "the same legal or Remedial theory" as the other class members claims. The Commonality between Plaintiff, Lester Dobbey, And the class Members are the violations of their 8th and 14th Amendment Rights to the U.S. Constitution, where they all

-7-

have SUFFERED Living in a Inadequate Prison Conditions. Compare,
Baby Neal v. Casey, 43 F.3d 48, 58 (3d Cir. 1994) ("...[C]ases
Challenging the Same Unlawful Conduct which affects both the
Named Plaintiffs And the Putative class usually Satisfy the
typicality Requirement irrespective of the varying fact patterns
underlying the individual claims."); Also compare, Bullock v.
Sheahan, 225 F.R.D. 227, 230 (N.D. Ill. 2004).

12. To meet the Requirement of Rule 23(a)(4),
Plaintiff, LESTER DOBBEY, (on Behalf of Inmates of Stateville C.C.)
has moved this Court for the Appoinment of Class Counsel.

13. The Class Members Respectfully Moves to Sue
Wardens: TERRY McCann, FRANK Shaw, Anthony Ramos, Marcus Hardy
And Michael Lemke, As well As, Engineers; Plumbers; Steamfitters;
Carpenters; And Brickmasons: Ralph Affinito, Raymond Brenczewski,
Ricardo Corral, ▮▮▮▮▮, Timothy Cragg, Kevin D'Arcy, Mark Flynn,
James Hondros, Douglas Jenco, Morris Kimbrough, Robert Krejci,
Anthony Lapaso, Robert Lepper, Jon Luchsinger, Paul Lutz,
William Porter, Dennis Santerelli, William Schriever, Michael Shaw,
Thomas Spencer, Michael Studer, Patrick Sweeney, Raymond Ulrich,

Joseph Vanduyne, Partick Volling, William Weilding, Eugene Wilhelmi, Julius Wroble, Barry Damon, Kevin Jaros, Mortell Jeffery, and James Louch, as well as, all of the un-named Defendants that may be responsible for the various Inadequate Prison Conditions, and violations of Plaintiff and Class Members 8th and 14th Amendment Rights to the U.S. Constitution.

Wherefore, Plaintiffs, Lester Dobbey, (on behalf of Inmates of Stateville C.C.), pro se, Respectfully asks this Court to grant Class Certification for those Plaintiffs named and un-named Class Members to sue the five Wardens of Stateville C.C., as well as, the Engineers, Plumbers, Steam-Fitters, Carpenters and Brickmasons, named above and those un-named. And Further asks for the appointment of Class Counsel.

Respectfully Submitted,

Subscribed and Sworn Before Me
on this, 7th Day of, February
2013.

/s/ ~~~~~
Lester Dobbey #R-16257
Stateville C.C.
P.O. Box 112
Joliet, IL 60434
(Pro se, Plaintiff.)

~~~~~
Notary Public.

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Commission Expires Jan 20, 2015

9-

Exhibit - 1

STATE OF ILLINOIS )
                  ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Jonathon Hernandez being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I Am a Inmate At Stateville correctional center. while living in here I suffered Inadequate prison conditions such as: unsanitary Birds and vermin, unbearable Lighting, unsanitary cells, Hazardous molded showers, unsanitary food carts, water leaks in the Roof, Inadequate ventilation, Inadequate Heating in freezing Temperatures Inadequate/contaminated Drinking water supply, And I live in a quarter living unit which is hazardous and unsafe for human occupancy, where The foundation is cracked all around and "All" of the support collums on the outside of the building is cracked from the bottom of the support collums all the way to the Top off the support collums, which statevilles Administration all the wardens while I lived here Known of these harmful conditions and The Engineers Know, but all of the fail to fix These problems Violating my 8th and 14th Amendments to The U.S Constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-3-13

/s/ Jonathon Hernandez
NAME: Jonthon Hernandez
IDOC#: R66447
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit-2

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF _____    )

## AFFIDAVIT

I, _EARL Kelly_ _____ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I Am EARL Kelly, A Inmate here At State-
Ville CorrectionAl Center. I hAve been here
In StAteVille, Since 2001. while living here, I
hAve suffered InAdequate Prison Conditions,
Such As: UnsAnitAry Birds And vermon, UnbeArAble
lighting, UnsnitARy Cells, HazArdous-molden Showers,
UnsAtARY Food CArts, wAter leaks in the Roof,
InAdequate VentilAton, InAdequate Heating in Freeing
TemperAture's, InAdequate/ContAminAted DrinKing
wAter supply, And I live in A QuArter living unit, which
Is HazArdous And unsAfe for HumAn OccupAncy, where
the foundAtion in the Building Are CRACKed All ARound,
And All support Collums on the outside of the Building Is
CRACKed from the Bottom, All the wAy to the Top.
    —continue on otheR side—

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: _2-1-2013_

/s/ _____
NAME: _Earl Kelly_
IDOC#: _A-90881_
_Statevill_ _____ Correctional Center
P.O. BOX _112_
_Joliet_ _____ IL _60434_

Exhibit - 3

STATE OF ILLINOIS )
                     ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Howard Bankston _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I Am A Inmate At Stateville correctional center. While living in here, I suffered Inadequate prison conditions such as unsanitary Birds and vermon, unbearable Lighting, unsanitory cells, Hazardous-molded showers, unsanitary food carts, Heating In sub zero temperatures, Inadequate/contaminated Drinking water supply and have to live in a Quarter unit which is Hazardous and unsafe for Human Occupancy, where the foundation in the building is cracked and All of support collums on the outside of the building which supports the structure of the building is cracked from the bottom of the support collums all the way to the top of the support collums Which stateville's Administration, All the way to the wardens while + lived here know of these harsh conditions, As well As the engineers All who have Fail to fix these problems Violating my 8th and 14th Amendments to the US. constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-5-13

/s/ Howard Bankston
NAME: Howard Bankston
IDOC#: M08795
stateville Correctional Center
P.O. BOX 112
Joliet IL 60434

Exhibit – 4

STATE OF ILLINOIS )
                  ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, _Lucille Bishop_____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

_There is a major mice infestation problem in the quarter units of Stateville. The Radium in the water that the residents of Stateville drinks from is very high. Birds Reside in the quarter units also dropping feces throughout the cell house. Spiders & Roaches are also a major problem. All of which are hazardous to ones Health._

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _2/1/13_____

/s/ _____
NAME: _Lucille Bishop_
IDOC#: _B13457_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_____, IL _60434_

Exhibit-5

STATE OF ILLINOIS )
) SS
COUNTY OF Will )

## AFFIDAVIT

I, Peter Lawrence _____ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I am an Inmate at Stateville Correctional Center. While living
in this prison, I suffered inadequate prison conditions such
as: Unsanitary bleeds and vermas, unbearable lighting, unsanitary
cells, hazardous-molded showers, unsanitary food carts, water
leakly from the roof, inadequate ventilation, inadequate heathy
in freezing temperatures, inadequate/contaminated water supply,
and I live in a quarter living unit which is hazardous and unsafe
for human occupancy, where the foundation in the building is
cracked all around, and all of the support collums is cracked
from the bottom. Stateville's administration, and all of the
wardens, past and present know of these harmful conditions,
All has failed to fix these problems. Violating my 8th and 14th
Amendments to the U.S. Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 2-2-13 _____

/s/ Peter _____
NAME: Peter Lawrence
IDOC#: R47586
Stateville _____ Correctional Center
P.O. BOX 112
Joliet _____ , IL 60434

Exhibit-6

STATE OF ILLINOIS )
