

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

LESTER DOBBEY, R16237,

Plaintiff(s),

v.

WILLIAM WEILDING, et al,

Defendant(s).

Case No. 13 C 1068
Judge Robert M. Dow

### ORDER

ENTER ORDER GRANTING CLASS CERTIFICATION.

Date: 1/23/2014

_____
Robert M. Dow, Jr., U.S.D.C. Judge

( : )

FILED FOR DOCKETING
ED-6
9-03

2014 JAN 24 PM 12: 12

CLERK
U.S. DISTRICT COURT

Rev. 10/2013