IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LESTER DOBBEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 13 C 1068 |
| | ) | |
| MICHAEL STUDER, et al.,[1] | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| Defendants. | ) | Mag. Judge Mary M. Rowland |

**PLAINTIFF'S UNOPPOSED MOTION
TO SUBSTITUTE AND WITHDRAW COUNSEL**

Plaintiff, LESTER DOBBEY, by and through his attorneys, Loevy & Loevy, respectfully moves this Court to substitute Loevy & Loevy as Plaintiff's counsel of record and withdraw Plaintiff's current counsel, Brinks, Gilson & Lione. In support of his motion, Plaintiff states as follows:

1. In February 2013, Mr. Dobbey filed his complaint *pro se* and also filed a motion for recruitment of counsel. The Court granted Plaintiff's motion and recruited Brinks, Gilson & Lione to represent him in this matter. Brinks, Gilson & Lione happily accepted the Court's recruitment and ably represented Plaintiff.

2. Plaintiff has since retained Loevy & Loevy, an experienced civil rights firm, to represent him in this proceeding. Loevy & Loevy now seeks leave from this Court to appear on Plaintiff's behalf.

---

[1] The caption in this case previously read "Dobbey, et al. v. Wielding, et al." William Wielding was terminated as a defendant on January 7, 2014, when Plaintiff filed his Revised Second Amended Complaint (Doc. No. 35). As such, Michael Studer is currently the first named Defendant that remains a party in this case.

3. Plaintiff's prior counsel, Brinks, Gilson & Lione, wishes to withdraw its appearance accordingly.

4. On April 2, 2014, Defendants' counsel informed Plaintiff that Defendants do not oppose his Motion.

WHEREFORE, Plaintiff respectfully moves this Court to enter an Order granting Loevy & Loevy leave to enter an appearance on his behalf and permitting his current counsel, Brinks, Gilson & Lione, to withdraw its appearance in this matter, or for any other relief this Court deems necessary.

                                                                                                 Respectfully submitted,

                                                                                                  /s/ Sarah Grady
                                                                                                  Sarah Grady
                                                                                                  *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Vincenzo Field
Sarah Grady
LOEVY & LOEVY
312 North May Street, Ste. 100
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

      I, Sarah Grady, an attorney, certify that on April 2, 2014, I caused the foregoing Plaintiff's Unopposed Motion to Substitute and Withdraw Counsel to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

Kevin R. Lovellette
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6131

                                                  /s/ Sarah Grady
                                                  Sarah Grady
                                                  *One of Plaintiff's Attorneys*