# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Dobbey et al. v. Weilding et al.

Case Number: 13-cv-01068

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| **NAME (Type or print)**<br>Sarah Grady | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Sarah Grady | |
| **FIRM**<br>Loevy & Loevy | |
| **STREET ADDRESS**<br>312 N. May Street, Suite 100 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60607 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6312933 | **TELEPHONE NUMBER**<br>312-243-5900 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