**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Dobbey, et al. , Plaintiff(s), v. Weilding, et al. , Defendant(s). | Case No. 13-cv-1068 Judge Robert M. Dow |

## ORDER

Upon review of the motion for consideration on how to proceed for damages [160] filed by Mr. Arthur Dent, the Court advises Mr. Dent that counsel for class are Ms. Heather Lewis Donnell and Ms. Sarah Copeland Grady of the Loevy & Loevy law firm, 311 N. Aberdeen Street, 3rd floor, Chicago, IL 60607. Mr. Dent should write to counsel if he would like any information about the pleadings or the current status of the case. At present, the case is an injunctive relief only class action. If Mr. Dent wishes to pursue an action for damages, he must file a separate lawsuit. The Clerk is requested to send a copy of this order to Mr. Arthur Dent, ID # N-98560, P.O. Box 112, Joliet, IL 60434.

Date: 1/10/2018                               /s/ Robert M. Dow, Jr.
                                              United States District Judge