Lester Dobbey
                    Plaintiff,

v.                                              Case No.: 1:13‑cv‑01068
                                                Honorable Robert M. Dow Jr.

William Weilding, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2018:

    MINUTE entry before the Honorable Robert M. Dow, Jr: By agreement of the parties, settlement conference is continued to 6/12/2018 at 10:30 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.