**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LESTER DOBBEY, et al., | ) | |
| Plaintiffs, | ) ) ) | Case No. 13-cv-1068 |
| v. | ) ) ) | Judge Robert M. Dow, Jr. |
| MICHAEL STUDER, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

    Without objection, Plaintiff's motion for appointment of an expert pursuant to Federal Rule of Evidence 706(a) [154] is granted in part. After consultation with the parties and the proposed expert, the Court appoints Bruce S. Kaskel, RA, SE, LEED AP, a principal in the firm of Wiss, Janney, Elstner Associates, Inc., to work with the Court and the parties as discussed with counsel at the most recent settlement conference. The Court has proposed that Mr. Kaskel be compensated by the District Court Fund up to the limits allowable under the Court's rules and operating procedures and will request Executive Committee approval to proceed on that basis. The complete terms of Mr. Kaskel's retention by the Court will be discussed at a future status hearing and/or settlement conference and formalized in a future order. In the meantime, the Court thanks Mr. Kaskel for his willingness to serve in this capacity. This case remains set for settlement conference on 9/24/2018 at 10:30 a.m.

Dated: September 5, 2018

                                                                  Robert M. Dow, Jr.
                                                                   United States District Judge