UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Lester Dobbey

                        Plaintiff,

v.                                                         Case No.: 1:13–cv–01068
                                                            Honorable Robert M. Dow Jr.

William Weilding, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 3, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held on named Plaintiff Lester Dobbeys motion for appointment of new class counsel [176]. As discussed on the record, the parties (including class counsel) are given until October 24, 2018 to file a brief addressing their respective positions on the motion. Mr. Dobbey may request more time to file his brief if he is unable to research and draft his brief before that deadline. The Court's preliminary research indicates that class counsel have a duty to represent the interests of the class as a whole, not simply the interests of named plaintiffs. Fed. R. Civ. P. 23(g)(4). Thus, as provided in the Advisory Committee notes to Rule 23(g), class representatives do not have an unfettered right to fire class counsel. As the court explained in Orlowski v. Dominick's Finer Foods, Inc., 1998 WL 161020, at *4 n.10 (N.D. Ill. Mar. 31, 1998), "[a]lthough the named Plaintiffs may choose their attorneys, the District Court has the final say about whether that choice is acceptable. The District Court also determines whether the named Plaintiffs, themselves, are acceptable representatives." Along with any issues the parties deem relevant, the parties should address in their briefs whether terminating class counsel is in the best interests of the class, whether the named Plaintiff has authority to terminate class counsel in this case, and whether the named Plaintiff remains an acceptable sole representative of the class in light of his request to terminate class counsel. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.