IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

FILED 10/10/2018 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LESTER DOBBEY, R16237, Et. Al.,  ) 
Plaintiffs )
)
v. ) CASE NO. 13-CV-1068
)
WILLIAM WEILDING, Et. Al., ) HONORABLE Judge Presiding,
Defendants. ) Robert M. Dow, Jr.

SCANNED AT STATEVILLE CC and E-mailed
10-10-18 by CK  5 pages
date   Initials   No.

## PLAINTIFF'S REQUEST FOR A FREE COPY OF RECORD AND TRANSCRIPTS

Plaintiff, LESTER DOBBEY, moves this Honorable Court to grant him a FREE copy of the Record and Transcripts, in his efforts to research consistent with this Court's order on October 3, 2018 [178].

MAY IT PLEASE THE COURT:

-1-

1. Named Plaintiff/Class Representative Lester Dobbey, on September 25, 2018, filed "Plaintiffs/Class Notice of Termination of Loevy & Loevy From Representing Class Action [177]," and "Plaintiffs/Class - Motion For Appointment of New Class Counsel [176]."

2. On October 3, 2018, this Court held a Motion Hearing [178]. The Court ordered all parties including, class counsel, to file a brief addressing their respective positions on the motion. Id. And as discussed on record all parties, including, Mr. Dobbey are ordered to research the matter. Id.

3. Also discussed on record this Court acknowledged that it did not recruit and/or appoint, Loevy & Loevy, as Class Counsel, rather an agreement was reached between Mr. Dobbey and Loevy & Loevy.

4. Therefore, as a matter of conducting a thorough investigation and proper research

MR. DOBBEY needs the TRANSCRIPTS FOR ANY AND ALL Status Hearings, Motion Hearings, AS WELL AS, Settlement Hearings, FROM the MOMENT ATTORNEYS FROM LOEVY & LOEVY, SPOKE AND FILED their APPEARANCE ON RECORD in this CASE.

5. MR. DOBBEY moves to investigate the RECORD to SEE whether OR NOT did this COURT Comply with FEDERAL Rule of Civil PROCEDURE 23(g)(1)(A)(B)(C)(E), when it Allowed LOEVY & LOEVY to be Substituted in HAROLD JOHNSON ("CLASS COUNSEL's") place. This Court had specific duties to Fulfill by making certain inquiries on RECORD Regarding LOEVY & LOEVY and its Attorneys Ability to Protect the INTEREST of the Plaintiff CLASS and CLASS REPRESENTATIVE.

6. Also the RECORD will CLARIFY why this COURT Allowed Appointed CLASS COUNSEL to withdraw, ("HAROLD JOHNSON").

7. MR. DOBBEY believes that this Court sought no guarantees from Loevy & Loevy and its attorneys that they would fairly and adequately protect the interest of the class, on record, prior to allowing Loevy & Loevy to proceed as class counsel.

8. MR. DOBBEY does not know the exact dates of any hearings or filings.

9. Furthermore, MR. DOBBEY needs the transcripts of all abovementioned hearing dates to weigh the quality of Loevy & Loevy's class representation.

10. MR. DOBBEY cannot afford a copy of the record and transcripts due to being poor and has no other means to recover the request transcripts.

11. This request is not made for the purposes of delay, rather, it is made in good-faith.

-4-

12. Defendants will not be unfairly prejudiced by the granting of this motion and/or request. But Plaintiffs will be prejudiced if denied.

CONCLUSION

WHEREFORE, Plaintiff, LESTER DOBBEY, asks this Honorable Court to grant him a FREE copy of the Record and Transcripts.

Respectfully,

/s/ [signature]

LESTER DOBBEY #R-16237
Stateville C.C.
P.O. Box 112
Joliet, IL 60434
(Class Representative)

-5-

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

R16237
LESTER DOBBEY, et al.,
**Plaintiff/Petitioner**

Vs.

WILLIAM WEILDING, et al.,
**Defendant/Respondent**

* SCANNED AT STATEVILLE CC and E-mailed
10-10-18 by CK / pages
date    initials   No.

No. 13-CV-1068

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Court
Attn: Prison Correspondence
219 South Dearborn
Chicago, IL 60604

TO: Illinois Attorney General
Atty: Jessica Scheller
100 West Randolph St., 13th Floor
Chicago, IL 60601

TO: Loevy & Loevy, Atty: Heather Donnell, 311 North Aberdeen, 3rd Floor, Chicago, IL 60607

PLEASE TAKE NOTICE that at: ___ AM/PM October 10, 2018, I placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. And E-File:

(2) Plaintiff's Request For A Free Copy of Record And Transcripts; (2) Plaintiff's Request For Additional Evidence

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 10·10·2018

/s/ [signature]
Name: Lester Dobbey
IDOC No. R-16237
Stateville Correctional Ctr.
POB 112
Joliet, IL 60434, IL

Revised 4/15/16