IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LESTER DOBBEY, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 13 C 1068 |
| MICHAEL STUDER, et al., | ) ) ) | |
| Defendants. | ) | Hon. Robert M. Dow, Jr. |

**PARTIES' DECEMBER 2019 JOINT STATUS REPORT**

Plaintiff, Lester Dobbey, on behalf of himself and all others similarly situated, through their counsel Loevy & Loevy, and Defendants, Michael Studer, et al., through their counsel the Office of the Illinois Attorney General, hereby submit the following status report, stating as follows:

1. On September 11, 2019, Bruce Kaskel and Jason Aspin inspected Stateville Correctional Center to evaluate the integrity of the roofs and structures of the buildings onsite. Mr. Kaskel had previously been appointed as an expert by the Honorable Judge Dow on this topic. Dkt. 173. Judge Dow also attended the inspection, as did Heather Lewis Donnell and Sarah Grady, attorneys for the class, James Doran, attorney for the Defendants, and Kelly Presley, counsel for the IDOC.

2. Following the inspection, the experts drafted several reports of their findings, which are attached to this status report (with selected photographs redacted per Defendants' request, due to safety and security concerns) as Exhibit A.

3. Following receipt of these reports, Defendants sent a proposed timeline for repairs, which is attached to this status report as Exhibit B. The parties are in the process of

scheduling a meeting in January 2020 to discuss the reports and Defendants' proposed timeline for repairs.

Respectfully submitted,

s/ Sarah Grady
*One of Plaintiffs' Attorneys*

Michael Kanovitz
Heather Lewis Donnell
Sarah Grady
Steve Weil
Loevy & Loevy
311 North Aberdeen
Third Floor
Chicago, Illinois 60607
Tel: 312-243-5900
Fax: 312-243-5902

s/ Jim Doran
*One of Defendants' Attorneys*

James P. Doran
Assistant Attorney General
Office of the Attorney General
General Law Bureau
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3720

## **CERTIFICATE OF SERVICE**

      I, Sarah Grady, an attorney, certify that on January 24, 2020, I caused the foregoing Joint Status Report to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                                               s/ Sarah Grady