**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| LESTER DOBBEY, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 13 C 1068 |
| MICHAEL STUDER, et al., | ) ) | |
| Defendants. | ) | Hon. Robert M. Dow, Jr. |

# EXHIBIT B

Timeframe for Stateville Repairs December 2019

- In the next 6 months

    o Kitchen/Dietary replacement of broken window hardware project

    o The pipe insulation portion of the duct and pipe insulation project in the Law Library

    o Repair of the Gym interior walls

    o The removal of damaged ceiling tiles in the Commissary (listed as a 6 to 12 month project)

    o Repairing of windows in both the Quarter House and X-House are/will be ongoing based on circumstances and seasonal realities

- In the next 12 months

    o Commissary ceiling tiles (could possibly be done within 6 months)

    o X-House roof repairs at the skylights

    o X-House Lower Center skylight

    o X House boarded up opening in pipe chase

- Greater than 12 months

    o Quarter House Showers

    o Quarter House stairs