# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Lester Dobbey

                      Plaintiff,

v.                                             Case No.: 1:13–cv–01068
                                                     Honorable Robert M. Dow Jr.

William Weilding, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 13, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's amended motion to appoint Rule 706 expert [239] is denied without prejudice. At the present time, the Court has concluded that imposing on the already overburdened medical personnel and correctional officials and officers trying to cope with the outbreak of COVID–19 at Stateville any obligation to work with outsiders and report to lawyers and a judge would be counterproductive, especially when it is conceded that none of the individuals identified in the motion papers or on the telephone conferences has any particularized knowledge about the conditions at Stateville since the first COVID–19 case was identified. This denial is without prejudice to renewal at a later stage of this litigation if Plaintiffs can show a need for expert input on a COVID–19 matter of consequence to this litigation specifically that is not, or will not be, adequately handled by the Lippert monitoring team. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.