IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| LESTER DOBBEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 13-cv-1068 |
| | ) | |
| WILLIAM WEILDING, et al., | ) | |
| | ) | |
| Defendants. | ) | Hon. Andrea R. Wood |

**PARTIES' JOINT MOTION FOR A TELEPHONIC STATUS HEARING**

The Parties, by and through their undersigned counsel, jointly move this Court to set a telephonic status hearing. In support of their motion, the Parties state as follows:

1. On August 30, 2023, the Parties conducted a mediation with the Court that included a discussion of the structural integrity of the buildings at Stateville Correctional Center.

2. On August 31, 2023, Plaintiffs' counsel received information from a class member indicating that last week there was a portion of concrete that fell from the window and/or wall in E House. Plaintiffs' counsel informed Defendants counsel of the incident and requested information from Defendants' counsel.

3. Also on August 31, 2023, Plaintiffs' counsel communicated the information she received from a class member to the Court and counsel for Defendants via email.

4. On September 1, 2023, Defendants' counsel provided information to Plaintiffs' counsel regarding the circumstances in E House, as well as information about when and how both counsel for Defendants and the IDOC attorney learned about the circumstances in E House.

5. Plaintiffs are concerned about the health and safety of Class Members residing in E House and the Quarter House more generally in light of the recent development and the Court's and Defendants' experts' previous evaluations of the structural integrity of the Quarter House.

6. Defendants wish to fully advise counsel for Plaintiffs and the Court regarding the circumstances at E House through the mechanisms of mediation and settlement that have been in place for some time.

7. The Parties are jointly requesting a telephonic hearing on the morning of September 7, 2023, when counsel for the Defendants is available to provide Plaintiffs and the Court an update on the information regarding E House.

WHEREFORE, the Parties jointly request a telephonic status with the Court on September 7, 2023, to apprise the Court and Plaintiffs regarding the status to the safety of E House in light of the recent events.

RESPECTFULLY SUBMITTED,

| **PLAINTIFFS** | **KWAME RAOUL** |
|---|---|
| | Attorney General of Illinois |
| By: /s/ Heather Lewis Donnell | By: /s/ Kristin K. Lindemann |
| Michael Kanovitz<br>Heather Lewis Donnell<br>Steve Weil<br>Maria Makar<br>LOEVY & LOEVY<br>311 N. Aberdeen Street | KRISTIN K. LINDEMANN<br>Assistant Attorney General<br>General Law Bureau<br>100 W. Randolph St., 13th Fl.<br>Chicago, Illinois 60601<br>(773) 590-7821 |

Third Floor  
Chicago, Illinois  
(312) 789-7940  
heather@loevy.com  
*Attorneys for Plaintiffs*

Kristin.Lindemann@ilag.gov

*Attorney for Defendants*