IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LESTER DOBBEY, et al., | |
| Plaintiffs, | |
| v. | Case No. 13-cv-1068 |
| WILLIAM WEILDING, et al., | |
| Defendants. | Hon. Andrea R. Wood |

## PLAINTIFFS' MOTION FOR PRELMINARY INJUNCTION

Plaintiffs, who consist of all current residents of Stateville Correctional Center ("Stateville"), by and through their attorneys, Loevy & Loevy, respectfully move this Court pursuant to Federal Rule of Civil Procedure 65 to enter a preliminary injunction requiring the Illinois Department of Corrections (IDOC) to produce a plan that outlines the transfer of all Class Members out of Stateville Correctional Center to another facility and/or release by August 12, 2024, and to transfer and/or release all Class Members from Stateville by September 20, 2024.

This Motion should be granted for the following reasons and those set out in the accompanying Memorandum.

Plaintiffs' requested relief extends only as far as necessary to remedy the violation of Class Members' Eighth Amendment rights, consistent with 18 U.S.C. § 3626(a)(1)(A). Class Members have no adequate remedy at law for their deprivation of safe living conditions and the ensuing risk of irreparable harm, including death and severe bodily injury. Injunctive relief is required to remedy these conditions.

First, Plaintiffs' relief is narrowly tailored. It does not require IDOC to make the extensive and costly repairs to Stateville that are necessary to ensure the safety of Class Members.

Second, the relief sought is the least intrusive means necessary to remedy the violation of Class Members' Eighth Amendment rights. Under the requested relief, IDOC retains full discretion as to where it transfers Class Members. As such, IDOC can engage in its ordinary penological assessment for such transfers.

Finally, Plaintiffs' requested relief aligns with IDOC's stated plan to close and rebuild Stateville. Indeed, after Governor Pritzker announced this plan on March 15, 2024, IDOC subsequently indicated that it intended to transfer Class Members out of Stateville in September 2024. Accordingly, Plaintiffs' requested relief does not adversely affect public safety or the operation of the criminal justice system as their relief comports with IDOC's recommendation with respect to closing Stateville.

WHEREFORE, Plaintiffs respectfully seek an order from the Court directing the Illinois Department of Corrections to produce a plan that details the transfer of all Class Members from Stateville to another facility and/or their release by August 12, 2024, and further directs IDOC to transfer and/or release all Class Members from Stateville by no later than September 20, 2024.

Dated: July 31, 2024

Respectfully submitted,

***DOBBEY* CLASS MEMBERS**

*/s/ Heather Lewis Donnell*
*One of Plaintiffs' Attorneys*

Michael Kanovitz
Heather Lewis Donnell
Maria Makar
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
mike@loevy.com
heather@loevy.com
makar@loevy.com
*Attorneys for Plaintiffs*