                         ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, WILLIE HAYES _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate of Stateville correctional center. While living here, I've suffered. Inadequate, unacceptable Prison conditions, such as, unsanitary Birds, and vermin, unbearable lighting, unsanitary cells, Hazardous, molded showers, ventilation. Inadequate heating in sub-zero temperatures, Inadequate/contaminated drinking water supply, and I have to live in a Quarter living unit, which is Hazardous and unsafe for human occupancy, where the foundation in the building where I live is cracked, and all the support columns on the outside of the building, which support the structure of the building is cracked from the bottom of the support columns all the way to the top of the support columns. Which stateville's administration, all the wardens, while I lived here knew of these harsh conditions as well as the Engineers, all who have failed to fix these problems. Violating my 8th and 14th Amendments to the U.S. constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2/1/2013 _____

/s/ Willie Hayes

NAME: WILLIE HAYES
IDOC#: M04544
Stateville _____ Correctional Center
P.O. BOX 112
Joliet _____ , IL 60434

Exhibit—7

STATE OF ILLINOIS )
) SS
COUNTY OF WILL )

## AFFIDAVIT

I, LAMONT BROWN, Sr. being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I'm a inmate at Stateville correctional Center. While living in here, I suffered inadequate Prison conditions, such as: Unsanitary birds and vermon, unbearable lighting, unsanitary cell, Hazardous-molded showers, unsanitary food carts, Leakage in the ceiling/Roof, Inadequate Ventilation, Inadequate Heating In sub-Zero Temperatures, Inadequate/contaminated Drinking Water supply, and have to live in a quarter living unit which is Hazardous and unsafe for human occupancy, Where the Foundation in the building where I live is cracked, and "All" the support collums on the outside of the building, which supports the structure of the building is cracked from the bottom of the support collums all the way to the top of the support collums. Which Stateville's Administration, all the warden's, while I lived here Know of these harsh conditions, as well as, the Engineers, all who have fail to fix these problems. Violating my 8th and 14th Amendments to the U.S. Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Feb 1, 2013

/s/ Lamont Brown, Sr.
NAME: LAMONT BROWN, SR.
IDOC#: R11214
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434-0112

Exhibit-8

**STATE OF ILLINOIS** )
) SS
**COUNTY OF WILL** )

## AFFIDAVIT

I, Johnathan E. Hilby being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate at Stateville Correctional Center. While living in here, I suffered inadequate Prison conditions, as: unsanitary birds & vermon, unbearable lighting, unsanitary cells, hazardous isolated showers, unsanitary food carts, leakage in the roof, inadequate ventilation inadequate sub-zero tempature; contaminated drinking water supply, I have to live in a Quarter living unit which is hazardous & unsafe for human Occupancy, where the foundation in the building where I live is cracked, & "all" the support collums on the outside of the building, which suports the structure of the building is cracked from top to bottom, of the support collums. Which Stateville's Administration, all the wardens, while I lived here, knowing of these harsh conditions, as will as, the engeneers, all who have failed to fix these problems. Violating my 8th & 14th amendments to the U.S. Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Feb 1, 2013

/s/ Johnathan E. Hilby
NAME: Johnathan E. Hilby
IDOC#: K76997
Stateville Correctional Center
P.O. BOX 112
Joliet                IL 60434-0112

Exhibit – 9

STATE OF ILLINOIS                )
                                 ) SS
COUNTY OF _____               )

## AFFIDAVIT

I, Arnold Joyner N31385 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I'm a resident at Statenville Corr. Center, where living here I've suffered inadequate prison conditions compared to living in an abandon dwelling: Ants, Mice, Roaches, Birds unbearable lighting, Unsanitary cells, Mold, rain water from holes in the ceiling unsanitary food carts, Heating breaks often the water has high volumes of radium, staff don't drink the water & eat very little food cooked in water Cancer & Diabetes are on the rise because of a lack of healthcare Services These quarter units are hazardous & unsafe for human occupancy, The foundation in the walls & colums which support walls are cracked from Top to Bottom, The Warden, Maintenance & staff are aware of this because we've complain for yrs. about but to no avail, I believe any day now these units will fall upon us this is a violation of my 8th & 14th Amendment as well as their oath to uphold The Laws of these Beautiful U.S. of America.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Feb. 1st, 2013

/s/ Arnold Joyner
NAME: Arnold Joyner
IDOC#: N-31385
Statenville Correctional Center
P.O. BOX 112
Juliet , IL 60434

Exhibit - 10

STATE OF ILLINOIS )
) SS
COUNTY OF _WILL_ )

## AFFIDAVIT

I, _TYRONE WILLIAMS_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I AM A INMATE AT STATEVILLE CORRECTIONAL CENTER. WHILE LIVING IN HERE, I SUFFERED INADEQUATE PRISON CONDITIONS, SUCH AS: UNSANITARY BIRDS AND VERMO~~~~, UNSANITARY CELL'S HAZARDOUS-MOLDED SHOWER UNSANITARY FOOD CARTS, LEAKAGE OF WATER IN THE CELLING/ROO INADEQUATE VENTELATION, INADEQUATE HEATING IN SUB-ZERO TEMPERATURES, INADEQUATE/CONTAMINATED DRINKING WATER-SUPPLY AND HAVE TO LIVE IN A QUARTER LIVING UNIT WHICH IS HAZARDOUS AND UNSAFE FOR HUMAN OCCUPANCY, WHERE THE FOUNDATION IN THE BUILDING WHERE I LIVE IS CRACKED, AND "ALL" OF THE SUPPORT COLLUMS ON THE OUTSIDE OF THE BUILDING WHICH SUPPORTS THE STRUCTURE OF THE BUILDING IS CRACKED FROM THE BOTTOM OF THE SUPPORT COLLUMS ALL THE WAY TO THE TOP OF THE SUPPORT COLLUMS. WHICH STATEVILLE'S ADMENITRATION, ALL THE WARDENS WHILE I LIVED HERE KNOW OF THESE HARSH CONDITIONS, WELL AS, THE ENGINE ALL WHO HAVE FAIL TO FIX THESE PROBLEMS, THEREBY VEOLATING MY 8th AND 14th AMENDME

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _8—1—'13_

/s/ _____
NAME: _Tyrone Walla s_
IDOC#: _N-32277_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_, IL _60434_

STATE OF ILLINOIS )
) SS
COUNTY OF _(1)?ll_ )

Exhibit - 11

## AFFIDAVIT

I, Eric George Golden being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a inmate at Stateville C.C.. While living in here I've suffered inadequate prison conditions, such as: unsanitary Bird and vermans, unbearable lighting, unsanitary cells, hazardous, molded showers, unsanitary food carts, leakage in the ceiling/roof, inadequate ventilation, inadequate heating in sub-zero temperature, inadequate/contaminated drinking water supply, and I have to live in a quarter living unit which is hazardous and unsafe for human occupancy; where the foundation in the building where I live is cracked, and all the support colouns on the outside of the building, which supports the structure of the building is cracked from the bottom of the support colouns all the way to the top of the support colouns. which Stateville's administration, all the wardens, since I've lived here knows of these harsh conditions; as well as, the engineers, all whom have fail to fix these problems, violating my 8th and 14th Amendments to the U.S. Constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-1-13

/s/ Eric George Golden
NAME: Eric George Golden
IDOC#: B05224
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit - 12

STATE OF ILLINOIS )
                   ) SS
COUNTY OF _WILL_ )

## AFFIDAVIT

I, _DAVID D. WALKER_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I AM PRESENTLY HOUSED AT STATEVILLE CORR. CENTER, WHILE LIVING HERE, I'VE BEEN SUBJECTED TO INADEQUATE PRISON CONDITIONS, SUCH AS; UNSANITARY BIRDS AND MICE, THEIR WASTE, UNSANITARY FOOD CARTS, HAZARDOUS MOLD IN SHOWERS, LEAKING IN THE CEILING, UNSANITARY CELLS, UNBEARABLE LIGHTING, INADAQUATE VENTILATION, INADAQUATE HEATING IN COLD TEMPATURES, INADAQUATE AND CONTAMINATED DRINKING WATER SUPPLY, AND HAVE TO LIVE IN A QUARTER UNIT WHERE THE BUILDING FOUNDATION IS CRACKED, AND ALL THE SUPPORT COLLUMS ON THE OUTSIDE OF THE BUILDING THAT SUPPORT THE STRUCTURE OF THE BUILDING ARE CRACKED FROM THE BOTTOM TO TOP, STATEVILLES ADMINISTRATION KNOWS OF THESE HARSH CONDITIONS, AS WELL AS THE ENGINEERS, WHO FAIL TO FIX THESE PROBLEMS. VIOLATING MY 8th, 14th AMENDMENTS TO THE UNITED STATES CONSTITUTION

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-2-13

/s/ David Walker
NAME: N-62262
IDOC#: DAVID D. WALKER
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Exhibit-B

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Anthony Williams being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I am a inmate At Stateville Correctional Center
and Whit living here, I, suffered Inadequate
Prison Condition. Such as Unsanitary Birds, and
Vermon Unbearable, lighting Unsanitary Cells,
Hazardous - Molded, Showers, unsanitary Food
Carts, Water leaks in the Roof, Heating in Freezin
temperatures is inadequate. The water is
Contaminated in the living Quarter which i
Live. And the building i live in is Cracked
all around. And all the years, i Live here
the admistration from the wardens to the
engineers Knew of this harmful Conditions
and fail to Fix them. My Constitution 8th
and 14th has been Violated.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: Feb 1, 2013

/s/
NAME Anthony Williams
IDOC# B-18531
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit-14

STATE OF ILLINOIS     )
                       ) SS

COUNTY OF Will     )

## AFFIDAVIT

I, Dante Hardy _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I Am a inmate housed At stateville correctional center while living here, I have suffered inadequate Prison conditions Such AS: unsanitary Birds And Vermion, unbreaeble lighting, unsanitary Cells, Hazardous-molded showers, unsanitary Food carts water leaks in the Roof, inadequate Ventilation, inadequate heating in Freezing temperatures, inadequte/contaminated drinking water supply. And I live in a quater unit which is Hazardous and unsafe for human occupancy where the Foundation in the building is cracked All Around And All of the support collums on the outside of the building is cracked from the bottom support collums All the way to the top of the Collums which stateville Administration All the wardens and engineers All know of these conditions But Fail to Fix the problem violating my 8th ε 14th Amendment Rights to the U.S constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Feb 4th 2013

/s/ Dante Hardy
NAME: Dante Hardy
IDOC#: K65841
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit - 15

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Willie Hall B45124 _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I'm An Inmate Here at Stateville Correctional Center. While living Here I've Suffered, Inadequate prison conditions, Such as; unsanitary Birds & Vermon, unbearable lightings, unsanitary cells, Hazardous - molded Showers, unsanitary Food carts, leakage of water on ceilling/roof, inadequate ventilation, Inadequate Heating in Sub zero temperatures, inadequate/ contaminated Drinking water supply & have to live in a quarks living unit which is hazardous & unsafe for Human occupancy, where the foundation In the building where I live (Bravo House) Is cracked & "All" of the support Callums and the outside of the Building which Support the Structures of the Building are cracked from the Bottom of the support Callums All the way to the top of the support Collums. Stateville Administration & all the wardens whom I lived Here know of these Harsh conditions As well as the engineers. All who have Failed to Fix these problems, violating my 8th & 14th amendments to the us. constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-3-13 _____

/s/ _____
NAME: WILLIE HALL
IDOC#: B45124
STATEVILLE Correctional Center
P.O. BOX 112
Joliet _____, IL 60434

Exhibit -16

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF _____    )

## AFFIDAVIT

I, JEREMY JACKSON _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a inmate at stateville Correctional center while living in stateville, I have suffered inadequate Prison conditions, such as; Unsanitary birds and vermon, unbearable lighting, unsanitary cells, Hazardous molded showers, unsanitary Food carts, leakage of water in the ceiling/Roof inadequate ventilation- inadequate, heating in sub-zero temperatures inadequate/Contaminated drinking water supply, And have to live in a quarter living unit wish is hazardous and unsafe for human occupancy, where the foundation in the building where I am housed is cracked, and all of the support collums on the building outside, which supports. the structure of the building is cracked from the bottom of the support collums all the way to the top of the support collums. Which stateville's administration all the wardens, while I lived he Know of these harsh conditions, as well as the engineers, All who have fail to fix these problem, Violating my 8th and 14th

Continue on Back →

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-2-2013

/s/ _____
NAME: Jeremy Jackson
IDOC#: B18026
Stateville Correctional Center
P.O. BOX ~~1234~~ 112
Joliet _____, IL 60434

Exhibit - 17

STATE OF ILLINOIS )
                  ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, MASHAUN LAWS being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

Im a inmate At Stateville, while living here Jve suffered Inadequate conditions. Such as: Exposure to Vermin and Roaches Hazardous molded Showers, unsanitary food carts, unsanitary food trays & Drinking cups, Toxic-Contaminated Drinking water Stateville administration, wardens and staff All know of these Problems and Violations and they all have failed to address, fix-correct these Problems/Violations. This is a Violation of my 8th & 14th Amendment Right of the U.S. constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-1-2013

/s/ MShaun Laws
NAME: MASHAUN LAWS
IDOC#: K5-7321
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit – 18

STATE OF ILLINOIS )
                  ) SS
COUNTY OF Will    )

## AFFIDAVIT

I, Deasry Franklin _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I've been here in stateville for almost 10 years And since I have Been here the living conditions Have been Horable from Bird and ground Hogs to skunks And Rats the living quarter are even worse based upon where we Reside is in open space which the Rodants take advantage of and those sorly in the building do to the inadquate foundation they came threw the Hole and cracks of the Building it's constantly Debree falling faulty windows that Explode showers that are stained with Rust mold and soap scum 3 years straight are had little To No Hot water that is making guys sick Do to pollution and bacticRA food trays that are not propery washed food carts stained with Roach eggs spiders.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2/2/13

/s/ Deeof Franklin
NAME: Decovy Franklin
IDOC#: R28072
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

moths And All other types of Drugs You wouldn't believe
where we were handed out our sentences This
Exhibit - 18
is not what the Judge Had in mine to throw us
in cells with lights that our Damage/ns to our
Eye's with food thats tearing apart our insides
leaving us not able To Deficate with little to no
Assistance from medical were basically Deticarreathreg
this is not only unjust and molishes but unconstitutional
we file grevence about our living arrangement And they
look Down on us And Turn there backs leaving us to
knock at your DooR of Justice asking you To Step up
And step out against this Horrendis act that is taking place

At stateville corrections

Deeply Canley

Exhibit – 19

STATE OF ILLINOIS )
) SS
COUNTY OF Cook )

### AFFIDAVIT

I, Robert Barnes being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

As An inmate here at Stateville I've been Expose to Inadequate Conditions Such As Unsanitary cells, Hazardous Malded Showers, Unsanitary Food Carts, leaking Ceiling / Roof, I'm force to Drint Brown Water Which is Unsafe And Contaminated. Unsanitary Birds And Vermon The Living Units here at Stateville correctional Center are unsafe For Human occupancy. These Conditions Are Violating My 8th And 14th Amendments to The US Constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-3-2012

/s/ Robert Barnes
NAME: Robert Barnes
IDOC#: M-04821
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit - 20

STATE OF ILLINOIS )
) SS
COUNTY OF _Will_ )

## AFFIDAVIT

I, _Melvin Jordan_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a prisoner of the Illinois Dept. of Corrections, incarcerated in Stateville C.C., and assigned to a cell in housing unit B. While assigned to housing unit B, since 2008, I've been forced to live in deplorable conditions. These conditions include, but are not limited to, (1) an infestation of birds, insects and vermin; (2) unsanitary "multi-purpose" carts used for food delivery; (3) no cleaning materials to maintain clean/sanitary living conditions; (4) filthy, molded showers; (5) inadequate ventilation in the heat and inadequate heating in the cold; and (6) contaminated drinking water. These conditions/problems have not only existed since I've been incarcerated in Stateville, but everyone from the Wardens to the engineers are aware of this situation, yet no one has corrected the problems.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _2 / 2 /13_

/s/ _Melvin Jordan_
NAME: _Melvin Jordan_
IDOC#: _K96712_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_ , IL _60434_

Exhibit - 21

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF _Will_   )

## AFFIDAVIT

I, _Antonio Kendrick_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate at the Stateville Correctional Center. While residing at Stateville myself along with other prisoners have been subjected to extremely unsanitary conditions such as inadequate heating during the winter months coupled with broken windows; inadequate ventilation; dirty food carts and bird and vermin infestation. This institution also has a terrible mice problem where I often find mice inside of my commissary box and items causing me money.

The building where I reside also has a crack in its foundation which goes all the way to the top of the building. The conditions of my confinement are unconstitutional violating both my Eighth and Fourteenth Amendment rights

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _2/4/13_

/s/ _Antonio Kendrick_
NAME: _Antonio Kendrick_
IDOC#: _R57546_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_, IL _60434_

STATE OF ILLINOIS )

)SS

COUNTY OF WILL )

Exhibit - 22

## AFFIDAVIT

I, Marcos Gray, being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate at Stateville Center. While living in here, I'm subjected to unsanitary prison conditions, such as: unsanitary conditions due to bird and vermin infestation; unsanitary food carts, leakage in the ceiling, inadequate ventilation, inadequate heating n freezing weather due to broken windows, and living in a unit unfit for human occupancy. The Foundation in the buildings are cracked, and the support columns on the outside are cracked as well from the bottom to the tops of the support Columns. The Administration, wardens, all are aware of these unsanitary and dilapidated conditions; the engineer's as well, they also refuse to correct the problems violating my 8th & 14th Amendment rights of the U.S. Constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _____

/s/ Marcos Gray

NAME: Marcos Gray

IDOC#: K69988

Stateville Correctional Center

P.O. BOX 112

Joliet IL 60434

Exhibit - 23

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Demarco Brown #~~K-88409~~ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate at stateville correctional center. while currently serveing my sentence here over the past 8years; I've suffered inadequate prison conditions such as: unsanitary birds and vermoin (mouses) unbearable lighting, unsanitary cells (peeling-paint; etc.) hazardous/molded showers (lime crust on shower head) unsanitary food carts and food trays (left over food pieces stuck inside) water leaks in the roof, inadequate ventilation (Dust mites stuck & blowing out inadequate heating in freezing temperatures, inadequate/contaminated drinking water supply, inadequate and unsafe weight machines in the gym. Likewise the Quarter living unit where I'm housed is hazardous and unsafe for human occupancy, such as: hazardous cracks in the foundation as well as the support collums outside the building. The administration here at stateville (wardens) are aware of thee above grievances "yet they fail to fix them, violating my 8th and 14th amendments to the U.S constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _____

/s/ Demarco Brown-Bey
NAME: Demarco Brown-Bey
IDOC#: K-88409
Stateville Correctional Center
P.O. BOX 112
JOLIET, IL 60434

Exhibit – 24

STATE OF ILLINOIS )
)SS
COUNTY OF _____ )

## AFFIDAVIT

I, Corey Milner _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I Am A Inmate At Stateville Correctional Center. While living in here, I suffered Inadequate Prison Conditions Such As: Unsanitary Birds and vermon, Unbearable Lighting, Unsanitary cells, Hazardous Molded Showers, Unsanitary Food carts, Water Leaks in the roof; Inadequate Ventilation, Inadequate Heating in Freezing Temperatures, Inadequate/contaminated Drinking water supply, And I live in a quarter living unit which is hazardous and unsafe for human Occupancy, Where the foundation is cracked all around and "All" of the support collums on the outside of the building is cracked from the bottom of the support collums all the way to the top of the support Collums. Which Stateville's Administration, all the wardens, While I lived here Known of these harmful conditions and the Engineers Know, but all of the fail to fix there problems. Violating my 8th and 14th Admendments to the US Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-2-13

/s/ Corey Milner
NAME: Corey Milner
IDOC#: R-15502
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

EXhibit -25

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Willie Norwood _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I'm a inmate at Stateville correctional center. While living in here, I suffered inadequate prison conditions, such as: unsanitary Birds and vermon, unbearable lightings, unsanitary cells, hazardous molded showers, unsanitary food carts, water leaks in the roof, inadequate ventilation, inadequate heating in freezing temperatures, inadequate/ contaminated drinking water supply. And I live in a Quarter living unit, which is hazardous and unsafe for human occupancy, where the foundation in the building is cracked all around, and "All" of the support collums on the outside of the building is cracked from the bottom of the support collums all the way to the top of the support collums. Which stateville's administration, all the wardens, while I lived here know of these harmful conditions. This is a vidate of my 8th and 14th amendments to the u.s. constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-2-2013

/s/ Willie Norwood
NAME: Willie Norwood
IDOC#: A-72676
STATEVILLE Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit-26

STATE OF ILLINOIS )
                       )SS
COUNTY OF Will )

## AFFIDAVIT

I, Charles Pritcherd being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I Am A INMATE At STATEVILLE CORRECTIONAL CENTER. While living IN hERE. I INADQUATE PRISON CONDITIONS, SUCH AS: UNSANITARY BIRDS AND VERMON UNBEARABLE LIGHTING, UNSANITARY CELLS, HAZARDOUS molded SHOWERS, UNSANITARY FOOD CARTS, LEAKAGE IN THE CEILING/ROOF, INADEQUATE VENTILATION, INADEQUATE HEATING IN SUB-ZERO TEMPERATURES, INADEQUATE/CONTAMINATED DRIKING WATER SUPPLY, AND HAVE TO LIVE IN A QUARTER LIVING UNIT which is HAIZARDOUS AND UNSAFE FOR HUMAN OCCUPANCY. WHERE THE FOUNDATION IN THE building WHERE I LIVE IS CRACKED, AND All THE SUPPORT COLLUMS ON THE OUTSIDE OF THE Building, which SUPPORTS THE STRUCTORE OF THE Building IS CRACKED FROM THE BOTTOM OF THE SUPPORT COLLUMS All THE WAY TO THE TOP OF THE SUPPORT COLLUMS.

Continue on Back →

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-2-13

/s/ Charles Pritcherd
NAME: Charles Pritcherd
IDOC#: B-30468
StatVille Correctional Center
P.O. BOX 112
Joliet IL 60434

Exhibit — 27

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Darnell Lane _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate residing at Stateville Correctional Center while incarcerated at Stateville I have been subjugated to many inadequate living conditions such as: unsanitary birds flying around cellhouse and bird droppings, vermin; roaches, unsanitary cells; hazardous mold in showers, unsanitary food carts, leaking ceilings, inadequate ventilation, inadequate heat in sub-zero temperatures and contaminated water supply. These conditions are known by all of the administration wardens included as well as engineers and certified specialists that have been called to address said conditions but have failed to improve upon them in violation of my 8th and 14th amendments of the U.S. Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-3-13

/s/ Darnell Lane
NAME: Darnell Lane
IDOC#: B10582
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit - 28

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, _James Piggues_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a inmate at Stateville Correctional Center. While living in here, I've suffered inadequate prison conditions, such as: Unsanitary birds, roaches and vermin, Unbearable food carts, leakage of water in the celling/roof, inadequate ventilation, bird feces on the walls (back of 10 gallery B-House) inadequate heating, inadequate and contaminated drinking water supply, and I live in a quarter living unit which is hazardous and unsafe for human occupancy, where the foundation of the building where I live is cracked, and all the support columns on the outside of the building is cracked from the bottom of the support columns, all the way to the top of the support columns, which Stateville's Administration, all the wardens, while I lived here Know of these harsh and foul conditions, as well as the engineers, all who have failed to fix these problems, violating my 8th and 14th amendments to the U.S. Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _2/3/13_

/s/ _James Piggues_
NAME: _James Piggues_
IDOC#: _B66041_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_ , IL _60434_

Exhibit- 29

STATE OF ILLINOIS )
) SS
COUNTY OF _Will_ )

## AFFIDAVIT

I, _Alann Vega_ _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a inmate who has been residing at Stateville C.C since approximately 2006. While confined at this institution, el have been suffering from inadequate prison conditions; such as; Unsanitary birds and vermon, roaches, unbearable lighting, unsanitary cells, hazardous molded showers, unsanitary food carts, leakage of water in the ceiling/roof, inadequate ventilation, extreme heat during summer; inadequate heating in sub-zero temperatures, contaminated drinking water supply, and el live in a "quarter living" unit which is hazardous and unsafe for human occupancy, where the foundation of the building where el live is cracked, and all the support collums on the outside of the building is cracked from the bottom of the support collums, all the way to the top of the support collums which Stateville's administration, warden's, while el lived here know of these harsh & foul conditions, as well as, the engineers, all who have fail to fix these problems. Violating my 8th & 14th Amendment to the U.S. constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _1-3-13_

/s/

NAME: _Alann Vega_
IDOC#: _R04803_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_ , IL _60434_

STATE OF ILLINOIS )
) SS
COUNTY OF _WILL_ )

Exhibit - 30

#B-69661     AFFIDAVIT

I, SPANISH BROWN ___ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I AM A INMATE AT Stateville CORRECTIONAL Center.
While living IN Stateville, I have suffered inadequate
Prison conditions, such as: unsanitary birds and
vermung unbearable lighting, unsanitary cells, Hazardous-
Molded showers, unsanitary Food carts, leakage of
water in the ceiling/roof, inadequate ventilation,
inadequate Heating in sub-zero Temperatures,
inadequate/contaminated Drinking water supply, and
Have to live in A quarter living unit wish is
Hazardous and unsafe For Human occupancy, where
the Foundation in the building where I AM Housed
is cracked, and "all" of the support collums on
the building outside which supports the structure
of the building is cracked from the bottom of
the support collums all the way to the top of
the support collums, which stateville's administration,
All the wardens, while I lived Here know of these
Harsh conditions, as well as the Engineers, all who
have Fail to Fix these problem, violating my 8th
and 14th amendments to the u.s. Constitution,
Also Roaches Rodents "mice" are living in side the
desks and the vent of the cell which is A major

problem. AND I AM living IN it Everyday. END.



*Spanish Brown*

AFFIANT  B-69661

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 5th DAY February , 20 13

*Phyllis Baker*

NOTARY PUBLIC

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires Jan 19, 2015

Exhibit-31

STATE OF ILLINOIS )
                      )SS
COUNTY OF _Will_ )

## AFFIDAVIT

I, _CRAIG B. HARVEY_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

_I'VE BEEN AN INMATE HERE AT STATEVILLE CORRECTIONAL CENTER SINCE 2005. SINCE MY ARRIVAL I HAVE SUFFERED INADEQUATE PRISON CONDITIONS, SUCH AS: UNSANITARY BIRDS AND BIRD DROPPINGS, RODENTS, ROACHES, INADEQUATE LIGHTING, UNSANITARY CELLS, HAZARDOUS-MOLDEN SHOWERS, UNSANITARY FOOD CART, LEAKAGE OF WATER THROUGH THE CEILING/ROOF, INADEQUATE VENTILATION, INADEQUATE HEATING IN SUB-ZERO TEMPERATURES, INADEQUATE CONTAMINATED DRINKING WATER SUPPLY. THE LIVING QUATER UNIT IN WHICH I RESIDE IS HAZARDOUS, WHERE THE FOUNDATION OF THE BUILDING IS CRACKED, AND ALL THE SUPPORT COLUMNS OUTSIDE THE BUILDING ARE CRACKED FROM THE BOTTOM OF THE COLUMNS TO THE TOP OF THE COLUMNS. STATEVILLE'S ADMINISTRATION AND ALL THE WARDENS, SINCE I'VE LIVED HERE, ARE AWARE OF THESE HARSH AND FOUL CONDITIONS, AS WELL AS, THE ENGINEERS, ALL WHO HAVE FAILED TO FIX THESE PROBLEMS, THEREFORE, VIOLATING MY 8th AND 14th AMENDMENTS TO THE U.S. CONSTITUTION._

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _2-3-13_

/s/ _[signature]_
NAME: _CRAIG B. HARVEY_
IDOC#: _R-15853_
_STATEVILLE_ Correctional Center
P.O. BOX _112_
_JOLIET_ , IL _60434_

Exhibit-32

STATE OF ILLINOIS )
                    )SS
COUNTY OF Will )

## AFFIDAVIT

I, Tristan Scaggs being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I'm an inmate who has been residing at Stateville C.C. since 2008. While being here, I have suffered inadequate prison conditions such as: Unsanitary birds and their droppings, Rodents, Roaches, Insects, unbearable lighting, unsanitary cells, hazardous-molded showers, unsanitary food carts, leakage of water in the roof/ceiling, inadequate ventilation, extreme heat during summer, inadequate heating in sub-zero temperatures, Contaminated filthy drinking water supply, and the quarter unit I'm currently living in which is hazardous and unsafe for occupancy is cracked from its foundation of the building and all of the support columns outside of the building are cracked. The administration here at Stateville is aware of these inhumane conditions, therefore violating my rights and Fourteenth Amendments to the U.S. Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-8-13

/s/ Tristan Scaggs
NAME: Tristan Scaggs
IDOC#: B67890
Stateville Correctional Center
P.O. BOX 112
Joliet IL 60434

Exhibit—33

STATE OF ILLINOIS ) ) SS
COUNTY OF _Will_ )

## AFFIDAVIT

I, _GRANT SMITH_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a prisoner at the Stateville Correction Center in Joliet, Illinois while a prisoner here I have been living under foul and inadequate conditions. The food carts are unsanitary covered with Bird droppings, unbearable lighting, contaminated drinking water, unsanitary showers, Molded showers, paint chiped walls cracked walls & ceiling, leakage in ceiling, denied adequate seasonal clothing. The administration and wardens of Stateville know of these living conditions and have fail to do anything about it, they have chose to neglect them duty. This is violating my 8th and 14th amendments to the U.S. constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-5-13

/s/ _Grant Smith_
NAME: _GRANT SMITH_
IDOC#: _B50821_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_ , IL _60434_

Exhibit - 34

STATE OF ILLINOIS )
) SS
COUNTY OF Will )

## AFFIDAVIT

I, Bernard Mims _____ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I'm An inmate who has been residing at Stateville C.C. Since 2006.
While being Here. I have Suffered inadequate living Conditions
Such As: Unsanitary birds Flying around Around Cell House and
Bird droppings, Vermin roaches; unsanitary Cells Hazardous Mold in
Showers, unsanitary Food Carts, leaking Ceiling, inadequate Ventilation
inadequate Heat in Sub zero temperatures and Contaminated water
Supply. These Conditions are Known by all of the administration
Warden's included as well as engineers and Certified
Specialists that Have been Called to Address Said Conditions
But Have failed to improve upon them in Violation
of my 8th And 14th Amendments of the U.S Constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 2-3-13

/s/ _____

NAME: Bernard Mims

IDOC#: R-55072

Stateville Correctional Center

P.O. BOX 112

Joliet _____, IL 60434

Exhibit-35

STATE OF ILLINOIS )
)SS
COUNTY OF _____ )

## AFFIDAVIT

I, Marvin Williams _____ being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I am a prisoner at the Stateville Correction center in
Joliet, Illinois. While a prisoner here I have been living
under Inadequate conditions. Which are the following:
Birds and bird droppings, unbearable lighting, unsanitary
food carts, contaminated Drinking water, Dirty hazardous showers,
molded showers, leakage in ceiling/Roof, walls are cracked,
Denied adequate clothing For the season. Stateville C.C.
Administration, all the wardens, while I lived here know
of these on going conditions, also the engineers, All
who has chose to neglect their duty. Therefore, Violating
my 8th and 14th Amendments to the U.S. Constitution.
AFFIANT SAYETH FURTHER NOT

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 2-4-13

/s/ Mar____ Will___
NAME: MARVIN WILLIAMS
IDOC#: K67414
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit - 36

STATE OF ILLINOIS )
)SS
COUNTY OF _Will_ )

## AFFIDAVIT

I, _James Pledge_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate residing at Stateville correctional center while incarcerated at stateville I have been subjugated to many inadequate living conditions such as: unsanitary birds flying around cellhouse and bird droppins vermin, reaches, unsanitary cell hazardous mold in showers unsanitary food carts, leaking ceilings inadequate ventilation inadequate heat in sub zero temperatures and contaminated water supply. These conditions are known by all of the administration wardens included as well as engineers and certified specialists that have been called to address said conditions but have failed to impose upon them in violation of my 8th and 14th amendments of the U.S. constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-3-13

/s/ _James Pledge_
NAME: _James Pledge_
IDOC#: _R34056_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_ IL _60434_

Exhibit-37

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, DESHAWN Collins being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I am a Inmate at Stateville Correctional Center while
living in Here, I suffered Inadequate Prison Conditions, such
as: Unsanitary Birds and Vermon, Unbearable lighting, Unsanitary
cells, Hazardous-molded showers, Unsanitary food carts, water leaks
in the rmf Inadequate Ventilation, Inadequate heating in Freezing
temperatures, Inadequate/Contaminated Drinking water supply,
And I live in a Quarter living unit, which is Hazardous and
unsafe For human Occupancy, where the foundation in the Building
is cracked all around, And "All" of the support collums on the outside
of the Building is cracked from the bottom of the support collums all the way
to the top of the support collums. Which Stateville's Administration, All the wardens,
while I lived here know of these harmful Conditions, And the Engineers know,
But All of them Fail to Fix these problems. Violating my 8th and 14th Amen-
-dments to the United States Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: Feb 3, 2013

/s/ DeShawn Collins
NAME: DeShawn Collins
IDOC#: B-71395
STATEVILLE Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit-38

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Marcus Blackwell ___ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a Inmate at Statville correctional Centere. While living in here; I suffered Inadequate prison conditions; Such as: Unsanitary Birds and Vermon, Unbearable Lighting, Unsanitary cells, Hazardous-Molded showers, unsanitary food carts, Water Leaks in the roof, Inadequate ventilation, Inadequate heating in freezing temperatures; Inadequate / Contaminated drinking water supply; and I live in a Quarter living unit, which is Hazardous and unsafe for human occupancy; where the foundation in the building is cracked from the bottom of the support Collums all the way to the top of the support collums, Which Stateville administration, all the Wardens, While I lived here, know of the these harmful conditions, and the engineers know, But all of them fail to fix these problems. Violating my 8th and 14th Amendments to the U.S. Constitution. I hope no retaliation Is brough forth.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Feb 3, 2013

/s/ _____

NAME: Marcus Blackwell

IDOC#: K-73027

_____ Correctional Center

P.O. BOX 112

Joliet _____, IL 60434

Exhibit - 39

STATE OF ILLINOIS )
                   ) SS
COUNTY OF _____ )


## AFFIDAVIT

I, _Richard Wash_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a Inmate at Stateville correctional Center while living in here. I Suffered Inadequate prison conditions Such as: unsanitary Birds and Vermon, Intolerable lighting, unsanitary Cells, Hazordous-molded Showers, unsanitary food Cart Venting in frigid temperatures, Inadequate Ventilation, Inadequate water heats in the Cold, Inadequate Drinking water I live in a Quarter living unit which is Hazordous and unsafe for Human Occupancy where the foundation in the Building is Cracked all Around and all of the Support Collums on the Outside of the Building is Cracked from the Bottom of the Support Collums all the way to the top which Stateville administration, all the Wardens while I lived here Knew of these harmful conditions and the Engineers Knew too all fail to fix it required him. Violating My 8th and 14th amendments.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-3-13

/s/ _Richard Engram_
NAME: _Richard Wash_
IDOC#: _B66291_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_, IL _60438_

Exhibit-40

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Sandy Williams being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am A Inmate At Starkville Correctional Center while living in Here, I suffered Inadequate Prision Conditions such As unsanitary Birds and vermion unbearable lighting unsanitary cells Hazardous molded showers Unsanitary food carts; water leakes in the roof. I live in a Overulea living unit which is Hazardous And unsafe for human Occupancy where the foundation in the Building is cracking from the bottom of the support colluns on the east side while I lived Here Know of these harmful condition And the Engineers Knows Best All of those to fix these problems Violating my 8th And of th Amendments to the United States constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Feb 3, 2013

/s/ Sandy Williams
NAME: SANDY WILLIAMS
IDOC#: N-52456
Stateville N-52456 Correctional Center
Joliet P.O. BOX 112
Joliet , IL 60434

Exhibit - 41

STATE OF ILLINOIS )
) SS
COUNTY OF Will )

## AFFIDAVIT

I, Pierre James _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate at Stateville Corr. Ctr. While living in here, I suffered in-adequate prison conditions, such as: Unsanitary birds and vermon, Unbearable lighting, Unsanitary cells, Hazardous - Molded showers, cells, showers, food carts water leaks in roofs, inadequate ventalation & water supply. And I live in a Quarter living unit, which is hazardous and unsafe for human occupancy where the foundation of the building is cracked all around, and all of the bottom of support beams/collums on the outside of the building is cracked to the top. Which Stateville's Administration, all the wardens, while I lived here Know of these harmful conditions, and engineers know, But all of them fail to fix these problems. Violating my 8th and 14th amendments to the U.S. const. I have filed a dozen grievances regarding these matters.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2/3/2013

/s/ Pierre James
NAME: PIERRE JAMES
IDOC#: R-14787
Stateville Correctional Center
P.O. BOX 112
Joliet IL 60434

Exhibit - 42

STATE OF ILLINOIS )
)SS
COUNTY OF _____ )

## AFFIDAVIT

I, JOHNNY TAYLOR being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a inmate at stateville correctional center while living here, I suffered Inadequate prison conditions, such as unsanitary Birds flying around and Vermain, bad lighting unsanitory cell Dirty molded showers unsanitary Food carts rain water leaking through Roof. No ventilation, inadequate Heating in very cold temperture, contaminated drinking water. Cell House is unsafe for Human occupancy, foundation of building is crack from the bottom of support collum's All the way to top of support column stateville administrations and All Warden while I live here are aware of these harmful condition and the engineers Know they fell to fix the problem in violation of my 8th + 14th Adonendment of the U.S. constitution. I hope No retaliation is Brought upon me for this complaint.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Feb 3 2013

/s/ Johnny Taylor

NAME: Johnny Taylor
IDOC#: N60922
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Exhibit - 43

STATE OF ILLINOIS )
                    ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, _Cornelius Brown_ #R09994 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a Inmate at Stateville Correctional Center, while living in here, I suffered Inadequate Prison Conditions, Such as: Unsanitary Birds and vermont, Unbearable Lighting, Unsanitary cells, Hazardous-molded showers, Unsanitary food Cart, water leaks in the roof, Inadequate Ventilation, Inadequate Heating in Freezing temperatures, Inadequate/Contaminated Drinking water Supply, And I live in a Quarter Living Unit, which is Hazardous and Unsafe for Human occupancy, where the foundation in the Building is Cracked all Around, and "All" of the support Collums, which Stateville's Administration, All the wardens, while I lived here know of these Harmful Conditions, and the Engineers know But All of them Fail to fix these problems. Violating my 8th and 14th Amendments to the U.S. Constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-3-13

/s/ Cornel Brn
NAME: Cornelius Brown
IDOC#: R09994
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_ , IL _60434_

Exhibit-44

STATE OF ILLINOIS )
) SS
COUNTY OF _____ )

## AFFIDAVIT

I, Pierre Cole mo9552 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am an inmate at stateville correctional center while living in here I suffered Inadequate Prison Conditions such as' unsanitary bird and Vermen, unbearable lighting, unsanitary cells, Hazardous molded showers, unbearable Feeding Carts, Water leaks in the roof, Inadequate Ventilation, Inadequate Heating in freezing Temperatures, Inadequate/ Contaminated Drinking water supply, And I live in a Quarter living unit which is Hazardous And unsafe for Human occupancy, where the Foundation in the building is cracked all around, And "All" of the support Collums on the outside of the building is cracked from the Bottom of the Support Collums all the way To the top of the support Collums. which all of state-villes Administrations, All the wardens, while i've lived here know of these harmful conditions, and the engineers know, But all of them fail to fix these Problems. Violating my 8th and 14th Amendments to the US constitution.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 3 Feb 2013 _____

/s/ Pierre Cole
NAME: Pierre Cole
IDOC#: mo9552
Stateville Correctional Center
P.O. BOX 112
Joliet _____, IL 60434

Exhibit – 45

STATE OF ILLINOIS )
)SS
COUNTY OF _____ )

## AFFIDAVIT

I, KARL HAYWOOD R-40742 being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a Inmate at Stateville Correctional Center, while living in here I suffered Inadequate Prison Conditions, such as: Unsanitary Birds and vermon, unbearable Lighting, Unsanitary cells Hazardous-molded showers, Unsanitary food carts, water leaks in the Roof, Inadequate Ventilation, Inadequate heating in freezing temperatures, Inadequate/Contaminated drinking water Supply and I live in a Quarter living Unit which is, Hazardous

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/l 09, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2-3-2013

/s/ Karl Haywood
NAME: KARL HAYWOOD
IDOC#: R-40742
Stateville Correctional Center
P.O. BOX 112
Joliet , IL 60434

Exhibit-46

STATE OF ILLINOIS )
                   ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, _William Peeples N32799_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am currently incarcerated at Stateville Corr. Cntr and have been since 1-31-03. During my time here I have endured and suffered through myriad inhumane prison conditions i.e cell-houses infested with mice, roaches and birds, unbearable lighting, insufficient ventilation, filthy cells, disgusting and nutritionally inadequate food, germ and mold infested showers, hazardous electrical wiring and out-lets that literally shoot sparks! unbearably cold in the winter, and insufferably hot in the summer living conditions. A water supply full of carcinogenic substances at dangerously high levels. These conditions have been constant and continuous irrespective of administrational changes. Each Administation has been apprised and informed of these horrid conditions and has failed dismally to do anything substantive to correct or ameliorate said conditions.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _2-6-13_

/s/
NAME: _William L. Peeples_
IDOC#: _N32799_
_Stateville_ Correctional Center
P.O. BOX _112_
_Joliet_ , IL _60434_

Exhibit-47

STATE OF ILLINOIS )
                  ) SS
COUNTY OF Will    )

### AFFIDAVIT

I, Lewis Jackson _____ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I AM A INMATE HOUSED AT STATEVILLE CORRECTIONAL CENTER. WHILE LIVING HERE, I HAVE SUFFERED INADEQUATE PRISON CONDITIONS, SUCH AS UNSANITARY BIRDS AND VERMIN, UNBEARABLE LIGHTING, UNSANITARY CELLS, HAZARDOUS-MOLDED SHOWERS, UNSANITARY FOOD CARTS, WATER LEAKS IN THE ROOF, INADEQUATE VENTILATION, INADEQUATE HEATING IN FREEZING TEMPERATURES, INADEQUATE/CONTAMINATED DRINKING WATER SUPPLY. AND I LIVE IN A QUARTER LIVING UNIT, WHICH IS HAZARDOUS AND UNSAFE FOR HUMAN OCCUPANCY, WHERE THE FOUNDATION IN THE ROTUNDA IS CRACKED ALL AROUND, AND "ALL" OF THE SUPPORT COLUMNS ON THE OUTSIDE OF THE BUILDING IS CRACKED FROM THE BOTTOM OF THE SUPPORT COLUMNS ALL THE WAY TO THE TOP OF THE SUPPORT COLUMNS. WHICH STATEVILLE ADMINISTRATION, ALL THE WARDENS AND ENGINEERS, ALL KNOW OF THESE HARMFUL CONDITIONS, BUT ALL FAIL TO FIX THE PROBLEM, VIOLATING MY 8TH AND 14th AMENDMENT RIGHTS TO THE US-CONSTITUTION.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: FEB. 4, 2013

/s/ Lewis Jackson
NAME: Lewis Jackson
IDOC#: B71408
STATEVILLE Correctional Center
P.O. BOX 112
JOLIET , IL 60434

Exhibit - 48

STATE OF ILLINOIS )
) SS
COUNTY OF  Will )

## AFFIDAVIT

I, Nathaniel Fields  being first duly sworn under oath depose and state
that the foregoing is true and correct and made upon my personal knowledge and I
am competent to testify thereto.

I Am a Inmate leved at Statville Correctional Center while
living here, I have suffered Inadequate Prison Conditions, Such
as: unsanitary Birds and Vermin, unbearable lighting, unsanitary
cells, Hazardous Molded Inadaquate Ventilation, Inadaquate
Heating in cold Temperatures, Inadaquate and contaminated
Drinking water supply, And have to live in A Quarter unit
where the building foundation is cracked, And All the
support collums on the outside of the Building that
support the Structure of the Building and cracked
from the Bottom to Top. Statvilles Administration
Knows of these Harsh Conditions, As well as the Engineers,
who fail to fix these problems, violating My 8th, 14th
Amendments to the united States Constitution

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1 09, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 2-4-13

/s/ Nathaniel Fields
NAME: Nathaniel Fields
IDOC#: N-71867
Statville  Correctional Center
P.O. BOX  112
Joliet  , IL 60434

Exhibit-49

STATE OF ILLINOIS )
) SS
COUNTY OF _WILL_ )

## AFFIDAVIT

I, _NEVORIA KING_ being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I AM AN INMATE HOUSED AT STATEVILLE CORRECTIONAL CENTER. WHILE LIVING HERE; I HAVE SUFFERED INADEQUATE PRISON CONDITIONS, SUCH AS: UNSANITARY BIRDS AND VERMON, UNBEARABLE LIGHTING, UNSANITARY CELLS, HAZARDOUS MOLDED SHOWERS, UNSANITARY FOOD CARTS, WATER LEAKS IN THE ROOF, INADEQUATE VENTILATION, INADEQUATE HEATING IN FREEZING TEMPERATURES, INADEQUATE/CONTAMINATED DRINKING WATER/SUPPLY, AND I LIVE IN A QUARTER UNIT WHICH IS HAZARDOUS AND UNSAFE FOR HUMAN OCCUPANCY, WHERE THE FOUNDATION IN THE BUILDING IS CRACKED ALL AROUND, AND "ALL" OF THE SUPPORT COLUMNS ON THE OUTSIDE OF THE BUILDING IS CRACKED FROM THE BOTTOM OF THE SUPPORT COLUMNS TO THE TOP OF THE SUPPORT COLUMNS, WHICH THE STATEVILLE ADMINISTRATION, ALL THE WARDENS AND ENGINEERS, ALL KNOW OF THESE HARMFUL CONDITIONS, BUT ALL FAIL TO FIX THE PROBLEM, VIOLATING MY 8TH AND 14TH AMENDMENT RIGHTS TO THE U.S. CONSTITUTION.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _FEB. 3, 2013_

/s/ _Nevoria King_
NAME: _NEVORIA KING_
IDOC#: _K-61237_
_STATEVILL_ Correctional Center
P.O. BOX _112_
_JOLIET,_ IL _60434_

Exhibit - 50

STATE OF ILLINOIS )
)SS
COUNTY OF Will )

## AFFIDAVIT

I, Alfonso Swanigan being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I am a Inmate at Stateville Correctional Center. While living in here, I suffered Inadequate Prison conditions, such as; Unsanitary birds and vermon, Unbearable Lighting, Unsanitary Cells, Hazardous - mold showers, Unsanitary Food Carts, Leakage of water in the ceiling/Roof, Inadequate Ventilation, Inadequate heating IN sub-zero temperatures, Inadequate/Contaminated Drinking water supply, and have to live in a Quarter living unit which is Hazardous and unsafe for human occupance where the foundation in the building where I live is cracked, and "all" of the support collums on the outside of the building, which supports the structure of the building is cracked from the bottom of the support collums all the way to the top of the support collums, Which Stateville's Administration, all the wardens, while I lived here, Know of these harsh conditions, as well as the engineers; all who have fail to fix these problems, Violating my 8th and 14th Amendments to the U.S, Constitution,

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2.5.13.

/s/ Alfonso Swanigan
NAME: ALFONSO SWANIGAN
IDOC#: R-49085
Stateville Correctional Center
P.O. BOX 112
Joliet IL 60434