**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

LESTER DOBBEY, et al.,

          Plaintiffs,

v.

WILLIAM WEILDING, et al.,

          Defendants.

Case No. 13-cv-1068

Hon. Andrea R. Wood

# EXHIBIT 12

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## COURT REPORTERS

**DOBBEY, ET AL.**

**V.**

**WEILDING, ET AL.**

**TOWN HALL MEETING**



a courtroom
**powerhouse**

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

DOBBEY, ET AL.,

   Plaintiff


    v.


WEILDING, ET AL.,

   Defendant





TOWN HALL MEETING

```
1              INDEX

2                           Page

3   PROCEEDINGS                    3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          PROCEEDINGS

 2

 3      MR. DAVIDSMEYER:  If I could have everybody's

 4  attention, please, we'd like to go ahead and get

 5  started.  Thank you are -- all for coming out

 6  tonight. This is -- this is my first public hearing

 7  of this type, so I'm new to this, as you-all are.

 8  So we're going to -- we're going to work on this

 9  together. We're going to try to be as civil and

10  constructive as possible to have the best possible

11  outcome for everyone.  On behalf of myself and my

12  co-chair, Senator Koehler, I want to welcome

13  everybody here tonight.  And if we can go ahead and

14  do the roll.

15      UNIDENTIFIED SPEAKER:  Senator Aquino.

16  Representative Davidsmeyer.

17      MR. DAVIDSMEYER:  Here.

18      UNIDENTIFIED SPEAKER:  Senator DeWitte.

19      MR. DEWITTE:  Here.

20      UNIDENTIFIED SPEAKER:  Representative Harper.

21  Representative Hernandez.  Senator Koehler.

22      MR. KOEHLER:  Here.

23      UNIDENTIFIED SPEAKER:  Representative

24  McLaughlin.  Representative Moeller.  Senator Sims.

25      UNIDENTIFIED SPEAKER:  Representative
```

1  Sosnowski.  Senator Stoller.  Senator Syverson.

2  So that's three.

3      MR. DAVIDSMEYER:  We have three members

4  present.  We were under a timeline to have these

5  meetings.  We were able to extend this a little bit

6  to make sure that we gave every opportunity

7  for -- okay.  We also have Senator Ventura here, so

8  thank you for being here.  Appreciate it.

9      Because of the timeline, a number of

10  individuals on CGFA weren't able to be here, so they

11  send their apologies.  But I'm sure they're paying

12  attention from home.  I want to open this up first

13  off to my co-chair, Senator Koehler, to give some

14  regard -- comments if you'd like.

15      MR. KOEHLER:  Yeah.  Thank you very much. This

16  is an important issue.  That's why you're all here.

17  We intend to make sure that all your thoughts and

18  your interests are being able to be expressed and

19  that we can get you some answers on this.  But I

20  look forward to a good hearing, and thank you for

21  coming.

22      MR. DAVIDSMEYER:  CGFA is something that I

23  requested to be on because my community, before I

24  was in office, went through a closure.  And so, this

25  is -- this is something that I was hoping I'd never

1  have to be in charge of, but certainly am here from

2  that perspective and understanding the needs of the

3  state and the needs of the community as well.  So I

4  think, let's go ahead and get started.  If we can

5  have Acting Director Latoya Hughes come up, well,

6  from the department of corrections to start.

7      Thank you for being here, Director Hughes.

8      MS. HUGHES:  Thank you.

9      Hello.  Good evening.  Thank you to co-chairs

10  Koehler, Davidsmeyer, and members of the committee

11  and members of the public present here today to take

12  part in this process.  We appreciate the opportunity

13  to appear before you and listen to your feedback on

14  the plan announced by Governor Pritzker and the

15  Illinois Department of Corrections to close and

16  rebuild Stateville Correctional Center.

17      We recognize that this is a significant

18  decision that impacts the lives of our staff, the

19  individuals in our custody at Stateville, their

20  families, this community, and the department's

21  larger ecosystem.  The department has and will

22  continue to create meaningful opportunities to

23  engage impacted stakeholders throughout this process

24  to ensure its success.  We are here today to

25  emphasize that the urgent need to act now drives the

1    administration's decision to close and rebuild

2    Stateville rather than to repair it.  The current

3    living conditions at Stateville are not conducive to

4    rehabilitation.

5       The infrastructure is antiquated and

6    inefficient, and delaying action only increases

7    risks to all involved.  The primary reason for the

8    facility's closure during the rebuild is to address

9    serious safety and security concerns posed to those

10   who work and live in Stateville by the aging

11   infrastructure.  This is not just a matter of

12   preference, but a necessary step to ensure safety,

13   efficiency, and the fulfillment of our

14   rehabilitative mission.

15      An independent structural engineering study of

16   the quarter house, the main housing unit that houses

17   most of the individuals at Stateville, revealed

18   critical structural issues with the building due to

19   water damage, age, and deterioration, requiring

20   costly repairs, and if not repaired, pose

21   significant safety risks to staff and the

22   individuals in our custody. Stateville Correctional

23   Center has over 250 million in deferred maintenance.

24   And while it is true that this total includes

25   buildings no longer in active use, these structures

1    and their maintenance cannot be overlooked. Even if

2    not operational, these buildings still require

3    minimal utility usage and pose significant fire and

4    safety hazards.

5        Moreover, they are part of an interconnected

6    utility network that is failing due to age and

7    deterioration.  Ignoring these buildings does not

8    eliminate the risks.  It just exacerbates it.  A

9    recent example is the smokestack at the inoperable

10   powerhouse, a safety concern shared with AFSCME that

11   requires 4.4 million just for demolition alone.

12   Like the smokestack, other inoperable buildings at

13   Stateville raise concerns about staff and individual

14   in custody safety.

15       The deferred maintenance costs have escalated

16   by 10 percent over the past year, and this -- at

17   this rate, they're expected to continue through

18   2026. Without intervention, the total deferred

19   maintenance for Stateville is projected to reach

20   approximately 372 million by fiscal year 2026 due to

21   rising costs.  This projection underscores the

22   urgency of addressing these issues comprehensively,

23   not just the parts that are most visible or

24   currently in use.

25       While the report from the independent

1    structural engineering vendor identifies 12 million
2    in immediate structural repairs, this figure grossly
3    underestimates the full spectrum of urgent needs at
4    Stateville proper.  For example, there are extensive
5    capital needs beyond the immediate structural
6    repairs, totaling significantly more.  These repairs
7    include dietary repairs at 15 million, boiler system
8    overhaul, plumbing rehab, IT infrastructure upgrades
9    with 2.3 million for a baseline, and that's only as
10   it relates to the needed electronic health record
11   system.  This doesn't account for the IT
12   infrastructure upgrades required for fire
13   suppression systems, which Stateville does not have
14   a working one.
15       This does not account for the building
16   automated system that's needed for a building such
17   as Stateville.  The department contends it is not
18   fiscally responsible to expend these funds while
19   building a new facility.  Furthermore, according to
20   the Capital Development Board, the repairs within
21   the interior and exterior of the quarter house would
22   require the department to -- the department to
23   depopulate the facility during the construction for
24   the safety and security of the individuals in
25   custody, the staff, and the contractors.

1        Additionally, the department is currently a

2   defendant in the federal Dobbey litigation in which

3   the plaintiffs allege that the conditions of the

4   Stateville facility violate the constitution.

5   Should the rebuild of Stateville not move forward,

6   plaintiffs will undoubtedly seek an injunction,

7   demanding immediate fixes, which would require the

8   individuals in custody again to be relocated while

9   these fixes are completed.

10       The costly repairs needed to remedy all of the

11  issues identified by CGL report, the outside firm

12  contracted to assess the physical condition of each

13  IDOC facility, and the structural engineering survey

14  still will not resolve the deficiencies in design

15  present in the 1920s facility structure to allow a

16  rehabilitative approach at Stateville that is

17  necessary to improve the safety of the facility for

18  the staff and the individuals in our custody.  In

19  addition to insufficient space for out-of-cell time,

20  programmatic activities, the facility also lacks

21  office areas for staff.

22       Our priority is to use state funds efficiently,

23  utilizing state owned land at Stateville,

24  transforming the aging infrastructure into a multi

25  security level facility that better serves the needs

1    of rehabilitation and successful reentry, and

2    provides a safe and suitable workplace for our

3    staff.  The new design will support enhanced

4    rehabilitative programs, including career and

5    technical education, contributing to improve public

6    safety, and community reintegration. This strategic

7    planning is pivotal in transforming Stateville into

8    a facility that aligns with modern correctional

9    goals, focusing on successful reentry and

10    rehabilitation while maintaining closer proximity to

11    individuals' families in the Chicagoland area,

12    thereby enhancing their support system and improving

13    outcomes upon their release.

14        Will County's proximity to other collar

15    counties and Cook County will continue to enhance

16    the department's access to a broad network of

17    service providers and potential vendors, further

18    supporting the facility's operational needs and the

19    rebuilding process.

20        Currently, Stateville has a population of

21    approximately 431 individuals in custody, and I

22    would say the daily population as of today was 423.

23    We want to reiterate that the department will not

24    reclassify the security level of individuals in

25    custody.  Rather, we will look at their medical,

1   mental health, programmatic, and educational needs,

2   along with their security level to identify a proper

3   placement for them in a facility with that security

4   designation.

5       We also have repeatedly emphasized our focus on

6   continuity in service delivery for the impacted

7   individuals in custody.  Continuity of care includes

8   a personalized assessment of each and every

9   individual in custody, taking into consideration

10  their medical needs, their mental health needs,

11  their programmatic needs, and their current and

12  continued participation in programs upon

13  transferring to another facility.  The department

14  will ensure that medical appointments continue, and

15  that individuals are matched with healthcare

16  providers who will ensure care is provided. The

17  notion that only one facility can provide quality

18  care or specialized services is unfounded and unfair

19  to the magnificent work and the hardworking medical

20  professionals and staff throughout the department.

21      The department is also fully aware of the

22  importance of maintaining access to programming

23  during the closure and the rebuild.  We maintain a

24  core curriculum of programming in which staff

25  throughout the state have been trained to

1  facilitate.  Individuals in custody will have a wide

2  array of programs to choose from to participate in

3  when transferred, including the ability to continue

4  to participate in the programs that they are

5  currently engaged in.  Current educational

6  programming at Stateville, being the non-higher

7  education program, includes adult basic education,

8  where there are 14 students.  Voluntary adult basic

9  education, there are ten students.  Advanced adult

10 basic education, there are six students, and there

11 are ten GED students for a total of 40 students.

12 Facilities throughout the state have these same

13 classes and can and will accommodate these students.

14 We have and will continue to engage our higher

15 education partners to identify solutions that would

16 permit their continued delivery of services to their

17 students.

18     Of the 431 individuals in custody impacted at

19 Stateville, approximately 80 of those individuals in

20 custody were already previously identified for

21 transfer from Stateville, specifically to continue

22 their educational pursuits in the Northwestern

23 Prison Education Program, which was slated to move

24 to Sheridan Correctional Center, even prior to this

25 process.

1       As of March 31st, 2024, Stateville Correctional

2   Center employed a total of 939 staff, categorized as

3   676 security personnel, 263 non-security employees,

4   and is part of the temporary closure of Stateville

5   during the rebuilding process.  The department will

6   follow all of the required steps in the applicable

7   collective bargaining agreements and the personnel

8   code, which utilizes a process to transfer impacted

9   employees.  During this process, a large number of

10  the correctional officers will be offered positions

11  at Stateville's Northern Reception and

12  Classification Center, which will remain open.

13  The remainder of the security staff, as well as

14  non-security staff, will be offered positions at

15  other Illinois Department of Corrections facilities.

16  Should staffing patterns hold, the department

17  estimates that approximately 1,000 Illinois

18  Department of Corrections positions are available

19  within a 65-mile radius.

20      When considering positions at the Northern

21  Reception Center, opportunities at Joliet Treatment

22  Center, which again is in Joliet, which includes 268

23  positions, Pontiac Correctional Center, 506

24  vacancies, Sheridan Correctional Center, 169

25  vacancies, AFSCME concern that closing this

1  correctional facility while rebuilding it will

2  disproportionately impact our most diverse

3  workforce, is not only unfounded, but -- based on

4  current and anticipated open positions at NRC and

5  within 65 miles, but also overlooks the critical

6  aspect, the safety and wellbeing of those very

7  workforce members.

8      The decision to temporarily close this facility

9  is driven by the urgent need to address critical

10 structural issues that pose significant risks to all

11 employees, including those from these diverse

12 backgrounds.  It is true that Stateville has the

13 most diverse workforce within the department of

14 corrections, which is a factor in proposing to

15 relocate Logan to that campus, as well.  One of the

16 goals of the department is to increase the diversity

17 of its workforce, and moving Logan north would help

18 achieve the goal in addition to providing our

19 employees a safe, new facility to work in, while

20 simultaneously ensuring those in our custody are

21 provided the tools to reenter society successfully.

22     The department will develop recruitment

23 initiatives for both facilities prior to the

24 completion of the rebuilds that will focus on

25 recruitment of staff from diverse backgrounds, and

1  furthermore, the department will continue to engage

2  the stakeholders throughout this process to ensure

3  that all impacted stakeholders are included in the

4  discussions regarding the designs of the new

5  facility.  In addition to stakeholder input into the

6  future design, the State of Illinois has an

7  opportunity to gather input from other states, other

8  countries, related to the design of the new

9  facilities that will help the department to meet its

10  goal of modern rehabilitation.

11      Now, it is not lost on this department that any

12  relocation creates disruption for employees, for

13  their families, as well as for the individuals in

14  custody, and for their loved ones.  However, this

15  rebuild process will require a phase and systematic

16  approach and will be implemented in a very

17  systematic way to minimize disruption as much as

18  possible.  Once complete, the department will have

19  modern facilities equipped with the technology and

20  structural capabilities necessary to achieve its

21  mission of providing a safe and secure environment

22  for both the staff, the individuals in our custody,

23  while advancing rehabilitation and reentry

24  opportunities to reduce recidivism, and foster safe

25  communities.

1    So I thank you for your time this evening, and

2  the department is here to answer questions.  Thank

3  you.

4    MR. DAVIDSMEYER:  Thank you.  We'll start with

5  Senator DeWitte.

6    MS. HUGHES:  Good evening, sir.

7    MR. DEWITTE:  Good evening, Director.

8    MS. HUGHES:  Good evening.

9    MR. DEWITTE:  There we go.  Thank you for

10  coming.  First off let me just say how much I

11  appreciate your staff over the course of the last

12  few weeks when this has all started to roll out, how

13  available they've made themselves, doing the best

14  they can to provide information as far as what we're

15  going to be seeing at this hearing and the hearing

16  in Lincoln on Thursday.

17    MS. HUGHES:  Yes.

18    MR. DEWITTE:  But I do have a number of

19  questions.  I understand there is no representative

20  from the governor's office here today, which I think

21  is unfortunate.  This was his idea, and it looks

22  like you're stuck holding the bag tonight.  So based

23  on that, I will pose my questions to you regarding a

24  handful of subjects.  You mentioned currently

25  capacity at Stateville is 431 inmates.  What is

1  the -- what's the total capacity?  What can that

2  facility hold?

3      MS. HUGHES:  All right.  So as it relates to

4  Stateville proper, the facility can hold -- is it

5  1,200?

6      MR. BRUNK:  1,201.

7      MS. HUGHES:  1,201.  1,201.  That's as it

8  relates to Stateville proper.

9      MR. DEWITTE:  Okay.  So you are roughly --

10      MS. HUGHES:  Oh, wait.  I'm sorry.  I'm sorry.

11  I'm reading Taylorville.

12      MR. DEWITTE:  Folks.

13      MS. HUGHES:  Let's see.  I can't see that

14  now --

15      MR. DAVIDSMEYER:  And while we're waiting on an

16  answer, the neighbor hotel said that they are going

17  to start towing vehicles.  So if you parked in the

18  neighboring hotel's parking lot, you might want to

19  go out and move that before they bring along a tow

20  truck. Yeah.

21      MS. HUGHES:  850 is the rated capacity

22  currently for Stateville.

23      MR. DEWITTE:  Thank you.  Thank you, Director.

24  I appreciate that.  And in conversation regarding

25  the new Stateville, what it may look like, can you

1  give us some idea of what the plan capacity of the

2  new facility might be?

3    MS. HUGHES:  Certainly.  So the rebuild current

4  design plan would include a capacity of

5  approximately 1,500, but I will say that that figure

6  was utilized to create an estimate.  So as we've

7  discussed on a number of occasions, we will be

8  including the feedback and the participation of a

9  variety of stakeholders as we develop the design,

10  and so that, again, is just an estimate to create

11  a -- an estimate as it relates to the cost.

12    MR. DEWITTE:  Okay.  So I take -- I take it

13  that that type of a number that you're looking at

14  from a projected population standpoint would assume

15  that you anticipate population of this facility to

16  eventually grow beyond its current 50 percent

17  capacity.  Is that a fair question?

18    MS. HUGHES:  Correct.  Yes.  We certainly would

19  anticipate the new building addressing the needs of

20  more than 431 individuals in custody, yes.

21    MR. DEWITTE:  Okay.  And are there any other

22  potential closings of other facilities planned that

23  you intend to use this newly created capacity at

24  Stateville that justifies building a facility almost

25  triple the size of the existing facility?

1    MS. HUGHES:  And so, when the 1,500 number was

2  developed for an estimate of the facility, it was

3  not developed -- it was not developed in a way that

4  was anticipating any other facility feeding into it,

5  if that is what your question is --

6    MR. DEWITTE:  Uh-huh.

7    MS. HUGHES:  And I -- and I can turn it over to

8  Chief Brunk who can talk about kind of where the

9  1,500 number came from and how that came about.

10    MR. BRUNK:  Thank you, Director.  And thank

11  you, Senator DeWitte.  So the 1,500 came from other

12  research that we had done, most notably from the

13  State of California, as well as the State of

14  Georgia.  Both of those department of corrections

15  have undertaken similar initiatives to rebuild --

16  well, rebuild in Georgia's case, retrofit in the

17  case of California. And they had used 1,500, which

18  was divided into 500-bed housing units, which as

19  Director Hughes indicated, is what we used to come

20  up with our estimated figures.

21    MR. DEWITTE:  Okay.  Have any proposals,

22  quotes, bids been put out at all by either CBD or

23  CMS or whoever will be overseeing construction of

24  this new facility been -- I hear numbers being

25  thrown around to rebuild Stateville and Logan here

1    at Stateville. That's another subject for Thursday

2    night, I guess.

3        MS. HUGHES:  Yeah.

4        MR. DEWITTE:  But I hear numbers in the $900

5    million range to rebuild both facilities here in

6    Stateville.  I'm just wondering what's that number

7    based on?

8        MR. BRUNK:  Thank you, Senator DeWitte.

9    So what we did is, we broke that figure down into

10   five main components, and so the first component

11   would be housing units.  As we had discussed, that

12   would be up to 1,500 beds, which -- and I'm going to

13   give a range for this -- 170 to 215.

14       Security infrastructure, which would be the

15   perimeter defenses, surveillance systems and access

16   controls, another 10 to 20 million.

17       Administrative and operational buildings, which

18   pretty much as it sounds, another 30 to 55 million.

19   And I will -- I will provide this chart to CGFA, as

20   well.

21       And then the fourth tenant would be

22   rehabilitation and educational buildings.  Those are

23   spaces specifically dedicated to those functions and

24   to programming the individuals in custody.  That's a

25   range of 35 to 75 million.

1    And then support and recreational buildings,

2 which would be for things like family reunification,

3 healthcare, as well as other recreational buildings,

4 30 to 60 million.

5    So that brings us to a total range of 275 to

6 425 million.  Again, those are just estimates, and

7 then to that -- so that would be for one facility

8 rebuild. So to do two, brings us to about 850, and

9 so, we have also budgeted another 35 million for

10 demolition of the structures being left behind at

11 Stateville and another 15 million to demolish the

12 structures left behind at Logan.  So that's where

13 the 900 million comes from, but at this point in

14 time, we -- as Director Hughes mentioned, we are

15 collaborating with CDB, but no public solicitations

16 have gone out just yet.

17    MR. DEWITTE:  So these are pure estimates on

18 your -- on your -- on your part?

19    MR. BRUNK:  Yes, sir.  That is correct.

20    MR. DEWITTE:  Okay.  They could be

21 significantly lower?

22    MR. BRUNK:  They could be significantly lower,

23 or they could be significantly higher.

24    MR. DEWITTE:  Right.  My point.  I understand

25 the current problems with this facility.  I know the

1  fixes are very expensive, and a lot of them would

2  need to be done relatively quickly if the building

3  stays in operation.  September 1st is the date I

4  last heard as far as a targeted closing date for

5  this facility.  Is that still ballpark?

6      MS. HUGHES:  I believe what we indicated was

7  that no sooner than 180 days after the beginning of

8  the CGFA process would we begin the process of

9  closing the facility at Stateville.  And so, we kind

10  of mapped out the timeframe for this CGFA process,

11  and then that's where we came up with that

12  timeframe.

13      MR. DEWITTE:  Okay.  And how soon after that

14  facility closes would you go to design, go to bid?

15  At what point would you anticipate construction

16  starting on a new Stateville?  Are we 12 months out?

17  Are we 24 months out?

18      MR. BRUNK:  Thank you for that question,

19  Senator DeWitte.  I just want to make sure I

20  understand you.  Construction as in breaking ground

21  or --

22      MR. DEWITTE:  Absolutely.

23      MR. BRUNK:  Okay.  In our conversations with

24  CDB, it sounds like that there will not be ground

25  broken approximately for a year.  However, that

1   would be something that we would want to discuss

2   with them. However, I would also say that during

3   that time, we are also engaging with an engineering

4   firm to come and perform a structural, as well as

5   building assessments for the rebuild.  So even

6   though ground will not be broken, there will still

7   be considerable work going on in preparation for

8   that --

9       MR. DEWITTE:  I understand.

10      MR. BRUNK:  -- construction the following

11  year --

12      MR. DEWITTE:  Sure.  Okay.  So I guess I'd

13  categorize that as design work would start

14  immediately?

15      MR. BRUNK:  Yes.  We are working with CDB to

16  get that design work --

17      MR. DEWITTE:  Okay.

18      MR. BRUNK:  -- in process ASAP.

19      MR. DEWITTE:  Okay.  This is not a loaded

20  question.  Where are you with regards to employee

21  transition?  Are you comfortable that you have -- I

22  know you stated there are a number of facilities

23  within a general proximity of Stateville, that there

24  are opportunities available for other employees.

25  How far along in that process are you with regards

1  to discussions with your employees?

2      UNIDENTIFIED SPEAKER:  Thank you.  So we have

3  not begun those conversations fully because we are

4  still engaging in the CGFA process.  We have

5  participated in two round table events at both Logan

6  and Stateville to answer questions, to hear

7  concerns, to do all of those things.  We will ensure

8  that we follow the layoff process.

9      But I think it's important to also understand

10  that the word layoff does not necessarily mean

11  without a job.  It's our process of how we move and

12  transfer employees to other facilities.  We have

13  looked at the vacancies.  The vacancies will provide

14  that if people choose that, they have those

15  opportunities within the department of corrections,

16  and if not, other vacancies throughout other

17  agencies within the state will be offered, as well.

18      MR. DEWITTE:  Okay.  Once these employees are

19  all transferred, assuming a majority of them accept

20  transfers, and the new facility is built, will all

21  those employees have an opportunity to come back to

22  Stateville, or will you end up starting a staffing

23  process all over again in a new facility, two years,

24  three years, five years down the road?

25      UNIDENTIFIED SPEAKER:  The employees that leave

1  Stateville will have first rights to that facility

2  when we reopen.

3     MR. DEWITTE:  Okay.  I have one last question,

4  and again, I guess I just would like to know the

5  true intentions of the department, the

6  administration, and honestly, I have to look at the

7  current capacity of this facility, the current

8  population of the facility -- the current capacity

9  of the facility, the fact that you're looking to

10  basically triple the potential capacity of a new

11  facility.  I see this thing all over the board.

12  What assurance can you give the legislature that

13  there is even an intention to rebuild Stateville?

14     Sorry.  And I'm at -- and I'm only asking the

15  question because the general population in all of

16  the DOC facilities is down, and the numbers that I

17  hear circulated 30 to 35 to 40 percent capacity

18  within the entire system.  If these 400 inmates are

19  relocated, would you even need Stateville at that

20  point?

21     MS. HUGHES:  Thank you for the question. Thank

22  you for the question, Senator.  Stateville is our

23  northernmost facility for our male population within

24  the department of corrections.  Stateville is one of

25  the facilities that we receive the most interest as

1    it relates to programming for the individuals in our

2    custody.  Stateville is one of the facilities that

3    we utilize for the individuals in our custody for a

4    number of reasons.  Stateville is a facility that is

5    important to the ecosystem of the Illinois

6    Department of Corrections.

7        We are committed to rebuilding Stateville

8    Correctional Center for that purpose.  We do believe

9    that it will enhance reentry processes for the

10   individuals in the northern region.  We believe that

11   we will be able to garner career and technical

12   training opportunities.  We believe that we will be

13   able to garner additional educational opportunities

14   for the individuals in custody at Stateville.  So

15   yes, we are certainly committed to rebuilding

16   Stateville Correctional Center because it is

17   extremely important to the ecosystem of the

18   department of corrections.

19       MR. DEWITTE:  Okay.  I want to thank you,

20   Director, and your staff --

21       MS. HUGHES:  Thank you.

22       MR. DEWITTE:  -- for making yourselves

23   available this evening.  Thank you for answering our

24   questions.

25       MR. DAVIDSMEYER:  If we can add Senator Sims to

1   the roll, and welcome representative Benton, we'll

2   move on to Senator Ventura.

3       MS. VENTURA:  Is it on?  Testing, testing?

4   There it goes.  All right.  Thank you for being

5   here. Thank you-all for being here.  I also want to

6   thank the department of corrections for guaranteeing

7   that Stateville will indeed be rebuilt and opened,

8   and thank you for your commitment to that.  That's

9   very important, obviously, to people in this room.

10      But I do have some concerns about the timeline.

11  It's been talked about in the last hearing that

12  September was going to be the closure date, and I'm

13  very confused on why this is such an early date

14  considering the design work has not been done, the

15  bids have not put out.  We are so far from

16  groundbreaking.

17      So I'm hoping that you can maybe shed some

18  light on why this -- I mean, to me, it doesn't make

19  any sense to do this this early.

20      UNIDENTIFIED SPEAKER:  So I think it's

21  important not to lose fact -- lose sight of the fact

22  that --

23      UNIDENTIFIED SPEAKER:  Closer.

24      UNIDENTIFIED SPEAKER:  Sorry.  I think it's

25  important not to lose sight of the fact that there

1 are multiple reports out there now indicating the

2 conditions of Stateville are inappropriate to be

3 housing individuals in custody for today, and one of

4 them is the CGL report.  Equipped for Equality has

5 indicated that it's inappropriate for those with

6 mobility issues, and then you have a significant

7 certified class action lawsuit in the Northern

8 District of Illinois in Dobbey, which challenges the

9 conditions of confinement that the individuals at

10 Stateville are currently living in.  They allege

11 that it's a violation of their constitutional rights

12 to be here in -- at Stateville Correctional Center

13 with these conditions. They cite as evidence many of

14 the structural engineering reports that are a part

15 of our recommendation, and many of those reports

16 actually were the result of the litigation, having

17 the reports done.

18     And if there were not a movement to remove the

19 individuals from the conditions at Stateville

20 Correctional Center, it's highly likely there will

21 be a TRO preliminary injunction filed by the

22 plaintiffs in that case where a judge is going to

23 dictate what happens, and we don't have the ability

24 to make the decision for ourselves.  And as a

25 result, you know, the department with those reports

1    out there and our recommendation believe it is

2    appropriate due to the infrastructure issues to do

3    the closure now and then reopen when the rebuild is

4    done.

5        MS. VENTURA:  So in the last year, did you guys

6    not fix up the B house?

7        MR. BRUNK:  Senator Ventura, thank you for that

8    question.  Respectfully, to fix up X house would be

9    upwards of $15 million.  And that funding -- I'm

10   sorry.

11       MS. VENTURA:  So to clarify, recently, E house

12   was -- there was some work done there to stabilize

13   some of that building.

14       MR. BRUNK:  Right.

15       MS. VENTURA:  B house was completely redone,

16   was my understanding, but yet nobody was moved into

17   it after months of it being fixed up. Z house and B

18   house continue to have issues, and X house recently,

19   you guys had looked at -- you had it shut down.

20   You've moved people in and out.  But to be clear,

21   the state spent a lot of money to fix up B house

22   recently and nobody has been moved back into that

23   housing quarters.  Is that correct?

24       MS. HUGHES:  Okay.  I don't have that

25   information --

30

1       MS. VENTURA:  Okay.  So this is some of the

2   reason I think the timeline is concerning.  While I

3   hear what you're saying about the court case and the

4   mobility -- I would agree that anyone who has

5   mobility issues and handicap issues are individuals

6   who do need to be moved out of that prison because

7   their needs are not being met.  You talked about the

8   80 individuals who are moving because of

9   Northwestern moving to Sheridan. If there are

10  individuals who are slated to be moved out, those

11  individuals transfers would make a lot of sense.

12      But to completely shut down Stateville in

13  September when there are -- we're at least a year

14  away from any additional aspects of that.  I would

15  say that -- let the -- let the courts say it, then,

16  because right now you are the ones making that

17  decision to impact all of these people's lives.

18      So I have put forth other suggestions to DOC,

19  so I'd like to move on and ask about that.  But I do

20  think the timeline is very concerning.  So one of my

21  other questions is -- we have the Joliet Inpatient

22  Treatment Center, a brand new state-of-art facility

23  that is meant for inpatient mental health use.

24  However, because of staffing needs, we have not been

25  able to utilize that prison even close to even a

1 10th of percent of what that prison could be

2 utilizing individuals for. I had suggested that DOC

3 look at using some of the pods there to transfer,

4 not just staff, the security staff, but also

5 non-security staff, education programs, as well as

6 the -- some of the incarcerated individuals.

7 I recognize there's not 432 or 423 beds there, but

8 you could utilize it for some of the specialized

9 programs and some of the jobs that are non-security

10 that could potentially be lost. Did DOC look at

11 this as a potential transfer plan?

12      UNIDENTIFIED SPEAKER:  AD Williams?

13      MS. WILLIAMS:  So currently the population that

14 we're utilizing for JITC, we are moving

15 incrementally individuals with serious mental

16 illness there in order to be able to accommodate

17 what the staff can handle.  So incrementally, there

18 are four men -- four men and four women, again, as

19 the wings can handle.  We are standing up our

20 infirmary with the help of University of Illinois at

21 Chicago to start opening specialty clinics.

22      Please keep in mind when you're talking about

23 the Joliet Inpatient Treatment Center, it is solely

24 not just for mental health care.  It is also for

25 specialty and infirmary medical care, as well.  It

1   is a specialized facility that was truly brought

2   forth by other litigation, and in accordance with

3   many tenants of that litigation, it will remain for

4   the seriously mentally ill, as well as the medically

5   challenged individuals at this point in time.

6        It's a co-process with DHS, so they are

7   staffing part of it, and we are staffing part of it.

8   We've also made staffing changes or at least

9   requirement changes to open up some of the degrees

10  because individuals that work as corrections

11  treatment officers have to have at least a

12  bachelor's degree.  It used to be very narrow in

13  scope.  The scope has opened up so we can

14  potentially recruit more candidates, so with that,

15  for individuals at Stateville that are currently

16  with those bachelor's degrees, we can absolutely

17  look at them as a possibility to come work with our

18  seriously mentally ill, as well as our informed

19  population.

20       MS. VENTURA:  What is the capacity of the JITC

21  facility?

22       MS. WILLIAMS:  Do we have it?  At this point in

23  time, mental health is governing the numbers for

24  each of the mental health units, and of course, the

25  infirmary patients will change.

1    MS. VENTURA:  I understand that.  But what was

2  the building built for capacity?

3    MS. WILLIAMS:  Yes, 168.

4    MS. VENTURA:  Okay.  And how many individuals

5  are incarcerated there now?

6    MS. WILLIAMS:  75.

7    MS. VENTURA:  So this --

8    MS. WILLIAMS:  One of -- one of the other units

9  that the individuals behind me need to keep in mind

10  is that we have moved part of JIT -- or JTC there,

11  too, so individuals with intellectual and

12  developmental disabilities are currently housed in

13  one of the wings, as well.

14    MS. VENTURA:  In the JTC or the JITC?

15    MS. WILLIAMS:  Individuals from JTC are being

16  housed at JITC, as well.

17    MS. VENTURA:  Okay.  So when I had asked DOC to

18  look at this as a potential plan, it obviously was

19  not for the whole 400, but there are specialized

20  programs, like our higher education programs, our

21  restorative justice programs that do not exist in

22  other facilities today, and to utilize those

23  individuals in that type of programming to be moved

24  there, that would also help prevent losing of that

25  staff, especially the non-security staff who work in

1  some of these fields. Have you guys looked at other

2  locations then if you felt like Joliet Inpatient

3  Treatment Center, even though there's over 100 beds

4  available, would not be a good fit?

5      MS. WILLIAMS:  So yes.  We have looked at

6  multiple facilities.  I actually facilitated a round

7  table discussion with our higher ed providers

8  yesterday, and we've engaged in multiple discussions

9  with them prior to yesterday to determine the

10  appropriate locations for both their professors as

11  well as the students at Stateville, so yes.  We've

12  absolutely explored those options.  We've also

13  explored the music program.  We toured Sheridan

14  recently with the director of that program, and

15  we've also toured some of the other program leaders

16  from Stateville to see what the other options are.

17  So absolutely we have done that.

18      MS. VENTURA:  And did all higher education

19  programs that are currently at Stateville say they

20  will continue to work at other prisons?

21      MS. WILLIAMS:  So currently Illinois River is

22  being explored by North Park as a potential, not as

23  a definite.  Northwestern, as we've talked about

24  before, is going to Sheridan.  DePaul and PNAP, as

25  well as the Northeastern UUW [sic] program, have not

1  made their determination yet.  We are still in

2  discussions with them as to what would be most

3  appropriate.

4     MS. VENTURA:  So one of my concerns with some

5  of the programming, which has completely changed the

6  mindset and the behavior patterns at Stateville

7  because of some of these higher education programs

8  and programs like restorative justice, is that we

9  don't have the IT capacity at our facilities.  And

10  so, moving these facilities elsewhere does not allow

11  DePaul or PNAP to utilize online services in these

12  schools, especially things like the In and Out [sic]

13  program that DePaul has.  A big part of the draw to

14  funding that program is that students from the

15  DePaul facility get to go into the prison and do

16  work.  Are they going to drive to Sheridan and

17  Pontiac and continue to do that work?

18     MS. WILLIAMS:  Currently, we offer a lot of

19  other programs, and I'm glad that you asked that

20  question, Senator Ventura.  Let me give you an

21  example. Adler University from the Chicagoland area

22  currently services our individuals at Ina, Illinois,

23  which is in Southern Illinois.  It's one of our most

24  effective higher ED programs.  They do have staff

25  there, and they do virtual.  We do have technology

1    available through our smart television capabilities

2    in every institution in order to be able to

3    accommodate those services, and we are currently

4    engaged in a discussion, and we have awarded a

5    contract for tablets, which hopefully will affect

6    that effort, as well.

7        MS. VENTURA:  So we can guarantee that DOC is

8    going to fix their IT infrastructure to ensure that

9    their facilities can meet the demands of today?

10       MS. WILLIAMS:  We are working expeditiously

11   with DeWitte to get that done.

12       MS. VENTURA:  So one of my last questions is

13   how do we plan to restaff Stateville when we have

14   such a hard time today hiring enough staff to run

15   this -- the facility?  More recently -- more

16   recently or ongoingly, I should say, Stateville has

17   had intermittent, let's call them, shutdowns of

18   areas where individuals can't eat in the galley.

19   They can't go outside.  They don't have yard time

20   that we've shut down the education programs.  Even

21   right now the -- you're on a rotating schedule of

22   what used to be, and all of this is because of the

23   lack of staffing.

24       So if we can't hire the staff today, and then

25   you're going to lose over 238 individuals who are

1   non-security personnel, how can you guarantee that

2   you can hire these positions back when all of these

3   individuals are going to be forced to take jobs

4   outside of this area?

5       MS. WILLIAMS:  Hopefully when it comes to

6   facility build -- hopefully when it comes to

7   facility build, we'll build a much smarter design

8   that was done in 1925.  In 1925, the philosophy was

9   to lock people away and not rehabilitate them.

10  That's why Stateville looks the way that it does.

11  In the new designs that we're looking at, whether

12  that's in Georgia, whether that's in California,

13  whether it's in New York, whether it's in Norway or

14  any of the Scandinavian countries, designs are very

15  different.  They're much more effective with our

16  staff usage, making lines of sight better, lighting

17  better, the uses of staff and the use of technology

18  and automation better, making jobs easier for our

19  staff.

20      When I would look at a facility built in this

21  day and age compared to a 1925 facility, I would

22  hope to heck that that would bring in staff, as well

23  as our staff back to come work in an environment

24  that is healthy and safe for them.

25      MS. VENTURA:  In all due respect, I think most

1    people in this room did not come to this job for the

2    facility.  They became -- be -- for the wages, the

3    benefits.

4        MS. WILLIAMS:  Understood, and their wages will

5    continue to increase because of the contract.

6        MS. VENTURA:  So I guess my point is, as we

7    continue to struggle with Tier 2 pensions, with

8    insurance costs, these are -- these are the real

9    hurdles that we have to overcome to hire this, as

10   well as the mindset.  And yes, why we lock people

11   away, I think is a big crucial part of the change of

12   DOC.  And I thank you-all for your leadership in

13   that direction, but in order to get that information

14   out and really make these jobs, you know,

15   entice -- that you want to go work at these

16   facilities, as beautiful as they may be in the

17   future, it really comes down to these other aspects.

18       And if we can't hire today based on that, I

19   have a huge fear that we will not be able to hire in

20   five years for that, and what I don't want to hear

21   is that, I'm sorry, Senator Ventura.  Our commitment

22   to opening Stateville cannot happen now because we

23   can't hire, considering you can't hire for the

24   inpatient treatment center that's just a few miles

25   from here.

1    MS. WILLIAMS:  Understood and noted, Senator,

2   and thank you.  And I would have to defer the

3   Tier 2 to the legislators.

4    MR. DAVIDSMEYER:  Really quick.  I understand

5   the enthusiasm in the opposition to what's going on,

6   but I want to make sure that everyone gets a chance

7   to be heard tonight.  And the more interruptions we

8   have, the less time we'll have for all of you to be

9   heard. So I just want to make sure that we take that

10   into account when things you like are being said up

11   here and we interrupt with, you know, loud applause

12   and excitement, so -- and yeah.  Senator Ventura has

13   another question.

14    MS. VENTURA:  Sorry, one last question.  I had

15   asked, also, if we are building two prisons, why are

16   we not initially building the Stateville prison?

17   And you can do that outside of the current

18   Stateville area. You can have your design work and

19   all of -- we have plenty of land there, and then

20   transfer everybody over to the facility and have the

21   least amount of disruption.  Why is that not the

22   number one plan?

23    MS. HUGHES:  Senator Ventura, I believe Chief

24   Fanning, the chief legal counsel, spoke to why that

25   is not the plan, and so...

1    MR. DAVIDSMEYER:  Are you good?  I believe

2  Representative Benton had a question or two.

3    MR. BENTON:  Make sure everyone can hear me.

4  I have a deeper voice.  Can you hear me in the back

5  of the room?  All right.  So I'm Representative

6  Harry Benton.  I represent part of Will County and

7  Kendall County, Joliet, Naperville, Plainfield,

8  Shorewood, Oswego, Bolingbrook, and Aurora, so a lot

9  of people in this room live there.  Grew up in Crest

10  Hill, so I'm very familiar with Stateville.

11    During the meetings we -- that we had before

12  everything was announced, I do have a problem that

13  there wasn't a conversation with AFSCME before that

14  was announced, right?  Because I think they should

15  have been at the table.  There should have been some

16  conversations before this happened, along with

17  conversations with DOC labor relations before it

18  happened.  I just want to go on record -- and again,

19  sorry, I'm late and I've got to get going because

20  I'm triple booked today, but we have the early

21  childhood agency that's getting ready to start.

22  If we have voluntary layoffs, according to our state

23  statute, are we going to trigger a statewide hiring

24  freeze?  I want that on the record, and I want to

25  make sure that we don't run into a timeframe where

1    we run into some major issues.

2        MS. HUGHES:  I would have to defer that to

3    labor.

4        UNIDENTIFIED SPEAKER:  So at -- I'm sorry.

5    Thank you for the question.  And at this time, we

6    have not determined if it will trigger the statewide

7    layoff. Once we continue to move through this

8    process, it will be something that we'll be

9    considering.

10       MR. BENTON:  Okay.  That is something that

11   I'm concerned about because again, with that agency,

12   I worked on that within my collective committee.

13   I want to make sure that we don't have any hiccups

14   for both the Stateville portion of it.  I don't want

15   to see anybody lose their jobs.  I don't want to see

16   anybody not be able to be hired on both sides of it

17   because childcare and incarceration and

18   rehabilitation, these are very important things

19   across the State of Illinois, so I don't want any

20   hiccups for anything.

21       And we need to have a little bit of foresight

22   before we go in.  We can't be, you know, caught a

23   little bit too late on that one.  And I appreciate

24   everybody being out here too, especially AFSCME.

25   I'm third generation union on both sides of my

1   family, so I appreciate you.  And I appreciate

2   everybody making the drive, too, because there's a

3   lot of people up here in this -- at this table that

4   have driven pretty far to be here, so thank you for

5   all of them.  And thank you to Chair Koehler and

6   Chair Davidsmeyer.

7       MR. DAVIDSMEYER:  Thank you, Representative

8   Benton.  I have a few questions.  Does anybody else

9   have questions to -- okay.  As was discussed

10  earlier, we're looking at population currently in

11  the 420-some range, 850 capacity, but building a

12  facility for 1,500. Now, you mentioned a number of

13  facilities that are having hiring difficulties that

14  also have maintenance backlogs, Pontiac, for

15  instance.  When are we going to be back here talking

16  about Pontiac?  I mean, because we're talking about

17  closing two facilities today and then reopening

18  them, right, somewhere else.  But when are we going

19  to be talking about Pontiac?  In seven years when

20  this thing's built?

21      MS. WILLIAMS:  So the department is obviously

22  thinking about all of our correctional facilities,

23  right, because that's something that we have to do.

24  That was one of the reasons for the CGL report.

25  That gives us an idea of the deferred maintenance at

1    each and every one of our facilities and some of the

2    things that need to be fixed as it relates to our

3    facilities.

4        What we're focused on right now, though, is

5    Stateville and Logan based on the fact that the

6    deferred maintenance at both of those facilities is

7    extremely high and that these are two facilities

8    that are extremely important to the ecosystem of the

9    department of corrections, which is why we wanted to

10   focus on those two facilities.  But the department

11   is always thinking about all of our other facilities

12   and what needs to be done to address the deferred

13   maintenance at those other facilities, and we will

14   continue to work on that, as well.  We're always

15   thinking about hiring throughout the ecosystem of

16   the department of corrections, as well.  So we are

17   always thinking about all of those facilities.

18   We're thinking about Pontiac, as well.

19       MR. DAVIDSMEYER:  And when you when you

20   announce the closures of both Stateville and Logan,

21   you were very upfront about your plan for

22   Stateville, but you were quiet about Logan until we

23   had our first hearing in Springfield a few weeks

24   back.  And so, that's why I'm thinking in the back

25   of your head, you've got Pontiac saying -- or

1   another facility, but Pontiac, for instance.  It

2   sounded like you got a lot of -- a lot of jobs

3   needed there.  I'm thinking there's an ulterior

4   motive for the 1,500, and it's going to take a lot

5   to prove me wrong on that.  And to be fair to you,

6   how long have you been with the department in your

7   current position?

8        MS. WILLIAMS:  In my current position --

9        MR. DAVIDSMEYER:  Yeah.

10       MS. WILLIAMS:  Just a little over a year.

11       MR. DAVIDSMEYER:  Okay.  So -- and I'm not I'm

12   not saying that to put you on the spot.  I'm just

13   saying you were put in a position that everyone

14   prior to you did not do their job, but it's still

15   the responsibility of the State of -- the State of

16   Illinois and the department of corrections to fix

17   these issues. And there is deferred maintenance

18   throughout the entire system that is beyond belief.

19       Can I ask a question about -- you mentioned a

20   layoff.  What is the layoff process?  I mean, it

21   sounded to me like we'll offer you a job, and if you

22   choose not to take it, then you're gone?  I mean,

23   I -- and I'm not I'm not trying to put words in your

24   mouth. That -- that's what it sounded like to me

25   when you said it.

1      UNIDENTIFIED SPEAKER:  So again, thank you for

2  that.  Layoff is not meaning we're not going to

3  provide you with an opportunity for a position.

4  There will be an entire process followed through the

5  CBA as we go through this process.  Each employee

6  will be offered the opportunity to choose vacancies

7  throughout the state, and as the director stated,

8  with over a thousand vacancies, that provides us

9  with the opportunity to give each employee a

10  position within those -- that 65 mile an hour -- or

11  65-mile radius.

12      So when we're looking at the term layoff, it

13  sounds scary, but the term is actually just the way

14  we move people from place to place.  We do have

15  positions available for these employees.  As stated

16  by the director earlier, most security employees

17  will be absorbed by NRC, which is still on

18  Stateville's actual land.

19      MR. DAVIDSMEYER:  And as you look at the

20  process of offering jobs, whether it be in that

21  facility or another correctional facility, what can

22  you do to guarantee that individuals will not have

23  to take a cut in pay to go into those positions?

24  I mean, because there are only so many sergeants,

25  so many lieutenants, so many whatever it may be,

1  what are we doing to ensure that there's as little

2  disruption as possible?  Because if we're expecting

3  them to drive 60 miles back and forth two hours a

4  day, that's an additional cost, as well, so...

5      UNIDENTIFIED SPEAKER:  I can't ensure that

6  everybody will not potentially have to take a

7  reduction.  I can't promise that.  What I can say is

8  that the vacancies that we have available will be

9  offered to each and every person so they're not

10  fully out of a job, so they're not on unemployment

11  or not working for the state anymore.  Those options

12  will be there.

13      And I understand the drive is a factor that

14  plays into that, but those vacancies are out there

15  and available.  And again, if needed, those can be

16  expanded to other agencies, not to just DOC.  It is

17  our hope and intent to keep everybody with DOC

18  because, as you stated, we don't want to lose anyone

19  else in this process.  We want to keep them with us.

20  But if that's an option that they choose, that

21  option is out there, as well.

22      MR. DAVIDSMEYER:  Yeah.  I just, I look at the

23  current state of hiring, not just in DOC, throughout

24  the State of Illinois, private, public, business,

25  municipalities, whatever it may be, is tough right

1    now. And as we're looking at moving another facility

2    into the region, we already can't hire enough for

3    the current facility. And we're looking at moving

4    another facility right here, as well. I just -- I

5    don't see where the vision is. I -- I'm with

6    Senator DeWitte. I think that this was something

7    that was handed down by the administration, and I

8    frankly wish that they were here to give us a little

9    more information on their reasoning for this.

10       And that -- and that's not a political

11   statement. I just think that you are -- you were

12   put in front of us to give answers to a decision

13   that was made by someone else, and it's certainly

14   frustrating. Should be frustrating to you and

15   frustrating to us as well up here. So any

16   additional questions? I'm sure I'll have more

17   questions as we go along the way. Okay.

18       MR. KOEHLER: Just -- you talked about security

19   personnel. Does that include non-security

20   personnel, as well?

21       UNIDENTIFIED SPEAKER: So the vacancies do

22   include non-security at all of those surrounding

23   facilities. We did not just focus on security,

24   so we looked at our vacancies all throughout that

25   65-mile radius.

1      MR. KOEHLER:  Okay.  Just to put a fine point

2  on what I think kind of the message is here tonight,

3  is that you talked about meeting with stakeholders,

4  Director, and certainly AFSCME is a big stakeholder

5  in this and need to be at the table.  I don't -- I

6  don't hear anybody saying that we're not welcoming a

7  new facility that is state of the art, that actually

8  does the job of rehabilitation because that -- we

9  need to do that.  I think that the discussion really

10  is centered around how it's done and the fact that

11  it disrupts a lot of people's lives, so please take

12  that into account and include them in the

13  discussion.

14      MR. DAVIDSMEYER:  Thank you, Senator Koehler.

15  Okay.  Unless there are other questions, we will go

16  ahead and move on to our first panel of public

17  comments.  Thank you, Director, and your team --

18      MS. HUGHES:  Thank you.

19      MR. DAVIDSMEYER:  Appreciate you being here.

20      For our first panel, we have Raymond Soliman,

21  mayor of the City of Crest Hill, Jennifer Vollen-

22  Katz, executive director of the John Howard

23  Association, Alice Kim, director of practice, Center

24  for the Study of Race, Politics, and Culture at the

25  University of Illinois, Amanda Antholt, managing

1    attorney for Equipped for Equality, and we added

2    Jasmine Rubio on behalf of Representative Avelar.

3        And if you'll state your name before your

4    statement, we are going to try -- in an effort to

5    make sure everyone gets heard, we're going to try a

6    two- minute timer.  I'm not going to -- I'm not

7    going to cut you off if you can -- if you can bring

8    your comments to a close within a reasonable amount

9    of time, so I appreciate you understanding that.

10       MR. SOLIMAN:  Raymond R. Soliman.

11       MR. DAVIDSMEYER:  Thank you --

12       MR. SOLIMAN:  Good evening, ladies and

13   gentlemen.  My name is Raymond R. Soliman, and I am

14   the mayor of the City of Crest Hill.  And I thank

15   you for the opportunity to offer my testimony

16   tonight.  As the mayor of the City of Crest Hill, I

17   am confident to advancing our community's growth,

18   safety, and prosperity.  The proposal to demolish

19   the outdated Stateville Correctional Center and

20   rebuild a modern facility coupled with the

21   relocation of Logan Correctional Center to

22   Stateville grounds presents a unique opportunity to

23   achieve several key benefits for our city.

24       First and foremost, the demolition and

25   reconstruction of Stateville Correctional Center

1    will address critical infrastructure issues.

2    Stateville, constructed in the early 20th century,

3    suffers from severe structural and operational

4    deficiencies.  These inadequacies not only pose

5    safety risks, but also result in higher operational

6    costs to the state due to frequent repairs and

7    inefficient energy use.  A modern correctional

8    facility can incorporate advanced security features,

9    advanced building practices, and improved living

10   conditions for incarcerated individuals, ensuring a

11   safer environment for both staff and incarcerated

12   individuals.  We believe this upgrade will align

13   with contemporary standards of humane treatment and

14   correctional efficiency.

15       Moreover, relocating Logan Correctional Center

16   to the Stateville site will consolidate correctional

17   services, creating operational efficiencies and

18   reducing costs.  The centralization of facilities

19   gives the opportunity to streamline administrative

20   functions, allowing for better resource allocation

21   and more effective rehabilitation programs.  By

22   investing in a single state-of-the-art site, the

23   Illinois Department of Corrections can enhance the

24   quality and consistency of its services, ultimately

25   fostering better outcomes for incarcerated

1  individuals in society.

2    From an economic perspective, this project will

3  bring significant benefits to the City of Crest

4  Hill.  The construction phase will generate

5  substantial employment opportunities, benefiting

6  local businesses and boosting the city's economy.

7  In the long term, the presence of a modern

8  correctional facility can attract further

9  investments in the area.  Additionally, a new

10  facility could have the potential to incorporate

11  community-based programs that provide job training

12  and educational opportunities for residents --

13    MR. DAVIDSMEYER:  Mr. Mayor, if you -- if you

14  could bring your comments --

15    MR. SOLIMAN:  Okay.

16    MR. DAVIDSMEYER:  -- to a close.  That two

17  minutes goes really fast everyone, so --

18    MR. SOLIMAN:  Yeah, it does --

19    MR. DAVIDSMEYER:  It's tough to be first.

20  So I -- I'll give you a little bit, a few more

21  minutes.

22    MR. SOLIMAN:  There's two more paragraphs --

23    MR. DAVIDSMEYER:  Okay.

24    MR. SOLIMAN:  And it's also --

25    MR. DAVIDSMEYER:  Or a couple more seconds.

1      MR. SOLIMAN:  -- it is also important to

2   consider the humanitarian aspect of this proposal.

3   A new facility will provide a healthier more

4   dignified environment for incarcerated individuals,

5   many of whom will eventually reenter society,

6   improve conditions and access to comprehensive

7   rehabilitation programs, as well as healthcare and

8   educational programs due to the City of Crest Hill

9   close proximity to the City of Chicago, are

10  essential for successful reintegration, ultimately

11  benefiting the broader community by reducing the

12  cycle of recidivism.

13      In closing, the demolition and reconstruction

14  of Stateville Correctional Center, along with the

15  relocation of Logan Correctional Center, represents

16  an investment in the future of the City of Crest

17  Hill.  It promises to deliver enhanced safety,

18  economic growth, operational efficiency, strategic

19  location, and improved correctional outcomes.

20  As the mayor, I am -- as the mayor, I am confident

21  that this project will serve as a catalyst for

22  positive change, reinforcing the City of Crest

23  Hill's reputation as a forward- thinking and

24  resilient community.  Thank you.

25      MR. DAVIDSMEYER:  Thank you, Mayor.  Jennifer

1  Vollen-Katz?

2    MS. VOLLEN-KATZ:  Good evening and thank you

3  for giving me the opportunity to speak this evening.

4  I'm the executive director of the John Howard

5  Association.  We're an independent, not-for-profit

6  correctional oversight organization that monitors

7  the Illinois prisons in order to advance oversight

8  of carceral systems and to promote humane treatment

9  and increase transparency.

10    It's time for Illinois to stop relying on the

11  prison system to solve complex social issues that

12  are made worse by mass incarceration, a system

13  that's fueled by endemic racism, poverty, and

14  inequity. However, in the immediate, we also need to

15  improve the conditions currently experienced by

16  people inside our prisons.  The inhumane integrating

17  conditions that people in our period -- in our

18  prisons experience violate their constitutional and

19  human rights.  These same conditions impact the

20  safety and wellbeing of the people who work in these

21  prisons.

22    And in order -- in order to be brief, I will

23  abandon my written comments and just point out a few

24  things.  There are positions available for anybody

25  who wants them.  IDOC is currently very

1   understaffed, so there are places for people to go.

2   It's not ideal. Commuting is difficult.  I recognize

3   the sacrifice.  I recognize the difficulty.

4       But I also recognize that the world is

5   changing, and we cannot rely on our prisons to only

6   be a source of jobs.  We have to look at our entire

7   criminal legal system.  We have to think about

8   consequences differently, but we also should

9   have the department of economic development

10  and -- sorry -- department of commerce and economic

11  opportunity at this table.  This shouldn't be a

12  problem for corrections alone to solve.  The State

13  of Illinois should support its communities, should

14  find paths forward that are going to make these

15  communities thrive, that are going to provide

16  opportunity for everybody in these communities

17  without keeping people in inhumane, degrading

18  conditions that do not lead to positive outcomes for

19  those individuals or for their communities or for

20  any of us.  I'll stop there.

21      MR. DAVIDSMEYER:  Thank you so much.  Just

22  under the -- under the time.  And then we're going

23  to go to Alice Kim, director of practice, Center for

24  the Study of Race, Politics, and Culture at the

25  University of Chicago.

1      MS. KIM:  Okay.  Thank you.  I see how quickly

2  the two minutes are going, so I am also trying --

3  will try to be quick.  I have been teaching at

4  Koehler for over ten years with the Prison

5  Neighborhood Arts and Education Project, and more

6  recently also started teaching at Logan prison.  The

7  conditions at Stateville and Logan are well

8  documented, so I'm not going to go there.  But to

9  suffice it to say, as one of -- one student wrote in

10  an essay, "I live in a place that should be

11  condemned."

12      But in spite of these conditions, over the

13  years, a thriving and robust teaching and learning

14  community has been built at both facilities.

15  Individuals in custody who have had the opportunity

16  to participate in educational programs readily share

17  how education has transformed who they are.  These

18  transformational experiences are not limited to

19  students.  I too have been changed.  My approach to

20  teaching has changed, as has my understanding of the

21  possibility and promise of education.

22      At Stateville, I've also had the privilege of

23  teaching mixed enrollment classes that bring

24  University of Chicago students into Stateville to

25  learn alongside incarcerated students.  I've seen

1   how these classes have changed all of us, that
2   through these classes, we have all become better
3   human beings because of the opportunity to learn,
4   teach, and grow together.
5       So in this moment, I want to recall the
6   Illinois Constitution, Article 1, Section 11 that
7   says, "All penalties should be determined both
8   according to the seriousness of the offense and with
9   the objective of restoring the offender to useful
10  citizenship." That's a quote.  And I believe that
11  that's what these educational programs offer,
12  restoring people in custody to useful citizenship.
13      So I think in this moment, I really want us to
14  take all the necessary steps.  This isn't about the
15  closure, per se, but what we need to be doing as
16  we're looking to these transitions, to take all
17  necessary steps to ensure that every individual in
18  custody receives all the good time credit that they
19  have earned.  We need to think about who should be
20  released in this moment.  The students in my classes
21  have earned bachelor's degrees.  Some have earned
22  master's degrees, and all take their education
23  seriously.  As a society, as we seek solutions to
24  violence in our communities, I believe we can look
25  to them as part of this solution, so we need to look

1    at that.

2        We also -- many of these students also have

3    clemency petitions before the governor, and we

4    should utilize every means available to us to

5    provide pathways for release for those who have

6    taken it upon themselves to become better human

7    beings, to being productive --

8        MR. DAVIDSMEYER:  I -- I'm trying to be

9    disrespectful as possible of your comments, and I

10   want to remind everybody that we are -- we are

11   talking about --

12       MS. KIM:  Yep.

13       MR. DAVIDSMEYER:  -- the closure of the

14   facilities and not the -- not necessarily just the

15   program, so -- and not to -- I don't mean any

16   disrespect.  Yeah.

17       MS. KIM:  I want to say in response to that

18   because what happens in this moment actually matters

19   to every individual in custody, so --

20       MR. DAVIDSMEYER:  When I -- when I first came

21   into office, I was a lock him up and throw away the

22   key kind of guy, and I understand the purpose of

23   reform.

24       MS. KIM:  Okay.

25       MR. DAVIDSMEYER:  So I'm with you on that.

1    I don't think you're --

2        MS. KIM:  So that was the first point --

3        MR. DAVIDSMEYER:  I think everybody up here is

4    with you.

5        MS. KIM:  -- and the other concern I want to

6    express is that --

7        MR. DAVIDSMEYER:  Please.  Please.

8        MS. KIM:  -- the transition and how that

9    unfolds really matters.  So I appreciate the

10   questions --

11       MR. DAVIDSMEYER:  Yes.  Thank you.

12       MS. KIM:  -- that Senator Ventura raised --

13       MR. DAVIDSMEYER:  Agreed.

14       MS. KIM:  -- because those are the questions I

15   think that as an educator and that our students are

16   also expressing.  How the transition happens --

17       MR. DAVIDSMEYER:  And I think we all care that.

18       MS. KIM:  -- matters, so --

19       MR. DAVIDSMEYER:  Yes.  Thank you.  And I

20   didn't mean any disrespect.  I just want to make

21   sure that we're taking that into account.

22   Amanda -- I'm going to mispronounce your last name.

23   Antholt?

24       MR. ANTHOLT:  Yes, you got it.

25       MR. DAVIDSMEYER:  Okay.  Managing attorney at

1  Equipped for Equality.

2     MR. ANTHOLT: Thank you --

3     MR. DAVIDSMEYER: And we just went through the

4  facility, Senator Koehler and I, so --

5     MR. ANTHOLT: Okay.

6     MR. DAVIDSMEYER: -- we understand the issues

7  that you may be talking about.

8     MR. ANTHOLT: Thank you. Equipped for Equality

9  is an independent -- closer?

10     MR. DAVIDSMEYER: Yes.

11     MR. ANTHOLT: Equipped for Equality is an

12  independent disability rights organization that

13  serves as the state's federally mandated protection

14  and advocacy system. Under federal statute, as the

15  PNA system for Illinois, we have authority to enter

16  facilities, public or private, to investigate the

17  treatment of people with disabilities and concerns

18  for abuse and neglect.

19     We have been monitoring the treatment of people

20  with physical disabilities at Stateville since 2018.

21  In each inspection, we have found that the physical

22  structure and conditions place people with physical

23  disabilities at severe risk of harm. We last

24  inspected the facility in April of this year and

25  found stark violations of federal law and federal

1  regulations as to the housing of people with

2  disabilities.

3      A few examples of the problems we observed

4  include dozens of people with disabilities held in

5  inaccessible housing, inaccessible and unsafe cells,

6  people with physical disabilities housed in upper

7  deck cells, having to navigate steep stairs to get

8  out.  We saw people unable to exit the facility,

9  their housing unit, stuck in their cells because of

10  the exterior exits, meaning no safe fire exit.

11      We saw mold and leaks throughout with people

12  with very significant medical needs and medical

13  vulnerabilities at risk for infection.  We saw birds

14  inside the housing units.  We saw bird waste on

15  wheelchairs.  We have people with open sores and

16  open wounds who cannot shower to wash themselves, so

17  we're not talking about rehabilitation here.  We're

18  talking about very basic safety for people with

19  medical vulnerabilities and people with

20  disabilities.  And wow. When I practiced this, I was

21  at two minutes, but I'll stop there.

22      MR. DAVIDSMEYER:  It's the -- it's the passion

23  that comes through.  And I certainly understand.

24  Jasmine Rubio on behalf of representative Avelar.

25  Thank you for coming.

1    MS. RUBIO:  Thank you again for having me.

2    Again, this is a statement from state

3    representative, Dagmara Avelar.  She states, "The

4    state must address the inhumane conditions within

5    correctional facilities as both a moral imperative

6    and a" -- "and part of our fundamental obligation to

7    preserve and defend human dignity.  The governor's

8    recent proposal offers an opportunity to prioritize

9    the wellbeing of those incarcerated alongside the

10   safety of our prison workforce.  While recognizing

11   that changes must be made, the impact of the

12   governor's plan on long time workers cannot be

13   understated.  Stateville is a major economic driver

14   for the local community, and many of its dedicated

15   professionals lack the means to relocate or endure

16   long commutes.  Our office has fielded phone calls

17   from constituents who work at Stateville who are

18   concerned about the closing of the facility.  During

19   these calls and in talking to community members, it

20   has been clear to me that the facility cannot close

21   in September.

22       Therefore, I am asking that the facility do not

23   close in September as the plan seems to recommend.

24   This plan, if not implemented correctly, may

25   represent a real threat to the livelihoods and

1    wellbeing of the impacted workers, as well as the

2    families and communities who depend on them.  As we

3    proceed, it is" -- "it is of a paramount importance

4    to ensure transparency, stakeholder engagement, and

5    an equitable transition for affected staff.  The

6    needed construction of new facilities should be

7    undertaken with the least possible disruption to

8    incarcerated individuals and facility employees.  We

9    must ensure that this is -- that this major project

10   benefits the workers, community members, and

11   incarcerated individuals who are most impacted.

12   This is a priority issue for the 85th District, and

13   I will remain vigilant and present opportunities for

14   my community to engage with the process as it

15   unfolds.  Thank you so much."

16        MR. DAVIDSMEYER:  Thank you.  Do we have

17   questions for this panel?  I just -- I have one

18   question for the mayor, and I don't want to put you

19   on the spot, but I'm probably going to.

20        MR. SOLIMAN:  It's all right.

21        MR. DAVIDSMEYER:  I served in local government,

22   as well, before I got this position. Thinking about

23   Lincoln, Illinois, if you were the mayor of Lincoln,

24   would you be as positive about this plan?

25        MR. SOLIMAN:  I've been mayor for 16 years.

1  This is the third time I've been dealing with the

2  closure of Stateville penitentiary, so I'm well

3  aware of everything.  But as the mayor of the City

4  of Crest Hill, I am looking at the end product, the

5  final goal. It could be a big improvement for not

6  only department of corrections, not only for the

7  incarcerated individuals, but for the City of Crest

8  Hill, both economically, humanely, and any other

9  adjective you'd like to add to that.

10       MR. DAVIDSMEYER:  So good answer.  I'm sure

11  that's not the answer that the mayor of Lincoln

12  would give.  Senator Ventura.

13       MS. VENTURA:  Yes.  I have one question for

14  Alice Kim.  And thank you-all for your testimony.

15       Do you feel that the other facilities in the

16  state can uphold the individuals who would be

17  transferred from education programs today?  And do

18  you feel that that would -- there would be a limited

19  amount of disruption that they could continue?

20       MS. KIM:  I think that that's the worry, that

21  with the transition, what that would mean for

22  education, and that was the second point I had hoped

23  to make, was really to discuss keeping that a

24  priority. Because if other facilities -- well, one,

25  we won't be able to travel in the same way that we

1   can travel to Stateville, and the community that we

2   have built at Stateville, as you know, matters.

3     So that's a real worry, so we really want to be

4   very involved in any process of transition so that

5   whatever facility people end up going to is readily

6   equipped, right?  So that we don't go to other

7   facilities and have to wait to do programming, but

8   they're already set up to be able to hold people in

9   that way.

10     MR. DAVIDSMEYER:  I -- one quick question for

11   Jennifer Vollen-Katz.  Do you -- do you have a list

12   of facilities that you believe the currently

13   incarcerated individuals can be moved to?  Because

14   we have a lot of deferred maintenance at a lot of

15   other facilities, and so are we going to move them

16   into a situation where they're going to be moved to

17   another place and file a lawsuit when they get

18   there?  That's my -- that's my -- I mean, legitimate

19   question.

20     MS. VOLLEN-KATZ:  Fair question.  Yeah.  No, I

21   think you can use the CGL report really as a

22   roadmap. You can see -- first of all, you know, we

23   have to recognize there's a lot of excess capacity

24   in the system right now.  We have about 30,000

25   people in prison in the State of Illinois, and a

1    system that has rated capacity of close to 43,000,

2    you know, individual beds.

3        So we simply don't need all these prisons.  We

4    have to be doing things differently.  We have to do

5    it differently for everybody, and I know that that's

6    an unpopular sentiment.  But I also know that it's

7    bigger than any one facility, and it's bigger than

8    just the prison system.  It's thinking more

9    holistically.  What are the best uses of resources

10   for the State of Illinois?

11       So I think you can look at the CGL report.  You

12   can see where there's capacity, and you can see

13   where there is a lot less deferred maintenance,

14   right, and what year the facilities were built.

15   Illinois River, Southwest are in pretty good shape,

16   have capacity.  I also think we have the opportunity

17   to close some of the juvenile facilities and hand

18   them over to the adult system, which we have done

19   successfully before in the State of Illinois.

20   That's how we stood up Kewanee Life Skill Reentry

21   Center.  So there's a -- there are existing

22   facilities that could be better utilized in order to

23   take people out of harm's way and structures that

24   are literally falling down around their ears.

25       MR. DAVIDSMEYER:  Okay.  So do you believe that

1   Stateville should be rebuilt?

2       MS. VOLLEN-KATZ:  It's a complicated question.

3       MR. DAVIDSMEYER:  I know it's a large question.

4       MS. VOLLEN-KATZ:  But here's what I'll say.

5   This location offers a lot of opportunity, and we

6   need to put people in spaces that are humane and

7   rehabilitative.  And we have very few of those in

8   the State of Illinois, so we do need to think about

9   how to create spaces that are smaller, that are

10  geographically sensible, that can be staffed, that

11  have community resources available to them.  We need

12  to do this differently and smartly.  And this

13  location has proven that it has a lot to offer, and

14  it's a good place for us to keep people who are, you

15  know, in the criminal justice system.

16      MR. DAVIDSMEYER:  So you said smaller, and

17  they're saying 1,500, and they're also saying Logan

18  moving up here.  So, I mean, I --

19      MS. VOLLEN-KATZ:  So I don't understand --

20      MR. DAVIDSMEYER:  And I'm not trying to debate.

21  I just --

22      MS. VOLLEN-KATZ:  Yeah.  I don't understand the

23  1,500 when I just laid out --

24      MR. DAVIDSMEYER:  There is --

25      MS. VOLLEN-KATZ:  -- that there is so much

1    excess capacity.  I don't know if there is a design

2    I'm unaware of that houses people in smaller,

3    individualized settings.  I can't speak to any of

4    that. The numbers don't make sense to me.  What I

5    can tell you about moving Logan up here is

6    that's -- and they're not going to like this in

7    Lincoln, but it also makes a lot of sense.  34

8    percent of the women who are incarcerated in the

9    Illinois Department of Corrections come from Cook

10   County or the collar counties, so this will put them

11   closer to home.

12       I have been in Logan when pieces of ceiling

13   have fallen down, you know, feet from where I'm

14   standing.  You know, it is not a safe place for

15   people to be, and we haven't even talked about

16   coal -- you know, it being a coal powered facility

17   or the water systems failing or any of that.  So I

18   do think that there is benefit to having facilities

19   that are smaller and sensible and humane in Crest

20   Hill.

21       MR. DAVIDSMEYER:  Okay.  Thank you very much.

22   Any other questions?

23       MR. DEWITTE:  Can I ask one?

24       MR. DAVIDSMEYER:  Yeah.  Senator DeWitte.

25       MR. DEWITTE:  Sorry.  I have to ask one

1  follow-up.  You mentioned 34 percent of the women

2  incarcerated in Illinois come from the metropolitan

3  area.  What about the other 64 or 65 percent who all

4  come from downstate?  Why are -- why are a majority

5  of those women going to be moved to the metropolitan

6  Chicago area?

7      MS. VOLLEN-KATZ:  So I think there's

8  opportunity to think about it.  We still have

9  Decatur Correctional Center, which is 30 minutes

10  away from Logan, very close by.  Currently, there's

11  about 300 women, I believe, give or take, housed at

12  Decatur.  The rated capacity for that facility is

13  700, so there's opportunity for women who are from

14  that area to stay in that area while still putting

15  women who are from Cook County and the surrounding

16  area closer to home.

17      MR. DEWITTE:  Yeah.  I keep hearing the

18  transitional process as part of that decision making

19  process, but I'm not sure what relocating a majority

20  of the women currently incarcerated in women's

21  facilities in Illinois, moving them out of their

22  comfort zone, if you will, where they're from,

23  simply because someone believes the transitional

24  capabilities are more available to them in a

25  metropolitan area that they frankly have no

1  familiarity with.

2      MS. VOLLEN-KATZ:  I mean, I think the goal --

3      MR. DEWITTE:  How to live and what to do.

4      MS. VOLLEN-KATZ:  Yeah.  I think the goal is

5  always to keep people as close to home as possible,

6  right?  But I know that there are other

7  considerations. The Illinois Department of

8  Corrections leads with security classification and

9  things of that nature, so it's difficult.  We are

10  not currently set up to accommodate, you know,

11  geographic proximity to family and community.

12  I hope that that is a goal that we all share in the

13  State of Illinois.

14      But for now, I think that, you know, if 34

15  percent of the women are from the northern part of

16  the state, and they are housed in the northern part

17  of the state, I think we end up keeping, you know,

18  the women who are from Central and Southern Illinois

19  pretty much in Central Illinois, at Decatur.

20      MR. DEWITTE:  Thank you.

21      MR. DAVIDSMEYER:  And I'm sure -- I don't know

22  how old Decatur is.  I'll probably have to talk to

23  the department of corrections after this to see what

24  the legitimate availability of that because they're

25  different levels of crime and things of that sort,

1    so we -- I'm sure they have to take that into

2    account.  I appreciate you-all being here and look

3    forward to speaking to you in the future.  If you

4    have any additional comments, we'd look forward to

5    hearing that. Thank you.

6        MS. VOLLEN-KATZ:  Thank you.

7        MR. DAVIDSMEYER:  Panel number two.  Call

8    forward Mike Newman, AFSCME Council 31, Martha

9    Merrill, AFSCME Council 31, Charles Mathis,

10   Stateville employee, and James Porter, Stateville

11   employee.

12       Okay.  Okay.  I'm going to -- I'm going to put

13   Martha on panel three, and we're going to bring

14   Eugene Washington up for this panel.  All right.

15       MR. NEWMAN:  Thank you.  Thank you.  My name's

16   Michael Newman.  I'm the deputy director for AFSCME

17   Council 31, which represents most of the department

18   of corrections employees.  AFSCME is strongly

19   opposed to the proposed facility closure of

20   Stateville.  We strongly support building a new

21   facility at Stateville, but the proposal that has

22   been submitted to close the facility as soon as

23   September not only lacks critical details and

24   information about how the closure will be

25   operationalized, but the plan itself is needlessly

1  and drastically disruptive to the employees of the

2  department, to individuals who are currently

3  incarcerated at Stateville, and to their families,

4  and to the entire IDOC system.

5      Moving forward with a viable plan is extremely

6  problematic, and frankly, the plan that's been

7  presented is irresponsible.  It's also disrespectful

8  to employees, to the incarcerated individuals, and

9  frankly, to the CGFA process, as well.  The problem

10  -- the correctional systems already show signs of

11  distress.  The department's dismissive assurance

12  that its plan will be implemented to simply -- and

13  I've heard this many times in response to specific

14  questions.  The response is, we will minimize

15  disruption, period.  That's the -- that's the

16  detailed response that's provided.  That's wholly

17  unacceptable.

18      The extremely rushed closure timeline should be

19  slowed to ensure that there are sound answers to the

20  many questions raised during this CGFA process, and

21  for that reason alone, this commission should not

22  approve this plan.  The harmful consequences of

23  closing Stateville almost immediately, years prior

24  to the construction of a new facility -- and we've

25  been told three to five years when we talked to CDB.

1    It sounds like it's much more likely five years.

2    Regardless of when the first shovel's going to go

3    in, that's that -- that's the information we've been

4    given.  Those consequences are far clearer than any

5    argument in favor of the department's plan.

6        Explanations put forth by the department for

7    not continuing Stateville operations during

8    construction are completely invalid, given the

9    department's stated intent to build a new facility

10   on grounds adjacent to Stateville and not within the

11   current walls.

12       The simple fact of the matter is that there are

13   critical missing pieces of information.  There are

14   no design plans.  Construction's several years away,

15   and actual demolition of the current facility is

16   five years away.  What little information the

17   department submitted to the committee for review is

18   incomplete, rife with problems.  The department

19   should go back and return with a real plan that

20   brings forward a transparent and complete proposal

21   for evaluation that adequately addresses the vast

22   number of questions and issues that remain

23   outstanding.

24       That said, as the following testimony from

25   staff and former staff of Stateville will clearly

1   demonstrate when weighing the cost of maintaining

2   operations during the rebuild against the disruption

3   caused by closing the facility, maintaining

4   operations throughout the construction of a new

5   facility is by far the most reasonable and rational

6   approach moving forward.  Thank you.

7      MR. DAVIDSMEYER:  Thank you.  Charles Mathis?

8      MR. MATHIS:  Good evening.  My name is Charles

9   Mathis, and I've been working for Stateville for the

10  past nine years.  I've been employed as a

11  correctional officer at Stateville Correctional

12  Center.  I am here tonight to oppose the department

13  plan to close Stateville during construction.

14  Although I am all for building a new facility on

15  Stateville's ground, I started my career with IDOC

16  in May 2015.  Taking the job with the state was one

17  of the best decisions I could have made.  Working at

18  Stateville has allowed me to provide for my family

19  and take care of them.  For that, we have been truly

20  blessed.  When I woke up in March and heard about

21  the department's plans to close Stateville, it

22  raised a lot of worries and concerns for my family

23  and me about our future.

24     Like some of my coworkers, I have a long

25  commute to work.  I live on the south side of

1   Chicago, which is a 45-minute commute to Stateville

2   on a good day, without any traffic or construction

3   on Highway I- 80.  In this statement to CGFA, the

4   department has stated that there will be lots of

5   vacant positions within 65 miles of Stateville.

6   A handful of those positions sound like they might

7   be closer to home, like the Joliet Treatment Center.

8   But many of the jobs Stateville employees could get

9   would probably be at Sheridan Correctional Center or

10  Pontiac Correctional Center.  Commuting to either

11  facility could take me an hour and a half to two

12  hours to drive one way.  That kind of commute, round

13  trip, would take an enormous toll on my mind and

14  body.  It would take away from the precious time

15  that I have with my family and friends. I think I

16  speak for all my coworkers when I say that that

17  commute like that way be nearly impossible to

18  justify.

19      When I hear everything the department has said

20  to the world and to its dedicated employees who

21  report to work every day about this so-called

22  temporary closure will work, it's clear that IDOC

23  hasn't thought about how closing Stateville for

24  several years would impact my life, my family's

25  life, the lives of my coworker, which makes me feel

1    like there is no plan at all.  Since we're the

2    workers with the skills and experience that the

3    department will need to retain if it's going to be

4    successful to open a new facility -- show of hands

5    of -- who in the crowd, who takes the commute

6    40 -- 40-plus miles?  Even though the department did

7    not take all these factors into account, CGFA still

8    can, and I urge you to do so.  Please vote against

9    the -- IDOC's plan to close Stateville during

10   construction.  Thank you.

11        MR. DAVIDSMEYER:  Thank you, Charles.  A lot of

12   fans out there today.  James Porter.

13        MR. PORTER:  Good evening.  My name is James

14   Porter.  I'm an employee of Stateville Correctional

15   Center.  I've been there for the last 25 years, and

16   I'm a correctional lieutenant.  One of the biggest

17   concerns for nearly the 1,000 employees of

18   Stateville is a lack of real information as to what

19   is going to happen with the nearly 500 staff who at

20   this -- are being threatened by this closure.

21        It is wrong that the department has not

22   specifically informed about vacancies within the

23   NRC. The NRC cannot accommodate all the security and

24   non- security staff whose jobs are in jeopardy if

25   the department moves forward with -- in September

1    closure. Management has not been the least

2    forthcoming as to how they plan to staff the NRC or

3    where the staff will be located.  Will they place

4    additional non-security staff in offices that are

5    already too full?  For security and non-security

6    staff that cannot offer positions at the NRC, where

7    will they go?

8         This has caused tremendous stress and anxiety

9    for those of us who work in a career in the

10   department of correction.  The department claims

11   that there are sufficient positions at nearby

12   facilities.  Merely stating that isn't enough.

13   Because the department continues to avoid answering

14   questions raised, staff at Stateville are extremely

15   skeptical of this reassurance. According to the

16   department's data, there are only 29 non-security

17   vacancies combined at the two facilities within a

18   30-mile radius of Stateville, and only 39 vacancies

19   for security combined.  How did the -- those numbers

20   add up to sufficient positions?  The department must

21   be held accountable to provide real answers to the

22   relocation options for impacted employees when

23   Stateville is closed.

24        Closing Stateville will have a disparity impact

25   on jobs of IDOC employees who are women and people

1    of color, as Stateville has the most diverse

2    workforce in the department with the highest

3    percentage of female and Black employees.  So to

4    conclude, the department has been less than

5    transparent and forthcoming in this process.  For

6    the department to want to close -- to close

7    Stateville with no plan and no answers to base the

8    virtual importance of this question, it is made

9    painfully clear that Stateville employees are not

10    valued.  I urge that you vote no and send a clear

11    message to the department that their lack of

12    planning is unacceptable in the individuals and the

13    lives of all those involved.  Thank you.

14        MR. DAVIDSMEYER:  Thank you.  Thanks, James.

15    Eugene, please state your name and go ahead.

16        MR. WASHINGTON:  All right.  Good evening.

17    My name is Eugene Washington.  I'm the president of

18    AFSCME Local 1866.  I stand proud of my members of

19    Stateville Correctional Center.  One key point the

20    department ignores and is -- and dismisses when

21    questioned is that Stateville is the northern region

22    hub for the DOC that serves as the central role in

23    the department's overall operation.

24        How do you close Stateville when it's the

25    parent institution for the Northern Reception

1  Center, the minimum security unit, the Crossroads

2  Adult Transitional Center, and the Lawndale Adult

3  Transition Center?  Stateville is used for key

4  operational roles directly linked to these other

5  facilities, including training, record retention,

6  and medical testing, as well as new hiring

7  processing and drug testing. Closing Stateville

8  December [sic] will disrupt operation at these

9  facilities and department has -- and the department

10  has -- and the department has put little thought

11  into the time, planning, and resources it would take

12  to continue these vital functions if Stateville is

13  closed.

14      From the perspective of the people who do the

15  work every day, this proposal is totally

16  destructive, disrespectful, and very disastrous.

17  The staff should be faced -- should not be faced

18  with displacement but should be thanked for the work

19  they do every day, countless hours away from home

20  and family, and keeping our community safe.

21      The most reasonable and practical approach

22  would be to keep Stateville open during the

23  rebuilding process.  Stateville also serves as the

24  communications hub, the communications center,

25  connects satellite facilities, and communicates with

1  transit teams on the roads and other IDOC

2  facilities.  You just can't close down these

3  communications operations, and the department

4  doesn't have any answers when pressed.

5      Lastly, Stateville is used by the Northern

6  Reception Center in multiple ways.  Visits to

7  individuals housed in NRC occur at Stateville

8  because the NRC does not have secure rooms to

9  accommodate visitations.  All mail and packages

10  addressed to the NRC and MSU are processed at

11  Stateville because both space and safety equipment

12  limitation of the NRC. Also, the Stateville medical

13  unit serves as the urgent and emergency care center

14  for the NRC and the minimum security unit.  The

15  department has no answers as to how these key NRC

16  functions will continue if Stateville is closed.

17  That's probably because they can't.

18      Closing Stateville will eliminate key

19  operations for satellite facilities.  This is highly

20  problematic situation that appears to be ignored by

21  the department.  It's either because they can't

22  figure out solutions, or they don't understand the

23  complexity of the institution and the work we do.

24  There is no plan, and for operational security and

25  safety reasons, Stateville should be kept open.

1    Thank you.

2        MR. DAVIDSMEYER:  Thank you.  For -- for first

3    question, Senator Ventura.

4        MS. VENTURA:  Yes.  Thank you-all for your

5    testimony.  I think you put it very well.  Mr.

6    Newman, you had talked about opposing it while

7    keeping -- opposing it while -- closing the

8    operations while they're building, and I think

9    that's really what it comes down to is the

10    transition.  When you've discussed things with DOC,

11    have they provided a seat at the table to discuss

12    something -- an alternative to closing in September?

13        MR. NEWMAN:  No.  As I -- as I tried to

14    indicate a few minutes ago, the answers that we get

15    -- first of all, there's been no openness at all to

16    anything other than the plan that was presented to

17    you- all and to us, and we really can't get answers.

18    When all the questions come up about programming,

19    about safety and security, we really can't get

20    answers.

21        I heard a few minutes ago about capacity of

22    other facilities.  It's not just a matter of beds.

23    It's also a matter of staff.  If a -- if a facility

24    doesn't have the staff for the -- for the sake of

25    safety and security of the individuals in custody

1    and the staff who work there, you can't just bring

2    more individuals in.  You have to have the adequate

3    staff. There's been no answers on any of that.

4        MS. VENTURA:  And this question is for any of

5    the workers.  DOC keeps pointing to the fact that we

6    can't build one prison first -- keeping things open

7    because of this court case about the quality of

8    life. Do you feel that there are things that

9    they -- could happen right now using other housing,

10   like B housing or other facilities to house a number

11   of individuals to keep Stateville open today?

12   To -- for during the transition.

13       MR. NEWMAN:  Actually, before anybody else

14   answers, I'd like to speak to the court case because

15   we spent some time finding out about the court case.

16   There have been several meetings, settlement

17   discussions.  There is -- it's my understanding

18   they're nowhere close to any kind of a settlement as

19   far as -- and there's no -- nothing scheduled before

20   a judge where -- for the judge to issue -- I think

21   it's Judge Wood, to issue some kind of an

22   injunction.  We're very confident that were that to

23   happen, and we don't -- we don't believe it will,

24   but it would not be -- the judge would not order it

25   to be so immediate that it would be anywhere close

1  to September.

2    And as, I think, one of the -- I think it may

3  have been you, Senator Ventura, but one of the --

4  one of the commission members here stated, why would

5  we -- why are we trying to get ahead of whatever a

6  court might order?  If the court orders it, then

7  everybody has to deal with that.  But why would

8  we -- if we're in a bad situation, why would we say,

9  let's make it happen even earlier so that -- so a

10  judge won't tell us to do it?

11    But I'm sorry I went on so -- if you could -- I

12  think there are other parts of the question that

13  others --

14    MS. VENTURA:  Do you think that, during the

15  transition, there are things that could be utilized

16  at Stateville to keep it open for at least some of

17  the individuals incarcerated?  Maybe not all of

18  them. Like, our ADA and disabled individuals may

19  need to be transferred, but are there

20  capability -- do you feel there's capabilities at

21  the prison today to house the other ones?

22    MR. NEWMAN:  Yes, the current state of the

23  quarter units can last.  The quarter units are not

24  falling down.  We're not walking in and feeling like

25  the roof was going to fall on top of us.  They can

1  stand.  The X house can stand.  There are buildings

2  that can't be utilized until this rebuild is done.

3     MS. VENTURA:  Okay.  Thank you.  And then if we

4  were to shut down Stateville proper and only have

5  NRC, do they currently have a kitchen or dietary

6  means today?

7     MR. NEWMAN:  At this time, the Stateville

8  dietary is totally good and operational.  The NRC

9  dietary at this time is in the process of being

10  rebuilt and revamped and have trailers in to -- we

11  don't know what day they're going to start working.

12     MS. VENTURA:  Okay.  And then is NRC meant for

13  long-term placement of incarcerated individuals?

14     MR. NEWMAN:  No.

15     MS. VENTURA:  Thank you.

16     MR. DAVIDSMEYER:  Then are -- any other

17  questions?  I have a couple questions.  So has there

18  been -- and this is to whoever can answer.  Has

19  there been any discussion with the department on

20  non-security vacancies?  And can you give me an idea

21  of what a non- security -- what type of work the

22  non-security individuals are doing?

23     MR. NEWMAN:  Well, in terms of the vacancies,

24  and I -- and I'm going to let Gino (phonetic) answer

25  the second part of that question.  But you know,

1    the -- in the CGFA report, they talk about 1,000

2    vacancies for Stateville that are in -- I think

3    within 65 miles, in the -- in the -- in the -- in

4    the proposal that they -- was presented about -- to

5    Logan -- about Logan, same 1,000 vacancies. Now

6    they're downstate all of a sudden, but it's the same

7    1,000 vacancies.

8        And I also want to -- when they talk about

9    within 65 miles, I was thinking about Charles, for

10   instance, who lives on the south side of Chicago.

11   We have -- I should say very frequently -- it's

12   really common, because of the under-staffing, for

13   staff not to work eight hours, but to have to work

14   double shifts, 16 hours. So imagine Charles or many

15   other employees working 16 hours, driving two hours

16   each way. Leaves four hours to sleep if --

17   certainly unlike me, if you can get home and go to

18   sleep immediately, let alone eating anything. And

19   that's -- when they talk about other facilities

20   available, that's what our members are facing, so --

21   but in terms of the non-security, I think I could go

22   through quite a few of these, but Gino, why don't

23   you?

24       MR. DAVIDSMEYER: I mean, just give me a basic,

25   you know, 30,000 feet. What types of -- what type

1  of jobs are we talking about?

2     MR. WASHINGTON:  Office jobs, dietary, supply,

3  medical.

4     MR. DAVIDSMEYER:  Okay.

5     MR. WASHINGTON:  To name a few.

6  And education --

7     MR. NEWMAN:  Education.

8     MR. WASHINGTON:  Counseling, clinical.

9     MR. DAVIDSMEYER:  Got you.  Okay.  Thank you.

10     And so, when you were discussing earlier -- we

11  discussed a number of things that Stateville

12  currently provides for the NRC, like mail room.

13  I think you were talking -- I don't know.  Laundry,

14  record keeping. Sounds like there's a number of

15  different things that they rely on the Stateville

16  facility for.  Is there -- have you heard anything

17  in this plan that would provide an opportunity for

18  those to be at the NRC?

19     MR. WASHINGTON:  No, we haven't heard of any

20  plan.  They -- it can conducively [sic] happen.

21     MR. DAVIDSMEYER:  So it would take a lot of

22  investment in the NRC to get it up to where it would

23  need to be to do all the functions that make --

24     MR. WASHINGTON:  They would have to build

25  another NRC to make -- to replace Stateville

1    administration building --

2        MR. DAVIDSMEYER:  Okay.  Okay.  Thank you-all

3    for coming up --

4        MR. NEWMAN:  I'm sorry, but if I could just

5    add -- and I know co-chairs, Davidsmeyer and Koehler

6    did a tour of the facility earlier.  And I heard

7    reference to when you speak about investment in

8    reference CGL report, which is several years old,

9    and as I understand it, what took place on the tour,

10   many of the things in the CGL report had been -- the

11   repairs have been made, at least well enough to get

12   us through this interim period until the new

13   facility is built. So to rely on the numbers in the

14   CGL report at this point, I think it's disingenuous.

15       MR. DAVIDSMEYER:  Yeah.  So -- and I didn't

16   realize that that was -- that report was seven years

17   old, and I certainly look forward --

18       MR. NEWMAN:  I'm sorry, several years old,

19   I said --

20       MR. DAVIDSMEYER:  Several.

21       MR. NEWMAN:  Not quite seven, but it's --

22       MR. DAVIDSMEYER:  Okay.  I thought you said

23   seven.  Several years old, and all of a sudden, it

24   seems like an urgent thing to shut down the facility

25   now.  So I will give the department an opportunity

1    to -- I'll talk to you guys afterwards about that.

2    Thank you.

3        MR. NEWMAN:  Thank you --

4        MR. DAVIDSMEYER:  Thank you-all for coming up.

5        Our next group, we have -- I think we have

6    Martha Merrill, Matthew Zematis, Ann McBee, Dorsey

7    Peldonia.

8        UNIDENTIFIED SPEAKER:  We've got one more walk

9    up.  And then we also have Jennifer Bertino-Tarrant.

10   She's a former rep.  She's with Will County.  I

11   don't know where you want to put her in here coming

12   up with this panel or with the next one, but we

13   thought we try to get her up a little quicker.

14       MR. DAVIDSMEYER:  Okay.  And if I could -- our

15   former colleague, Jennifer Bertino-Tarrant, if you

16   would like to come up and be with this group.  We'd

17   love to have you.

18       UNIDENTIFIED SPEAKER:  Can we do a quick

19   announcement and ask this person to move their car?

20   They're blocking somebody in.

21       MR. DAVIDSMEYER:  All right.  I've got a

22   license plate.  Somebody is being blocked in.

23   It's a blue Ford Escape, license plate DU61005.

24       UNIDENTIFIED SPEAKER:  I'm on my way.

25       MR. DAVIDSMEYER:  All right.  Found her. Good.

 1    UNIDENTIFIED SPEAKER:  Thanks.  Appreciate it.

 2    MR. DAVIDSMEYER:  Okay.  Let's go ahead and

 3  start with -- Martha, do you want to start?

 4    MS. MERRILL:  Sure.  Good evening members of

 5  the commission.  My name is Martha Merrill, and I'm

 6  the director of research and employee benefits for

 7  AFSCME Council 31.  Thank you for the opportunity to

 8  speak on this matter of significant importance and

 9  consequence for the department of corrections, its

10  employees, and the individuals in custody.

11     Let me start off by saying in response to

12  the -- many of the written comments submitted that I

13  don't believe that there are very many residents of

14  this state that think permanently closing Stateville

15  and releasing its entire incarcerated population is

16  the right path forward.  Moreover, I suspect that if

17  the facility were permanently closed, as proponents

18  argue, those same organizations would be in front of

19  this commission in years' time voicing complaint

20  that the incarcerated individuals from the northern

21  counties are being too far -- are being held too far

22  from their families and their communities.

23  A northern correctional facility is necessary in

24  Illinois.

25     Stateville must be rebuilt, and we support the

1    capital investment to construct a modern, safe, and

2    state-of-the-art correctional center.  This could

3    and should represent important progress for a

4    correctional system too long marked with

5    deteriorating infrastructure.

6        However, after asking questions of the

7    department, reading their materials submitted, and

8    listening to their testimony, there is no question

9    in our minds that closing Stateville in September is

10   a viable proposal.  Let our testimony today serve as

11   a record that moving forward with this plan, with so

12   few details and preparation in place, is reckless.

13   The department is entirely incapable of pursuing its

14   own plan of action without putting lives and

15   livelihoods at risk.  Everything we say here, as

16   well as the written reports and testimony, support

17   maintaining Stateville's operations during the

18   construction process.  This path is the least

19   disruptive and most reasonable of the two choices,

20   and the department has failed to provide a serious

21   argument otherwise.

22       For all the reasons we've identified, for all

23   the questions left unanswered, for all the logistics

24   not in place, and for all the employees of the

25   department who deserve to be treated with respect,

1  I urge this commission to reject the department's

2  recommendation to close Stateville Correctional

3  Center.

4    MR. DAVIDSMEYER:  Thank you.  Matthew --

5    MR. ZEMATIS:  Zematis --

6    MR. DAVIDSMEYER:  Please state your name, and

7  go ahead.

8    MR. ZEMATIS:  Good evening.  I am Lieutenant

9  Zematis.  I am -- I also work at Stateville

10  Correctional Center.  I am assigned to the education

11  building and would like to speak on the effects that

12  the closure would have on the educational program,

13  which is unparalleled across the rest of the state

14  of the prison system.

15    Stateville has more education programming and

16  more classes than any other facility in Illinois.

17  We work with multiple universities, Northwestern,

18  DePaul, and North Park Theological Seminary.  These

19  institutions provide a variety of basic and

20  secondary academic classes and post-secondary

21  educational classes.  Stateville also provides

22  important non-degree educational programming.

23    These programs have 120 incarcerated

24  individuals, including -- we have over 90 back there

25  at one time at times, with over 20 volunteers,

1  professors, and educational staff.  Any closure of

2  Stateville, even over a short period, would harm

3  these individuals because no other facility can

4  provide this.  Also, if you move these individuals

5  to other facilities, it will take them out of

6  environment.  We've seen issues at other facilities

7  within the past year.

8      Closing the facility would irreparably harm the

9  ability of incarcerated individuals to progress in

10  these programs.  I strongly advocate for the

11  committee to recommend against closing the facility

12  for these reasons.  I concede my time.

13      MR. DAVIDSMEYER:  Thank you.

14      MR. ZEMATIS:  Thank you.

15      MR. DAVIDSMEYER:  Anna?

16      MS. MCBEE:  Hello.  My name is Anna McBee.  And

17  after 32 years of state service, with the last 27 of

18  those years spent at Stateville Correctional Center,

19  I retired last week.

20      In addition to the vast educational program,

21  Stateville also has multiple vocational programs,

22  reentry counselors, and other vital curricula that

23  is not available at other facilities in the state.

24  These programs range from career and technical

25  education, such as the barber college, volunteer

1  services, creative art, choir, and religious Bible

2  studies, to a full music recording studio donated by

3  Common in 2021, as well as a variety of programming

4  focused on rehabilitation and reentry, such as our

5  life skills, anger management, substance abuse

6  programs, and counseling services.  I want to

7  highlight the impacts that two of these programs

8  have and share what our incarcerated population

9  would lose should DOC close -- I'm sorry -- should

10  DOC close Stateville in September.

11      The first is Stateville's barber school.

12  Incarcerated individuals in the program learn a life

13  skill that benefits them both during their

14  incarceration, as well as once they are released.

15  It is an incredible program that changes lives, and

16  for current participants, as well as those on the

17  waiting list, it would be a tremendous loss if this

18  program were to end in September.

19      Additionally, Stateville's recording studio,

20  aptly named Rebirth of Sound, is also the only one

21  of its kind in the entire department.  This studio

22  allows incarcerated individuals to learn the

23  technical skills needed to make and record music.

24  It's a music school. Individuals are taught musical

25  theory and learn to play different instruments and

1    read music.  Even for those incarcerated for many

2    more years, the studio provides a purpose and the

3    ability to create something that they can share.

4        A key factor to the training and rehabilitation

5    programming offered at Stateville to reduce

6    recidivism is its location to the Chicagoland area.

7    Visitation and other forms of contact between

8    incarcerated individuals and their families have

9    positive impacts, including reduced recidivism,

10   improved participation in programming, and improved

11   health and behavior.  71 percent of Stateville's

12   population are from the Cook County and collar

13   counties.  Moving these individuals to facilities

14   farther away from home will undoubtedly and

15   needlessly affect the ability for family to visit

16   them.

17       I urge the committee to recommend not to

18   immediately close Stateville and to keep the

19   facility open while a new one is built.  Thank you.

20       MR. DAVIDSMEYER:  Thank you.  Dorsey?  Good

21   evening --

22       MS. PELDONIA:  Good evening, everybody --

23       MR. DAVIDSMEYER:  State your name and go ahead.

24       MS. PELDONIA:  Sure.  Good evening, everyone. I

25   would like to thank everyone behind me who has shown

1  up today to show solidarity in everything that we're

2  here to fight for.  My name is Dorsey Peldonia, and

3  I have been a staff assistant at the healthcare unit

4  at the Northern Reception Center, which is a

5  satellite facility of Stateville Correctional Center

6  since -- I'm sorry -- since April of 2023.

7      I'm opposed to the department's plans to close

8  Stateville during construction because I believe

9  that doing so will significantly disrupt healthcare

10  access for individuals at Stateville, the NRC, and

11  MSU.  For those of you who don't know, the

12  healthcare unit at the NRC is basically a triage

13  clinic, so we rely on the medical facilities and

14  staff at Stateville for more advanced care, while

15  individuals are at the NRC awaiting a transfer.

16      At the NRC, we rely on Stateville for its

17  dialysis chairs, its more advanced dental office,

18  more robust physical therapy equipment, and

19  optometry services, amongst other things.  We also

20  rely on Stateville's medical staff.  When there's a

21  heavy intake day at the NRC, for example,

22  Stateville's mental health professionals come over

23  to help support our team.

24      The MSU, which is a minimum security unit at

25  Stateville, located near the NRC, also depends on

1    Stateville's medical facilities.  Sometimes

2    individuals at the MSU have chronic health issues or

3    cancers, which require access to services and

4    equipment available at Stateville, but not at the

5    NRC.

6       For individuals in custody at Stateville, the

7    medical staff who work there, this plan will pose an

8    even bigger problem.  Right now, out of our current

9    population at Stateville, about 60 percent are

10   people who are on medical hold.  Individuals on

11   medical hold depend on extensive medical facilities

12   located on the grounds of Stateville or hospitals

13   nearby in Chicago, specifically UIC.

14      If Stateville is closed and the individuals

15   currently receiving care at the medical center or in

16   Chicago are transferred to other locations, will

17   they continue to have access to the same quality of

18   care available at Stateville or the Chicago

19   hospitals?  Will these individuals be able to

20   withstand longer transport times to see their

21   doctor?  Will there even be staffing to be able to

22   transport so many individual safety -- safely?  If

23   individuals are forced to switch doctors, how will

24   the department make that work?  There's also

25   logistically not enough room to accommodate all of

1  Stateville's medical employees and their equipment

2  at the NRC.  So where are we supposed to go?

3      For all of these reasons, I am asking this

4  commission to vote against the department's plans,

5  and to recommend the DOC keep Stateville open during

6  this construction.  Thank you.

7      MR. DAVIDSMEYER:  Thank you.  And now Jennifer

8  Bertino-Tarrant, executive for Will County.

9      MS. BERTINO-TARRANT:  Thank you.  Thank you

10  very much.  I appreciate the department --

11      MR. DAVIDSMEYER:  You have to get that --

12      MS. BERTINO-TARRANT:  Closer?

13      MR. DAVIDSMEYER:  Closer.  Yes, please --

14      MS. BERTINO-TARRANT:  All right.  That's not

15  something I'm used to.  Thank you to the department

16  of correction for being here.  Thank you to my

17  former colleagues for also taking the time to be

18  here.  We get to claim Senator Ventura and Senator

19  Sims as Will County proud.

20      I am happy that you have joined us, and like

21  the mayor of Crest Hill, probably not Logan, I fully

22  support the redevelopment and a new facility here in

23  Will County.  Obviously, as a county executive, I

24  look forward to the jobs.  I look forward to the

25  economic development.  However, like has already

1    been stated, I would like to see a tighter timeline

2    before a demolition and a rebuild.  I know the

3    balance of managing the very different perspectives.

4    I listen to the department of correction.  I nod my

5    head.  And I listen to our friends in the union, and

6    I nod my head.

7        But what I can tell you, from my experience

8    with working with multiple unions and thousands of

9    Will County employees, I have one policy that has

10   worked for me well, in that the unions are my

11   partners.  I know it may not be a perfect result for

12   everyone, but I implore the state as they develop

13   their plan to follow that policy and listen actively

14   to our unions.  Will County is eager to work with

15   the department of correction and the future of this

16   site.  So thank you.

17       MR. DAVIDSMEYER:  Thank you.  Senator Ventura?

18       MS. VENTURA:  Yes.  Thank you.  Good to see

19   you, Lieutenant.  My question is to you.  Do you

20   feel that the community built by the education

21   programs has improved the behavior at Stateville,

22   as well as encouraged the non-education individuals

23   to obtain higher or different types of education?

24       MR. ZEMATIS:  Yeah, absolutely.  One of the

25   things there is back at the building, all of my

1   staff have almost -- most of them have more than 20

2   or 25 years.  They have developed a mutual respect

3   with my staff and with themselves, and they carry

4   themselves to a higher standard.  That's why we have

5   had minimal issues back in the education building

6   versus other institutions, which have had staff

7   assaults and things like that, which we don't want

8   to happen.  You're also going to remove the

9   individual in custody out of their environment.  And

10  that could be -- that could create another dangerous

11  situation.

12      MS. VENTURA:  Which leads to my next question.

13  So if these individuals are sent to multiple

14  facilities throughout the state, breaking up this

15  community, do you think this will be a positive or

16  negative impact on corrections as a whole, as well

17  as the individuals enrolled in these programs?

18      MR. ZEMATIS:  Anytime we've had any type

19  of -- I have over 20 -- 20 years in the department,

20  seven as a lieutenant.  Anytime we've done any kind

21  of reclassification or anything like that, and you

22  start moving these individuals around, they do have

23  to adjust to their environment.  And sometimes it's

24  a tougher adjustment for some of them.  We have a

25  chemistry there that no other facility could match,

1  so I -- it would probably be best to keep these

2  individuals in our facility.  I think they have the

3  best opportunity. We're able to provide over 90 of

4  them at a time, almost 100 of them at a time, to be

5  in our education building at one time, plus a law

6  library, plus the barbershop.

7      MS. VENTURA:  Thank you.

8      MR. ZEMATIS:  Thank you.

9      MS. VENTURA:  Sure.

10      MR. DAVIDSMEYER:  So I think we heard -- thank

11  you.  I think we heard during our tour that out of

12  the 420-something incarcerated individuals that are

13  there, I think over 400 are on grade A, which

14  is -- which is pretty impressive.  What level of

15  security is that facility?  Is it a max?

16      MR. ZEMATIS:  We are a max.

17      MR. DAVIDSMEYER:  Yeah.  So --

18      MR. ZEMATIS:  We are --

19      MR. DAVIDSMEYER:  So having that many on

20  that --

21      MR. ZEMATIS:  We able we are able to keep them

22  stable at our -- at our facility because we -- we're

23  able to provide the most amount of students for

24  these individuals in custody.  At no other -- like,

25  Sheridan and these other facilities, they can't

1    provide that.

2       MR. DAVIDSMEYER:  Yeah.  So could IDOC offer

3    priority placement for the individuals that are

4    being transferred in order to minimize disruption?

5    I mean, priority placement into other programs and

6    other facilities.  Would that minimize disruption?

7       MR. ZEMATIS:  No, because the other facilities

8    aren't built for -- to have ten classrooms.  They

9    just don't have it, so we -- we're able to have,

10   like I said, over 90 of them at a time with over

11   20 volunteers, professors, and educators.  And some

12   of these other facilities only have two or three

13   classrooms available, and you're -- you -- you're

14   not going to put individuals in custody, 30,

15   35 feet -- that's not a conducive environment.

16   These guys have their best opportunity here.

17      MR. DAVIDSMEYER:  Okay.

18      MS. PELDONIA:  If I could just add, there are

19   wait-lists across the state for educational

20   programming, and I would suspect that if transferred

21   Stateville individuals were prioritized and able to

22   jump those wait-lists, that that would have kind of

23   a domino or consequence to the other -- to the

24   individuals who are at the transferred facilities

25   who have been waiting for educations and

1 programming.

2    MR. DAVIDSMEYER: Thank you. And then one

3 other thing, when you mentioned the healthcare unit,

4 it's not -- I -- the -- my understanding is that the

5 healthcare unit in the -- I'm going to use the wrong

6 term -- NRC?

7    MS. PELDONIA: That's correct.

8    UNIDENTIFIED SPEAKER: Is more of the prompt

9 care to the hospital that's in Stateville, correct?

10 I mean, they catch the initial stuff, the sneezes

11 and the fevers, and Stateville does the dialysis and

12 things of that sort, correct?

13    MS. PELDONIA: Yes. Actually, anytime that we

14 have individuals in custody that come through the

15 Northern Reception Center, we do assess -- the

16 medical staff does assess their healthcare needs,

17 whether it's -- and mental health does the same

18 thing, too, when they first come in. They also see

19 counselors. They also see TASC, which is our --

20 which is out of Sheridan, which is the drug and

21 alcohol treatment program. So they are assessed in

22 the beginning.

23    Now, if those individuals in custody are held

24 at the NRC for any amount of time, and there's --

25 let's say somebody falls out of bed or anything of

1   that nature, somebody came in with an open wound

2   because he was on -- parole violator, those guys are

3   brought down to the NRC's healthcare unit where the

4   nurses do take care of their dressings.  They get

5   their medication on a daily basis, as well,

6   if it's -- if it's something that's needed.  If

7   they're coming from Will County or any other collar

8   counties, we make sure that their medication is also

9   with them.

10      And then at that point -- and let's say if a

11  individual in custody comes in and says, you know

12  what, I had glasses, I need to see the eye doctor,

13  we make that appointment with Stateville because

14  they have the resources, the equipment, and also the

15  staff to assess their eye vision so that if we need

16  to order them glasses, it's taken care of there at

17  Stateville. Stateville is our mothership.  The NRC

18  is a satellite. All we do is process all the

19  northern region, and Stateville is our home.

20      MR. DAVIDSMEYER:  Okay.  So if Stateville is no

21  longer there, no longer operational, you would need

22  additional staff to transport people to other

23  facilities, an eye doctor somewhere else or -- or

24  a --

25      MS. PELDONIA:  We do have an optometrist on

1   call or at -- that is at Stateville, who's actually

2   there all the time.  So anyone that is brought out

3   of their cell to see the eye doctor, they are

4   assessed right there.  We don't have to send them

5   out.  Anything serious beyond, you know, getting

6   glasses or contacts and all the necessary

7   accessories that would need for that -- anything

8   beyond that is handled at Stateville --

9       MR. DAVIDSMEYER:  But --

10      MS. PELDONIA:  -- where they would make an

11  outside appointment --

12      MR. DAVIDSMEYER:  But that's --

13      MS. PELDONIA:  -- but at the NRC, we would

14  know.

15      MR. DAVIDSMEYER:  After September?

16      MS. PELDONIA:  After September, we don't know

17  what's going to happen because we're not getting any

18  answers.  We don't even have a picture of what this

19  building is going to look like.  We don't know where

20  we're going to put the staff.  I might lose my job

21  if I end up moving.  I don't want to move out of

22  this area. This is my family.  Everyone you see back

23  here is my family.

24      MR. DAVIDSMEYER:  I understand.  I understand.

25  Thank you.  Thank you.  Any other questions?  All

1  right.  I think we can move on.  Thank you-all

2  for --

3       MR. ZEMATIS:  Thank you.

4       MR. DAVIDSMEYER:  -- being here tonight.  I'm

5  going to move on to panel four.  If I pronounce your

6  name wrong, I apologize.  Susan Lucci, James Soto,

7  Ralph Portwood, and Christina Rivers.

8       And if you could -- if we could go in that

9  order, Susan, James, Ralph, and Christina.  And then

10 please state your name prior to making your

11 comments. Start with Susan.

12      MS. LUCCI:  Hi.  Good evening.  My name is

13 Susan Lucci.  I live up in Oak Park.  I appreciate

14 your intention and the space to welcome and make

15 sure that a lot of voices are heard, and I really

16 appreciate hearing from the last few employees of

17 Stateville who expressed care about a voice that I

18 think is missing to date.

19      I don't disagree with the concerns that we've

20 heard from the employees of IDOC and their families

21 that were just referenced.  But a significant voice

22 is missing, and I'd like to remind us of the purpose

23 and mission of IDOC.  Is not -- it's not an

24 employer, right?  It is in the business of taking

25 care of folks impacted by our justice system, so

1 where are their voices being heard?  I did hear the

2 acting director mention meaningful conversations

3 with them, but to my knowledge, those haven't

4 happened.

5     And I think as frustrated as everyone in this

6 room is about the potential of closing, I imagine

7 and I know some of these guys -- the 420 or so guys

8 inside and their families are terrified, right?

9 They are really uncertain.  They don't know what's

10 going to happen to them, and I'm also leery of

11 trusting the IDOC promises and assurances that they

12 will be individually consulted before they are

13 transferred, because, for example, in the last few

14 weeks, their yard time has been cut in half, the

15 educational programs have been cut in half because

16 of supposed shortages.

17     So anyway, I hear a lot of agreement.  I don't

18 hear anybody standing up to keep the status quo, but

19 how and when?  I am also concerned about the

20 timeline, and any decision made without consulting

21 those 420 humans in there, many of whom have degrees

22 -- they are rehabilitated.  Many have clemency

23 petitions on the governor's desk that we're waiting

24 for.  There's thousands of those sitting there, so

25 please extend your decision to include their voices,

1    as well.  Thank you.

2        MR. DAVIDSMEYER:  Thank you.

3        MR. SOTO:  All right.

4        MR. DAVIDSMEYER:  James --

5        MR. SOTO:  My name is James Soto.

6        UNIDENTIFIED SPEAKER:  Get that microphone real

7    close --

8        MR. SOTO:  Oh, sorry.  My name is James Soto.

9    Many know me by Jimmy Soto.  I was recently released

10   from Stateville in December.  I was wrongfully

11   convicted for 42 years, and I was exonerated.  The

12   majority of my time was spent at Stateville, so I

13   know all of the harms that it can do to you because

14   of the environment there, the toxic water, the black

15   mold, et cetera, that you know -- all know and heard

16   about.

17        But I was -- I want to add a personal note.

18   Upon my release recently, I had blood work drawn.

19   Ms. Vollen-Katz and Mike Newman were on a panel with

20   me, and they were aware when I got the blood drawn.

21   Well, I had elevated levels of lead in my system

22   caused by drinking the water in Stateville, which

23   has now got me pre-diabetic and some circulatory

24   problems.

25        So my question is this.  Okay.  I'm in favor of

1  rebuilding Stateville.  But to close it completely,

2  I understand that can take away jobs, the employees.

3  It's going to -- it's going to cause disruption all

4  the way around the board.  But if we do keep it

5  partially open, what are they going to do for those

6  individuals in custody while it's kept open?  Are

7  they going to be given that bottled water?  Is there

8  going to be a cleanup of the facility?  I mean,

9  like, a real thorough cleanup where they don't have

10  to live in those conditions for any prolonged period

11  of time.  It's unnecessary.  And so, I just want to

12  be that voice which Ms. Lucci talked about, to tell

13  you that, you know, it does affect you, years and

14  years and years of being in there, and that we need

15  to consider that when we talk about these closures

16  or partial closures or whatever the case may be

17  because it seems it's going to be inevitable.

18      And so, I just want to say that, you know,

19  I would hope that we have pathways for release,

20  but I know that's not the subject matter here.

21  The matter is, you know, there's people here, human

22  beings on both sides of the fence, the staff, the

23  employees, and then those incarcerated and their

24  families.  So this is really a human issue, and I

25  hope that the humanity comes across, that you

1   realize that there are individuals like me that have

2   suffered already because of the water, et cetera.

3   And so, that is a concern. It should be a concern to

4   you-all, as well, so thank you for hearing me out.

5   I appreciate it.

6        MR. DAVIDSMEYER:  Thank you.  Ralph.

7        MR. PORTWOOD:  Hello.  My name is Ralph

8   Portwood.  I'm a retired correctional officer from

9   Stateville Correctional Center.  I did 29 years,

10  three months at Stateville, and I also served as the

11  union president for about 26-and-a-half of those

12  years.

13       So first and foremost, I want to make one thing

14  clear to this room.  You know, someone throw my --

15  stole my thunder a little earlier about it, but I'm

16  still going to say it.  We're just not Stateville

17  employees.  This is the Stateville family behind me.

18  This is a family.  So though I heard what you said,

19  and I respect what you said, but think about the

20  family that work at Stateville Correctional Center,

21  the bond that we have.  You know, the years -- and

22  the years and dedication that these members of our

23  family have put into Stateville to provide services,

24  make sure that the individuals in custodies are

25  protected, they're treated well, given medical

1  attention.  Anything they'd need was done under the

2  aspect of us as a family at Stateville Correctional

3  Center.  That's first and foremost, you know.

4      And like I said, being a union president,

5  what's one thing unique about Stateville, we got the

6  diversity, but we had such a bond there, hell, half

7  the inmates thought I was their union president,

8  as well. They wrote grievances to me to help with

9  issues, with cables, and working conditions at the

10  facility.  So our bond goes past the workforce.  It

11  worked -- it went to the individuals that lived

12  there, as well.

13      But I've been around long enough -- and with

14  all due respect to the department of corrections,

15  I've been around long enough to see us break ground

16  on a correctional facility, buy the metal to build a

17  correctional facility, but it was never built.

18  I -- matter of fact, I think it was two of them that

19  were supposed to build.  Grayville, if I'm not

20  mistaken.  I think one was in Kankakee.  Never was

21  built, so that's what worries me.  So if we don't

22  have a actual plan in place, only thing we going --

23  we think about is what we saw in the past.  They

24  actually decided to build two correctional

25  facilities, and it never took place.

1       And that's what this sounds like right now,

2   today.  It sounds the exact same language and the

3   exact same situation we've seen years ago.  They

4   said they were going to build two facilities, and it

5   didn't take place.  And I'm not blaming the

6   leadership of the department of corrections because

7   some of this is outside their control.  We don't

8   know who's going to be in control of this state in

9   five years.  We don't know where we're going to be

10  economically in five years, so to say that this plan

11  is going to take five to seven years, the people

12  that are sitting here right now today are not going

13  to be the ones making a decision.  So we are putting

14  our futures in the hand of individuals we don't even

15  know yet, probably, so I'm worried about that.  I'm

16  worried about the future.

17      I'm worried about the fact that Stateville

18  Correctional Center is historic to the department of

19  corrections.  It's historic to seeing generations of

20  staff having their kids and grandkids work there and

21  continue on the tradition of providing security,

22  custody, and control for the Illinois Department of

23  Corrections.  Let's think about that when we talk

24  about what's important, and I do understand that it

25  needs to be rebuilt, the Stateville.  But you've

1    seen today -- I took you guys on a tour today --

2        MR. DAVIDSMEYER:  Yeah.

3        MR. PORTWOOD:  -- and I think I pointed out a

4    lot of areas in which you thought was in worse shape

5    than it was.  And I'm not -- like I said, I -- I'm

6    doing this because I love Stateville.  Stateville is

7    who I am.  It's who we are.

8        MR. DAVIDSMEYER:  Yeah.

9        MR. PORTWOOD:  We support Stateville staying

10   open during the closures.  Thank you very much.

11       MR. DAVIDSMEYER:  Thank you, Ralph.  And thank

12   you for being on that tour with us today.

13   Appreciate it.  Christina Rivers, the director of

14   DePaul Institute for Restorative Education and [sic]

15   Engagement.

16       MS. RIVERS:  Thank you-all for giving me the

17   opportunity to speak on behalf of DePaul's

18   educational programming at Stateville.  DePaul

19   started in 2012.  I think we were the first college

20   that was back there after the Pell Grant

21   revocations.  I've been teaching there since 2016.

22       So my comments are really about the -- are

23   primarily related to the continuance of educational

24   programming at Stateville, as folks in front of me

25   already attested.  So picking up on Lieutenant

1    Zematis and -- Ms. McBee comments, I'll just

2    continue from there.  My concern is that we maintain

3    the current programming that exists at Stateville

4    during this closure and rebuild in whichever way

5    that happens.  My concern is that we develop a more

6    robust and expansive type of college programming

7    both there, and I will also add, at -- throughout

8    DOC and in-person.

9        This would clearly call for sufficient

10   staffing, both administrative and corrections

11   officers. For example, right now, we only have

12   educational programming during one shift, the first

13   shift, I believe it is.  We've long been calling for

14   educational programming opportunities on the second

15   shift, on the weekends.  So I want to add that to

16   some of the other things that we've been discussing

17   here, and I'm hoping that that's something that can

18   be done during this transition.

19       Higher education programming, to make it really

20   flourish, would call for a sufficient

21   infrastructure, which we all know we don't have at

22   Stateville.  There's some, but it's not sufficient.

23   This includes fully functional classrooms, proper

24   classrooms and equipment, technological equipment,

25   to not supplant higher education in-person but to

1    supplement that, libraries fully stocked.  This

2    would include librarians, movement staff, staff for

3    higher education, ABE, and GED staff.  And ideally,

4    opportunities for programming -- for program

5    graduates, both at Stateville and who've left, to

6    offer course instruction at Stateville, such as used

7    to be the case at Menard in the '60s and '70s.

8         There's ample evidence that higher education

9    decreases violence, both inside and outside the

10   facilities.  It decreases recidivism on the outside.

11   It increases civic engagement, both inside and

12   outside. Senator Ventura's internship program with

13   DePaul are ample evidence of that, and so higher

14   education overall increases safety for all of us,

15   both on the inside and outside.

16        I know I'm a little over my time, but I just

17   want to say that there's an opportunity here to

18   prioritize transformational humane approaches to

19   harm accountability and corrections as Stateville is

20   rebuilt.  Obviously, this can't happen without

21   staff, particularly supportive staff, nor can it

22   happen, to Susan Lucci's point, without the input of

23   our students and our program participants.

24        St. Vincent DePaul himself took a

25   transformative humane approach in his 40 years of

1    ministry to incarcerated people in his time.  I'm a

2    proponent of transformative, collaborative,

3    restorative accountability in this time, and I'm

4    hoping that that's will -- what will happen with

5    Stateville as it's revealed.  Thank you for your

6    time.

7        MR. DAVIDSMEYER:  Thank you, Christina.

8    Appreciate it -- before we go on to questions,

9    I -- we have another car issue.  I've never

10   announced this many license plates in my life.

11   Chrysler 200, license plate AL74573.  Any takers?

12   Thank you.  If you could move the car, I'd

13   appreciate it.  Senator Ventura.

14       MS. VENTURA:  Thank you, Dr. Rivers.  If

15   Stateville closed in September, do you believe that

16   DePaul would be able to provide the current services

17   for higher education with minimal disruption to the

18   students enrolled?

19       MS. RIVERS:  Well, it depends on where we would

20   have to continue it, so can you expand on that?

21   Okay --

22       MS. VENTURA:  I don't have the answers.

23   DOC does --

24       MS. RIVERS:  We don't -- DePaul, we're small,

25   but mighty, but we don't have the staffing to offer

1  our educational programming as it exists any -- much

2  farther, I would say, than Sheridan.  We just don't

3  have it.  At one point, Illinois River was discussed

4  with us.  That's three-and-a-half hours away.  It

5  would kill our programming, to be honest, especially

6  because we bring in so many outside students and

7  coordinating the rides and getting the vans.  It

8  would be a real disincentive to our outside

9  population that comes in that has really made that

10  program, DePaul's program, kind of unique in that

11  respect.  So no longer, but it is now.  We don't

12  have the staffing to support much farther, I would

13  say, than Sheridan.

14      MS. VENTURA:  Okay.  And then, Susan, same

15  question for North Park.  Do you feel that there

16  would -- if the -- Stateville closed in September,

17  do you feel that your programming could continue

18  with DOC and the individuals who are in those

19  programs with minimal disruption?

20      MS. LUCCI:  No.  I'm not part of North Park,

21  but no --

22      MS. VENTURA:  Oh, sorry.

23      MS. LUCCI:  My engagement there, no, I mean,

24  and the guys are really concerned about this and how

25  can they stay together?  They just have so many more

1    questions than answers.  And I mean, it's

2    already -- you've just toured.  I mean, it's pretty

3    dismal, what -- the condition we have to work

4    within, and I think, given that, they've built

5    community around that.

6        I'm so impressed at what the guys have done and

7    that -- I tell them they give me hope for the

8    transformation of our society because I see it

9    individually in these guys who did not grow up at

10   all with the resources I had.  We do not resource

11   them well inside of Stateville, and yet they are

12   really, the ones I get to interact with, amazing

13   humans that inspire me every day.  So that's why I

14   have to be here to speak, and I encourage you to

15   talk to them, too.  They really inspire me that

16   there's hope for us.

17       MS. VENTURA:  Thank you.  And I want to thank

18   Ralph for your comments.  My grandfather was a

19   Stateville employee, and it definitely changed my

20   impression of incarcerations.  And my experience in

21   that prison has been that the correctional officers

22   and the incarcerated, they have a real respect that

23   happens that you don't see, I think, in, definitely

24   mainstream media, but I don't think you see that in

25   the rest of the state because of the type of family

1  bonds that you've built.  So thank you for that.

2    MR. DAVIDSMEYER:  Thank you.  Senator Koehler.

3    MR. KOEHLER:  I -- really just more of a

4  comment than a -- than a question.  And thank you,

5  Ralph, for going with us today, and what you said

6  just kind of hit me.  I mean, I've been listening to

7  it all night, but it just kind of came together.

8  What you have is a very dedicated staff here, and I

9  really feel the sense of family that you talk about.

10  You've got good programming.  You've got good

11  people.  The only thing you don't have is a good

12  facility, right?

13    MR. PORTWOOD:  Right.

14    MR. KOEHLER:  And so, I'm looking at the

15  director now, but don't ruin this.  Don't let this

16  go.

17    MR. DAVIDSMEYER:  And I just -- I want to say

18  to Jimmy, thank you for coming up here and speaking,

19  Ralph.  To both of your points, we've seen a state

20  budget go from $30 billion to $53 billion in a

21  decade, and not -- and none of it's been spent on

22  maintenance in our facilities, and I think that's a

23  travesty.

24    Any other questions?  Okay.  Thank you.  I've

25  got panel five, and I thank everybody for sticking

1  around tonight because this is an important topic.

2  I'm going to bring up Rick Bard with Liuna Local

3  773, Darren Hunter, Stateville employee.  And we've

4  got some additions, Daniel Simpson, Nick Crisman,

5  Latonya Hunter, I believe it was Keenan Young.  If

6  you can all come up.  Yeah.  Yeah.

7      MR. KOEHLER:  I just -- I just want to thank

8  everybody tonight.  I've got to leave pretty soon

9  because I don't drive well at night, but I really

10  appreciate everybody's participation in this.  We'll

11  have another hearing down at Logan on Thursday, and

12  then we'll meet again on Friday.  But I -- I'm

13  trying to leave in a respectful way, so...

14      MR. DAVIDSMEYER:  And I want to thank Senator

15  Koehler.  He's a -- he's a good co-chair.  We work

16  well together on CGFA, a nonpartisan, bipartisan

17  group.  So who wants to start?  Rick?

18      MR. CRISMAN:  I do.

19      MR. DAVIDSMEYER:  Okay.  Is that you?

20      MR. CRISMAN:  I -- no.

21      MR. DAVIDSMEYER:  Okay.  Maybe Rick isn't here.

22  Go ahead and state your name.

23      MR. CRISMAN:  Okay.  All right.

24      UNIDENTIFIED SPEAKER:  We'll go forward.

25      MR. CRISMAN:  Nick Crisman, Local 472,

1    Sheridan.  Good evening, CGFA members.  I work at
2    Sheridan Correctional Center as the records office
3    supervisor.  I have over 20 years of experience in
4    the department, with over half being security.  The
5    department's ill-thought proposal to close
6    Stateville have a system-wide impact on the
7    department of corrections staff and incarcerated
8    individuals, which is why I'm compelled to speak in
9    front of you this evening.
10        I guess I'm not surprised the department
11   doesn't have a plan in place and aren't able to
12   answer the multitude of questions that have been
13   raised this evening.  Let our experience at Sheridan
14   serves an example of the consequences when the
15   department transfers a large group of incarcerated
16   individuals without planning.
17        In September 2021, over 400 individuals in
18   custody were abruptly transferred to Sheridan from
19   Stateville, some of whom had been maximum security
20   for years -- to -- due to various incidents.  IDOC
21   reclassified these individuals, not because the
22   individuals should be reclassified, but instead to
23   facilitate the need to move them out of Stateville.
24   The rest of the Stateville population that was
25   transferred tended to be older, had been

1    incarcerated longer, and had more chronic medical

2    conditions than those incarcerated at Sheridan.

3         The transition was a significant struggle

4    because Sheridan did not have the jobs, educational

5    programming these individuals were used to, and the

6    day room and rec time were limited as Sheridan

7    adjusted to having a whole general population in

8    addition to its wholly substance abuse program

9    population that was previously there.  Due to

10   vehicle and staffing limitations, hundreds of

11   medical appointments were rescheduled and --

12   canceled because Sheridan is limited to four court

13   rents and medical rents.  That's total per day.  We

14   can only send four vans out per day.

15        I can speak with experience that this transfer

16   had not only negative ramifications for the

17   Stateville population that was transferred but also

18   for the program population at Sheridan.  And

19   speaking of staffing, if Sheridan were to receive a

20   large cohort of over 400 individuals in custody this

21   September with this proposed closure, does the

22   department have a staffing plan or a staffing plan

23   for any of the other receiving facilities which will

24   see a large influx in population?  They don't, which

25   puts the safety of staff at receiving facilities at

1   risk.  Their only plan has always and will always be

2   get what we want done by any means necessary, safety

3   and security be damned.

4       There are correctional staff with decades of

5   experience raising safety and security concerns

6   statewide because they know the department's

7   proposal to close Stateville September is wrought

8   with problems. This is why -- this right here is

9   what a yes vote would mean.  This is what happened

10  at Sheridan when you send maximum security inmates

11  to a medium facility.  This or worse will happen if

12  Stateville closes.  The rest of the state is not

13  prepared for what Stateville has. Stateville is

14  solely positioned to take care of those individuals.

15  Thank you for the opportunity to include our

16  thoughts and perspective this evening.  Please vote

17  no.

18      UNIDENTIFIED SPEAKER:  Do you want to go

19  through them all?  I'm sorry --

20      MR. DAVIDSMEYER:  Okay.  I also want to call

21  up -- I -- we had a few additions, Herbert Hughey

22  Jr., Leslie Wardell, and Stampley, Adonis.

23  If you-all are here, come on up and you can take

24  these three seats. Ma'am, if you'd like to --

25      MR. CRISMAN:  Get us going.

1    MR. DAVIDSMEYER:  -- if you'd like to go ahead.

2    MS. HUNTER:  Of course.  I thought I -- we were

3 waiting for someone.  I don't need two mics. Thank

4 you, CGFA, for --

5    MR. DAVIDSMEYER:  Yeah, pull -- make sure to

6 pull that close.  Thank you.

7    MS. HUNTER:  Thank you --

8    MR. DAVIDSMEYER:  Thank you.

9    MS. HUNTER:  -- CGFA, for allowing me to speak

10    MR. DAVIDSMEYER:  Of course.

11    MS. HUNTER:  This is very impromptu --

12    MR. DAVIDSMEYER:  Pull that a little closer, if

13 you can --

14    MS. HUNTER:  This was impromptu.

15    MR. DAVIDSMEYER:  Yeah.

16    MS. HUNTER:  I did not plan this when I

17 originally sent a letter in, and I thought that

18 would suffice.  But when I got here, I felt that

19 there was a strong need for me to speak.  My name is

20 Latonya Hunter, and I'm a lieutenant at Stateville

21 Correctional Center.  I have been employed with the

22 state for 23 years.

23    I began my career at Joliet Correctional

24 Center, so I know what a closure is.  When I began

25 there, a year after I started working, they began us

1   down, and I was transferred to Stateville.  To my

2   dismay, they told us it would only be for a year or

3   two, and we were coming back.  But here I am.  I'm a

4   Stateville employee now 22 years strong.  Thank you.

5       So I said that to say, that if IDOC or the

6   State of Illinois chooses to close down Stateville

7   Correctional Center without a plan in place, it can

8   -- it's not going to work.  Joliet Correctional

9   Center didn't have a plan either, but they still

10  chose to close us.  Hundreds of us went to

11  Stateville Correctional Center, and a few went other

12  places.  But I said that to say that, please keep

13  Stateville open. Please consider keeping us open

14  because I do not trust the plan that is not in

15  place.  If it's not in place, then it's not going to

16  happen.

17      My next comment.  Thank you.

18      MR. DAVIDSMEYER:  Thank you.

19      MS. HUNTER:  My next comment is --

20      MR. DAVIDSMEYER:  Thank you.

21      MS. HUNTER:  Thank you.  My next comment is

22  concerning --

23      MR. DAVIDSMEYER:  I thought you were done --

24      MS. HUNTER:  -- the institution itself.  I've

25  heard some of my coworkers already mention that we

1   are the most diverse institution in the State of

2   Illinois out of 50-something institutions.  You

3   heard some of the people on the panel.  We have not

4   only African American, Caucasian, Latino, Arabian,

5   Hawaiian, Asian. The list goes on and on.  The other

6   institutions don't have this, and the reason why I

7   bring this up is because I feel as if we are being

8   picked on because we are the most diverse.  That is

9   the reason why I'm saying this.  If it wasn't so,

10  why didn't they close Pontiac, or why didn't they

11  close Logan?  They came for the institution that had

12  the most diversity, and I don't think it's fair that

13  they are picking on us.

14      My next comment is concerning businesses in the

15  area.  If they close down Stateville proper, and we

16  only have the NRC open, the businesses will fail.

17  The businesses -- they have just began building new

18  gas stations, new restaurants around our facility.

19  Why? Because we are in the heart of the community.

20  We bring a lot of people back and forth to the

21  institution.  Not only people that work here at our

22  facility, but you have visitors.

23      And let me not even -- I didn't even mention

24  the individuals in custody.  The individuals in

25  custody, who Anna McBee said 70-something percent of

1    them have come from the metropolitan area, that

2    would mean that that's where their visitors are

3    coming from. If you move them to Sheridan, where

4    they have no business being, Pontiac, Menard, East

5    Moline, now they're going to suffer.  They're not

6    going to get the visits they get at Stateville.

7    What grandmother is going to be able to travel two

8    hours to go see her grandson?  This is the reason

9    why I brought that up.

10        I want you-all to consider keeping us open. Why

11    they rebuild us -- we need to be rebuilt, but we did

12    not need to be closed before you rebuild us.

13        MR. DAVIDSMEYER:  Thank you, Latonya.

14        MR. YOUNG:  Hello --

15        MR. DAVIDSMEYER:  Make sure you get that close.

16        MR. YOUNG:  Okay.  I want to thank the panel

17    and everyone for coming.  Unlike her --

18        MR. DAVIDSMEYER:  Can you state your name?

19        MR. YOUNG:  I'm sorry.  My name is Keenan

20    Young.

21        MR. DAVIDSMEYER:  Thank you, Keenan --

22        MR. YOUNG:  I've been employed in the

23    department of correction over 30 years, and I really

24    just have some questions.  These weren't planned,

25    either.  I had meant to submit them, but Porter

1  wouldn't step outside, and I wanted to give it to

2  him. But we mentioned the age or when Stateville was

3  built, in 1920-something.  Menard was built 1878.

4  Pontiac, 1871.  And I'm not trying to put on closing

5  someone else because of us.  I'm just saying, if

6  you're going by age, that --

7      And I have a question about closing Logan.

8  Logan is a female and transgender institution.  If

9  you close Logan right now, where are those inmates

10  going to go?  You said Decatur has females, but

11  between those two, those are the only female

12  institutions we have. So if you close it, and you're

13  talking about building on Stateville, are you going

14  to move those people to Stateville now?  Where would

15  these women go?

16      Second question, when Stateville and Logan is

17  closed and rebuilt, would it be behind the same

18  wall? Once before, when Logan first became populated

19  with women, it used to be a male institution, and

20  they had females and the males in there.  And it was

21  a -- I forgot what the -- percentage was, but quite

22  a few of them became pregnant.  Are we going to try

23  that here, too?

24      Okay.  I'll close with those questions, and I

25  was wondering if you could answer those for me.

1    UNIDENTIFIED SPEAKER: Yep. I will say just to

2  clarify that they're talking about closing

3  Stateville now. They're talking about closing Logan

4  later. So they're going to limp Logan along, but

5  they're going to close Stateville now. So --

6    MR. YOUNG: And they'll be both behind the same

7  wall?

8    UNIDENTIFIED SPEAKER: I do not know that. And

9  that's -- I don't think we've seen designs or

10  anything like that, so definitely not.

11  So what --

12    UNIDENTIFIED SPEAKER: And certainly be happy

13  to talk to you afterwards if you'd -- if you'd like

14  to.

15    MR. YOUNG: Thank you.

16    UNIDENTIFIED SPEAKER: Yep. And I'll try to

17  get the answers to those questions because certainly

18  those are concerns. Sir, if you'd like to state

19  your name and --

20    MR. HUGHEY: My name is Herbert Hughey Jr. I'm

21  the president of AFSCME Council 31, Subchapter 73,

22  retiree chapter that covers the Joliet, Ottawa, and

23  Kankakee. I'll just be real brief.

24    Now, I was born at night, but it wasn't last

25  night. Now, I started Stateville in 1991, and I

1   worked there until 2016.  I've experienced multiple

2   closure attempts, not just at Stateville but at

3   Pontiac, and they were trying to close Sheridan,

4   also.  And out of all the attempts -- now, we are

5   halfway through June now.  September is right around

6   the corner.  This is the closest that I've ever seen

7   them come to being successful, and this is by far

8   the worst, ill- conceived, uninformative,

9   untransparent plan that they've ever come up with.

10      So I'm definitely in opposition of closing

11  Stateville and relocating and dislocating any

12  employee. If you live in Chicago, it's taking you

13  45 minutes to get to Stateville.  Pontiac or

14  Sheridan, that's another hour, and that's on a good

15  day without traffic.  So I urge the board to

16  consider not taking the action that the department

17  wants them to take.  Thank you.

18      MR. DAVIDSMEYER:  Thank you.  State your name

19  and --

20      MS. STAMPLEY:  Adonis.  You was looking for a

21  man?  It's my dad's fault.

22      MR. DAVIDSMEYER:  What -- what's your first

23  name?

24      MS. STAMPLEY:  Adonis.

25      MR. DAVIDSMEYER:  Okay.

1      MS. STAMPLEY:  Yeah.

2      MR. DAVIDSMEYER:  I had it -- I had it

3   backwards on this, so --

4      MS. STAMPLEY:  Okay.

5      MR. DAVIDSMEYER:  -- appreciate it.

6      MS. STAMPLEY:  So I have a large generational

7   gap for most of the people that spoke up here.  He

8   said he started '91.  I was born in '91.  I'm the

9   granddaughter to a sergeant who retired from

10  Stateville Correction.  He was able to witness

11  things being built up around him during the '70s and

12  '80s, so that is an option that I would, you know,

13  just strongly suggest that it's happened before.  We

14  have the land, so for the board to urge that to

15  build it to -- you know, because the disruption is

16  not just with employment on individuals.  It's with

17  the community.

18      And then for it to be evident that -- you know,

19  IDOC is a vehicle, and it's like they're saying,

20  take the transmission, when we know the transmission

21  is married to the engine.  So what's going to happen

22  to this vehicle when you take the transmission?  You

23  understand?  So when we -- when we're gone, to know

24  that it's married to the NRC, it's like -- one, I

25  appreciate you-all for kind of calling these people

1  on just straight out numbers and nonsense.  Because

2  to take something that you know NRC is dependent on,

3  that means that NRC will be gone, as well, soon.

4  And how that's going to impact the community, you

5  know, where people --

6      This will come back on who's coming to vote

7  with you-all and sit with you-all and support

8  you-all. So I appreciate that I was able to hear

9  when people were saying things that didn't add up,

10  like we're overpopulated, but we need fewer prisons.

11  We're overpopulated, but let's make smaller

12  facilities.  And that was what made me sign my name.

13  I wasn't expecting to speak, but to know that my

14  grandfather watched things be built up, you know,

15  the property or commissary in the back.  They could

16  have worked on things by now.

17      I've only been here since 2019.

18  I started -- within a year, I was actually assaulted

19  by a staff -- I mean, by a -- an inmate.  And that

20  bond that they speak about the officers having as a

21  family and that -- you know, how we impact the

22  inmates -- we were hit hard with COVID, you know,

23  and I walked in there during COVID.  So when we were

24  extremely low staff, I had to wait for officers to

25  come to me.  Because of how we run the institution,

1  how our leaders run it, the inmates assisted me at

2  that moment, you know, and then that's something

3  that you can't speak to lightly, you know.

4      For people to investigate inmates and say that

5  they don't help the police, and then they ask why,

6  it's because I was -- my professionalism as an

7  officer because we handle business.  So when you

8  shut this down, I would -- I would just -- you know,

9  please hold these people accountable for how they're

10  expecting a vehicle to run without the transmission

11  knowing that the engine is married to it.  It's just

12  not making sense.

13      MR. DAVIDSMEYER:  Thank you.  And you're a good

14  example of treating people like human beings, right?

15      ATTENDEES:  Amen.

16      MR. DAVIDSMEYER:  Senator Ventura.

17      MS. VENTURA:  Thank you-all for your testimony.

18  My question is to Nick.  Is Sheridan currently fully

19  staffed?

20      MR. CRISMAN:  We are, I would say,

21  approximately 120 officers down, but it's my

22  understanding that we probably wouldn't see very

23  much security staff.  I would say we are probably

24  down -- it's less than ten non-security positions

25  currently, and I would say about half of them are

1    entry level positions.

2      MS. VENTURA:  Thank you.  And is the medical

3    staff at Sheridan currently adequate for the

4    population?

5      MR. CRISMAN:  For our population?  No.

6      MS. VENTURA:  Thank you.

7      MR. DAVIDSMEYER:  Senator DeWitte.

8      MR. DEWITTE:  Thank you, Mr. Chairman.  You

9    know, one of the things I believe through my years

10   in politics is, these public hearings are very

11   important to the process, but I think it's important

12   to remain accurate so that accurate information is

13   being exchanged in the discussion that takes place.

14   Mr. Crisman, you made a comment and I want to, make

15   sure I understood what I heard.  You referenced --

16   it was your opinion that you thought all of the

17   inmates from Stateville would be transferred to

18   Sherman?

19     MR. CRISMAN:  To Sheridan?

20     MR. DEWITTE:  To Sheridan.  Excuse me.

21     MR. CRISMAN:  I -- there is no plan, you know.

22   So I am just -- we were the place to go.  We're the

23   closest thing to put them --

24     MR. DEWITTE:  Okay.

25     MR. CRISMAN:  -- so I just assumed that we

1  would take the --

2     MR. DEWITTE:  That they're all coming -- that

3  they're all coming there?  Okay.  I only want to be

4  fair to this process, and I think it's important to

5  be fair to everyone involved in the process.  I've

6  been involved in conversations about this subject

7  for several months now with members of the

8  department of correction staff.  I'm certainly

9  getting an education tonight, and I'll see some more

10  on Thursday in Lincoln. But I want to make sure that

11  everyone understands, I have not once heard that all

12  of the -- all of the residents of Stateville would

13  be transferred to Sheridan, so --

14     MR. CRISMAN:  Correct.

15     MR. DEWITTE:  -- I know that comment was made.

16  I just want to make sure that that's not out there.

17  I see a couple of nodding heads.  Thank you,

18  Director. So again, to be fair to the process,

19  I think it's important to make sure the information

20  being exchanged from any of the sides of this

21  discussion is accurate --

22     MR. CRISMAN:  Yeah.

23     MR. DEWITTE:  So -- I appreciate --

24     MR. CRISMAN:  Mine was really a statement based

25  on the fact that we did receive 400, so what happens

1    if we receive 400 more, not that we would.

2        MR. DEWITTE:  Okay.  Thank you.

3        MR. DAVIDSMEYER:  Thank you.  Any further

4    questions?  Would you like to make a --

5        MR. CRISMAN:  Sorry.

6        MR. DAVIDSMEYER:  -- quick comment.

7        MS. STAMPLEY:  This is a question.  Since we

8    spoke about making sure we stick to the information.

9    So for us that's operating in the darkness of IDOC

10   not providing information, what are we doing with

11   that? Because, you know, assumption is dangerous,

12   but there's no clarity on what's happening, you

13   know.  Not for you, sir -- you, sir.  Senator, I'm

14   sorry.

15       MR. DEWITTE:  It's okay.

16       MR. DAVIDSMEYER:  I think -- I think we're all

17   looking for the same clarity.  We all want to know

18   what's going on and what the plan is.  And I think

19   we all have the same feeling that the plan is either

20   -- doesn't exist or is just being held close by the

21   department or the administration.

22       So if there are no further questions, I want to

23   thank everybody for coming out tonight.  I know this

24   is very important, not only to yourselves and your

25   jobs, but to your community.  I want to thank the

1  department for staying and frankly, taking the

2  beating that you did, and look forward to seeing you

3  again on Thursday.  So thank you-all for being here.

4  I move we adjourn.

5       (END OF RECORDING)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              CERTIFICATE OF REPORTER

 2          COMMONWEALTH OF KENTUCKY AT LARGE

 3

 4   I do hereby certify that the said matter was reduced to

 5   type written form under my direction, and constitutes a

 6   true record of the recording as taken, all to the best

 7   of my skill and ability. I certify that I am not a

 8   relative or employee of either counsel, and that I am in

 9   no way interested financially, directly or indirectly,

10   in this action.

11

12

13

14

15

16

17

18

19

20

21

22   SHAFAQ SAMEEN SHABBIR,

23   COURT REPORTER/NOTARY

24   COMMISSION EXPIRES ON: 01/07/2027

25   SUBMITTED ON: 07/26/2024
```

**$**

$15 29:9
$30 117:20
$53 117:20
$900 20:4

**1**

1 56:6
1,000 13:17
75:17 84:1,5,7
1,200 17:5
1,201 17:6,7
1,500 18:5
19:1,9,11,17
20:12 42:12
44:4 66:17,23
10 7:16 20:16
100 34:3 99:4
10th 31:1
11 56:6
12 8:1 22:16
120 90:23
131:21
14 12:8
15 8:7 21:11
16 62:25 84:14,
15
168 33:3
169 13:24
170 20:13
180 22:7
1866 77:18
1871 126:4
1878 126:3
1920-
something
126:3
1920s 9:15

1925 37:8,21
1991 127:25
1st 22:3

**2**

2 38:7 39:3
2.3 8:9
20 20:16 90:25
98:1,19 100:11
119:3
200 114:11
2012 111:19
2015 73:16
2016 111:21
128:1
2018 59:20
2019 130:17
2021 92:3
119:17
2023 94:6
2024 13:1
2026 7:18,20
20th 50:2
215 20:13
22 123:4
23 122:22
238 36:25
24 22:17
25 75:15 98:2
250 6:23
26-and-a-half
108:11
263 13:3
268 13:22
27 91:17
275 21:5
29 76:16 108:9

**3**

30 20:18 21:4
25:17 68:9
100:14 125:23
30,000 64:24
84:25
30-mile 76:18
300 68:11
31 70:8,9,17
88:7 127:21
31st 13:1
32 91:17
34 67:7 68:1
69:14
35 20:25 21:9
25:17 100:15
372 7:20
39 76:18

**4**

4.4 7:11
40 12:11 25:17
75:6 113:25
40-plus 75:6
400 25:18
33:19 99:13
119:17 120:20
133:25 134:1
42 106:11
420 105:7,21
420-some
42:11
420-
something
99:12
423 10:22 31:7
425 21:6
43,000 65:1
431 10:21
12:18 16:25
18:20

432 31:7
45 128:13
45-minute
74:1
472 118:25

**5**

50 18:16
50-something
124:2
500 75:19
500-bed 19:18
506 13:23
55 20:18

**6**

60 21:4 46:3
95:9
60s 113:7
64 68:3
65 14:5 45:10
68:3 74:5 84:3,
9
65-mile 13:19
45:11 47:25
676 13:3

**7**

70-something
124:25
700 68:13
70s 113:7
129:11
71 93:11
73 127:21
75 20:25 33:6
773 118:3

**8**

80 12:19 30:8
74:3
80s 129:12
850 17:21 21:8
42:11
85th 62:12

**9**

90 90:24 99:3
100:10
900 21:13
91 129:8
939 13:2

**A**

abandon 53:23
ABE 113:3
ability 12:3
28:23 91:9
93:3,15
abruptly
119:18
absolutely
22:22 32:16
34:12,17 97:24
absorbed
45:17
abuse 59:18
92:5 120:8
academic
90:20
accept 24:19
access 10:16
11:22 20:15
52:6 94:10
95:3,17
accessories
103:7
accommodate
12:13 31:16



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

36:3 69:10
75:23 79:9
95:25

**accordance**
32:2

**account** 8:11,
15 39:10 48:12
58:21 70:2 75:7

**accountability**
113:19 114:3

**accountable**
76:21 131:9

**accurate**
132:12 133:21

**achieve** 14:18
15:20 49:23

**act** 5:25

**acting** 5:5
105:2

**action** 6:6 28:7
89:14 128:16

**active** 6:25

**actively** 97:13

**activities** 9:20

**actual** 45:18
72:15 109:22

**AD** 31:12

**ADA** 82:18

**add** 26:25 63:9
76:20 86:5
100:18 106:17
112:7,15 130:9

**added** 49:1

**addition** 9:19
14:18 15:5
91:20 120:8

**additional**
26:13 30:14
46:4 47:16 70:4
76:4 102:22

**Additionally**
9:1 51:9 92:19

**additions**
118:4 121:21

**address** 6:8
14:9 43:12 50:1
61:4

**addressed**
79:10

**addresses**
72:21

**addressing**
7:22 18:19

**adequate** 81:2
132:3

**adequately**
72:21

**adjacent** 72:10

**adjective** 63:9

**adjourn** 135:4

**adjust** 98:23

**adjusted** 120:7

**adjustment**
98:24

**Adler** 35:21

**administration**
25:6 47:7 86:1
134:21

**administration
's** 6:1

**administrative**
20:17 50:19
112:10

**Adonis** 121:22
128:20,24

**adult** 12:7,8,9
65:18 78:2

**advance** 53:7

**advanced** 12:9
50:8,9 94:14,17

**advancing**
15:23 49:17

**advocacy**
59:14

**advocate**
91:10

**affect** 36:5
93:15 107:13

**affected** 62:5

**African** 124:4

**AFSCME** 7:10
13:25 40:13
41:24 48:4
70:8,9,16,18
77:18 88:7
127:21

**age** 6:19 7:6
37:21 126:2,6

**agencies**
24:17 46:16

**agency** 40:21
41:11

**aging** 6:10
9:24

**agree** 30:4

**Agreed** 58:13

**agreement**
105:17

**agreements**
13:7

**ahead** 3:4,13
5:4 48:16 77:15
82:5 88:2 90:7
93:23 118:22
122:1

**AL74573**
114:11

**alcohol** 101:21

**Alice** 48:23
54:23 63:14

**align** 50:12

**aligns** 10:8

**allege** 9:3
28:10

**allocation**
50:20

**allowed** 73:18

**allowing** 50:20
122:9

**alongside**
55:25 61:9

**alternative**

80:12

**Amanda** 48:25
58:22

**amazing**
116:12

**Amen** 131:15

**American**
124:4

**amount** 39:21
49:8 63:19
99:23 101:24

**ample** 113:8,13

**anger** 92:5

**Ann** 87:6

**Anna** 91:15,16
124:25

**announce**
43:20

**announced**
5:14 40:12,14
114:10

**announcemen
t** 87:19

**answering**
26:23 76:13

**answers** 4:19
47:12 71:19
76:21 77:7
79:4,15 80:14,
17,20 81:3,14
103:18 114:22
116:1 127:17

**Antholt** 48:25
58:23,24 59:2,
5,8,11

**anticipate**
18:15,19 22:15

**anticipated**
14:4

**anticipating**
19:4

**antiquated** 6:5

**anxiety** 76:8

**anymore**
46:11

**anytime** 98:18,
20 101:13

**apologies** 4:11

**apologize**
104:6

**appears** 79:20

**applause**
39:11

**applicable**
13:6

**appointment**
102:13 103:11

**appointments**
11:14 120:11

**approach** 9:16
15:16 55:19
73:6 78:21
113:25

**approaches**
113:18

**approve** 71:22

**approximately**
7:20 10:21
12:19 13:17
18:5 22:25
131:21

**April** 59:24
94:6

**aptly** 92:20

**Aquino** 3:15

**Arabian** 124:4

**area** 10:11
35:21 37:4
39:18 51:9
68:3,6,14,16,25
93:6 103:22
124:15 125:1

**areas** 9:21
36:18 111:4

**argue** 88:18

**argument** 72:5
89:21

**array** 12:2

**art** 48:7 92:1

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Article** 56:6

**Arts** 55:5

**ASAP** 23:18

**Asian** 124:5

**aspect** 14:6
52:2 109:2

**aspects** 30:14
38:17

**assaulted**
130:18

**assaults** 98:7

**assess** 9:12
101:15,16
102:15

**assessed**
101:21 103:4

**assessment**
11:8

**assessments**
23:5

**assigned**
90:10

**assistant** 94:3

**assisted** 131:1

**Association**
48:23 53:5

**assume** 18:14

**assumed**
132:25

**assuming**
24:19

**assumption**
134:11

**assurance**
25:12 71:11

**assurances**
105:11

**attempts**
128:2,4

**ATTENDEES**
131:15

**attention** 3:4
4:12 109:1

**attested**
111:25

**attorney** 49:1
58:25

**attract** 51:8

**Aurora** 40:8

**authority**
59:15

**automated**
8:16

**automation**
37:18

**availability**
69:24

**Avelar** 49:2
60:24 61:3

**avoid** 76:13

**awaiting** 94:15

**awarded** 36:4

**aware** 11:21
63:3 106:20

───────

**B**

**bachelor's**
32:12,16 56:21

**back** 24:21
29:22 37:2,23
40:4 42:15
43:24 46:3
72:19 90:24
97:25 98:5
103:22 111:20
123:3 124:20
130:6,15

**backgrounds**
14:12,25

**backlogs**
42:14

**backwards**
129:3

**bad** 82:8

**bag** 16:22

**balance** 97:3

**ballpark** 22:5

**barber** 91:25
92:11

**barbershop**
99:6

**Bard** 118:2

**bargaining**
13:7

**base** 77:7

**based** 14:3
16:22 20:7
38:18 43:5
133:24

**baseline** 8:9

**basic** 12:7,8,10
60:18 84:24
90:19

**basically**
25:10 94:12

**basis** 102:5

**beating** 135:2

**beautiful** 38:16

**bed** 101:25

**beds** 20:12
31:7 34:3 65:2
80:22

**began** 122:23,
24,25 124:17

**begin** 22:8

**beginning**
22:7 101:22

**begun** 24:3

**behalf** 3:11
49:2 60:24
111:17

**behavior** 35:6
93:11 97:21

**beings** 56:3
57:7 107:22
131:14

**belief** 44:18

**believes** 68:23

**benefit** 67:18

**benefiting**
51:5 52:11

**benefits** 38:3
49:23 51:3
62:10 88:6
92:13

**Benton** 27:1
40:2,3,6 41:10
42:8

**Bertino-**
**tarrant** 87:9,15
96:8,9,12,14

**Bible** 92:1

**bid** 22:14

**bids** 19:22
27:15

**big** 35:13 38:11
48:4 63:5

**bigger** 65:7
95:8

**biggest** 75:16

**billion** 117:20

**bipartisan**
118:16

**bird** 60:14

**birds** 60:13

**bit** 4:5 41:21,23
51:20

**black** 77:3
106:14

**blaming** 110:5

**blessed** 73:20

**blocked** 87:22

**blocking** 87:20

**blood** 106:18,
20

**blue** 87:23

**board** 8:20
25:11 107:4
128:15 129:14

**body** 74:14

**boiler** 8:7

**Bolingbrook**
40:8

**bond** 108:21
109:6,10
130:20

**bonds** 117:1

**booked** 40:20

**boosting** 51:6

**born** 127:24
129:8

**bottled** 107:7

**brand** 30:22

**break** 109:15

**breaking**
22:20 98:14

**bring** 17:19
37:22 49:7
51:3,14 55:23
70:13 81:1
115:6 118:2
124:7,20

**brings** 21:5,8
72:20

**broad** 10:16

**broader** 52:11

**broke** 20:9

**broken** 22:25
23:6

**brought** 32:1
102:3 103:2
125:9

**Brunk** 17:6
19:8,10 20:8
21:19,22 22:18,
23 23:10,15,18
29:7,14

**budget** 117:20

**budgeted** 21:9

**build** 37:6,7
72:9 81:6 85:24
109:16,19,24
110:4 129:15

**building** 6:18
8:15,16,19
18:19,24 22:2



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

23:5 29:13 33:2
39:15,16 42:11
50:9 70:20
73:14 80:8 86:1
90:11 97:25
98:5 99:5
103:19 124:17
126:13

**buildings** 6:25
7:2,7,12 20:17,
22 21:1,3 83:1

**built** 24:20 33:2
37:20 42:20
55:14 64:2
65:14 86:13
93:19 97:20
100:8 109:17,
21 116:4 117:1
126:3 129:11
130:14

**business**
46:24 104:24
125:4 131:7

**businesses**
51:6 124:14,16,
17

**buy** 109:16

---

**C**

---

**cables** 109:9

**California**
19:13,17 37:12

**call** 36:17 70:7
103:1 112:9,20
121:20

**calling** 112:13
129:25

**calls** 61:16,19

**campus** 14:15

**canceled**
120:12

**cancers** 95:3

**candidates**
32:14

**capabilities**
15:20 36:1
68:24 82:20

**capability**
82:20

**capacity** 16:25
17:1,21 18:1,4,
17,23 25:7,8,
10,17 32:20
33:2 35:9 42:11
64:23 65:1,12,
16 67:1 68:12
80:21

**capital** 8:5,20
89:1

**car** 87:19
114:9,12

**carceral** 53:8

**care** 11:7,16,18
31:24,25 58:17
73:19 79:13
94:14 95:15,18
101:9 102:4,16
104:17,25
121:14

**career** 10:4
26:11 73:15
76:9 91:24
122:23

**carry** 98:3

**case** 19:16,17
28:22 30:3
81:7,14,15
107:16 113:7

**catalyst** 52:21

**catch** 101:10

**categorize**
23:13

**categorized**
13:2

**Caucasian**
124:4

**caught** 41:22

**caused** 73:3
76:8 106:22

**CBA** 45:5

**CBD** 19:22

**CDB** 21:15
22:24 23:15

71:25

**ceiling** 67:12

**cell** 103:3

**cells** 60:5,7,9

**center** 5:16
6:23 12:24
13:2,12,21,22,
23,24 26:8,16
28:12,20 30:22
31:23 34:3
38:24 48:23
49:19,21,25
50:15 52:14,15
54:23 65:21
68:9 73:12
74:7,9,10 75:15
77:19 78:1,2,3,
24 79:6,13 89:2
90:3,10 91:18
94:4,5 95:15
101:15 108:9,
20 109:3
110:18 119:2
122:21,24
123:7,9,11

**centered**
48:10

**central** 69:18,
19 77:22

**centralization**
50:18

**century** 50:2

**certified** 28:7

**cetera** 106:15
108:2

**CGFA** 4:10,22
20:19 22:8,10
24:4 71:9,20
74:3 75:7 84:1
118:16 119:1
122:4,9

**CGL** 9:11 28:4
42:24 64:21
65:11 86:8,10,
14

**Chair** 42:5,6

**Chairman**
132:8

**chairs** 94:17

**challenged**
32:5

**challenges**
28:8

**chance** 39:6

**change** 32:25
38:11 52:22

**changed** 35:5
55:19,20 56:1
116:19

**changing** 54:5

**chapter** 127:22

**charge** 5:1

**Charles** 70:9
73:7,8 75:11
84:9,14

**chart** 20:19

**chemistry**
98:25

**Chicago** 31:21
52:9 54:25
55:24 68:6 74:1
84:10 95:13,16,
18 128:12

**Chicagoland**
10:11 35:21
93:6

**chief** 19:8
39:23,24

**childcare**
41:17

**childhood**
40:21

**choices** 89:19

**choir** 92:1

**choose** 12:2
24:14 44:22
45:6 46:20

**chooses** 123:6

**chose** 123:10

**Christina**
104:7,9 111:13
114:7

**chronic** 95:2
120:1

**Chrysler**
114:11

**circulated**
25:17

**circulatory**
106:23

**cite** 28:13

**citizenship**
56:10,12

**city** 48:21
49:14,16,23
51:3 52:8,9,16,
22 63:3,7

**city's** 51:6

**civic** 113:11

**civil** 3:9

**claim** 96:18

**claims** 76:10

**clarify** 29:11
127:2

**clarity** 134:12,
17

**class** 28:7

**classes** 12:13
55:23 56:1,2,20
90:16,20,21

**classification**
13:12 69:8

**classrooms**
100:8,13
112:23,24

**cleanup** 107:8,
9

**clear** 29:20
61:20 74:22
77:9,10 108:14

**clearer** 72:4

**clemency** 57:3
105:22

**clinic** 94:13

**clinical** 85:8



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

clinics 31:21

close 5:15 6:1
14:8 30:25 49:8
51:16 52:9
61:20,23 65:1,
17 68:10 69:5
70:22 73:13,21
75:9 77:6,24
79:2 81:18,25
90:2 92:9,10
93:18 94:7
106:7 107:1
119:5 121:7
122:6 123:6,10
124:10,11,15
125:15 126:9,
12,24 127:5
128:3 134:20

closed 76:23
78:13 79:16
88:17 95:14
114:15 115:16
125:12 126:17

closer 10:10
27:23 59:9
67:11 68:16
74:7 96:12,13
122:12

closes 22:14
121:12

closest 128:6
132:23

closing 13:25
22:4,9 42:17
52:13 61:18
71:23 73:3
74:23 76:24
78:7 79:18
80:7,12 88:14
89:9 91:8,11
105:6 126:4,7
127:2,3 128:10

closings 18:22

closure 4:24
6:8 11:23 13:4
27:12 29:3
56:15 57:13
63:2 70:19,24
71:18 74:22
75:20 76:1
90:12 91:1
112:4 120:21

122:24 128:2

closures 43:20
107:15,16
111:10

CMS 19:23

co-chair 3:12
4:13 118:15

co-chairs 5:9
86:5

co-process
32:6

coal 67:16

code 13:8

cohort 120:20

collaborating
21:15

collaborative
114:2

collar 10:14
67:10 93:12
102:7

colleague
87:15

colleagues
96:17

collective 13:7
41:12

college 91:25
111:19 112:6

color 77:1

combined
76:17,19

comfort 68:22

comfortable
23:21

comment
117:4 123:17,
19,21 124:14
132:14 133:15
134:6

comments
4:14 48:17 49:8
51:14 53:23
57:9 70:4 88:12
104:11 111:22

112:1 116:18

commerce
54:10

commissary
130:15

commission
71:21 82:4
88:5,19 90:1
96:4

commitment
27:8 38:21

committed
26:7,15

committee
5:10 41:12
72:17 91:11
93:17

common 84:12
92:3

communicates
78:25

communicatio
ns 78:24 79:3

communities
15:25 54:13,15,
16,19 56:24
62:2 88:22

community
4:23 5:3,20
10:6 52:11,24
55:14 61:14,19
62:10,14 64:1
66:11 69:11
78:20 97:20
98:15 116:5
124:19 129:17
130:4 134:25

community's
49:17

community-
based 51:11

commute
73:25 74:1,12,
17 75:5

commutes
61:16

Commuting

54:2 74:10

compared
37:21

compelled
119:8

complaint
88:19

complete
15:18 72:20

completed 9:9

completely
29:15 30:12
35:5 72:8 107:1

completion
14:24

complex 53:11

complexity
79:23

complicated
66:2

component
20:10

components
20:10

comprehensiv
e 52:6

comprehensiv
ely 7:22

concede 91:12

conceived
128:8

concern 7:10
13:25 58:5
108:3 112:2,5

concerned
41:11 61:18
105:19 115:24

concerns 6:9
7:13 24:7 27:10
35:4 59:17
73:22 75:17
104:19 121:5
127:18

conclude 77:4

condemned
55:11

condition 9:12
116:3

conditions 6:3
9:3 28:2,9,13,
19 50:10 52:6
53:15,17,19
54:18 55:7,12
59:22 61:4
107:10 109:9
120:2

conducive 6:3
100:15

conducively
85:20

confident
49:17 52:20
81:22

confinement
28:9

confused
27:13

connects
78:25

consequence
88:9 100:23

consequences
54:8 71:22 72:4
119:14

considerable
23:7

consideration
11:9

consideration
s 69:7

consistency
50:24

consolidate
50:16

constituents
61:17

constitution
9:4 56:6

constitutional
28:11 53:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

construct 89:1

constructed 50:2

construction 8:23 19:23 22:15,20 23:10 51:4 62:6 71:24 72:8 73:4,13 74:2 75:10 89:18 94:8 96:6

Construction's 72:14

constructive 3:10

consulted 105:12

consulting 105:20

contact 93:7

contacts 103:6

contemporary 50:13

contends 8:17

continuance 111:23

continue 5:22 7:17 10:15 11:14 12:3,14, 21 15:1 29:18 34:20 35:17 38:5,7 41:7 43:14 63:19 78:12 79:16 95:17 110:21 112:2 114:20 115:17

continued 11:12 12:16

continues 76:13

continuing 72:7

continuity 11:6,7

contract 36:5 38:5

contracted 9:12

contractors 8:25

contributing 10:5

control 110:7, 8,22

controls 20:16

conversation 17:24 40:13

conversations 22:23 24:3 40:16,17 105:2 133:6

convicted 106:11

Cook 10:15 67:9 68:15 93:12

coordinating 115:7

core 11:24

corner 128:6

correct 18:18 21:19 29:23 101:7,9,12 133:14

correction 76:10 96:16 97:4,15 125:23 129:10 133:8

correctional 5:16 6:22 10:8 12:24 13:1,10, 23,24 14:1 26:8,16 28:12, 20 42:22 45:21 49:19,21,25 50:7,14,15,16 51:8 52:14,15, 19 53:6 61:5 68:9 71:10 73:11 74:9,10 75:14,16 77:19 88:23 89:2,4 90:2,10 91:18 94:5 108:8,9,20

109:2,16,17,24 110:18 116:21 119:2 121:4 122:21,23 123:7,8,11

corrections 5:6,15 13:15,18 14:14 19:14 24:15 25:24 26:6,18 27:6 32:10 43:9,16 44:16 50:23 54:12 63:6 67:9 69:8,23 70:18 88:9 98:16 109:14 110:6, 19,23 112:10 113:19 119:7

correctly 61:24

cost 18:11 46:4 73:1

costly 6:20 9:10

costs 7:15,21 38:8 50:6,18

Council 70:8,9, 17 88:7 127:21

counsel 39:24

counseling 85:8 92:6

counselors 91:22 101:19

counties 10:15 67:10 88:21 93:13 102:8

countless 78:19

countries 15:8 37:14

county 10:15 40:6,7 67:10 68:15 87:10 93:12 96:8,19, 23 97:9,14 102:7

County's 10:14

couple 51:25 83:17 133:17

coupled 49:20

court 30:3 81:7,14,15 82:6 120:12

courts 30:15

covers 127:22

COVID 130:22, 23

coworker 74:25

coworkers 73:24 74:16 123:25

create 5:22 18:6,10 66:9 93:3 98:10

created 18:23

creates 15:12

creating 50:17

creative 92:1

credit 56:18

Crest 40:9 48:21 49:14,16 51:3 52:8,16,22 63:4,7 67:19 96:21

crime 69:25

criminal 54:7 66:15

Crisman 118:4,18,20,23, 25 121:25 131:20 132:5, 14,19,21,25 133:14,22,24 134:5

critical 6:18 14:5,9 50:1 70:23 72:13

Crossroads 78:1

crowd 75:5

crucial 38:11

Culture 48:24 54:24

current 6:2 11:11 12:5 14:4 18:3,16 21:25 25:7,8 39:17 44:7,8 46:23 47:3 72:11,15 82:22 92:16 95:8 112:3 114:16

curricula 91:22

curriculum 11:24

custodies 108:24

custody 5:19 6:22 7:14 8:25 9:8,18 10:21,25 11:7,9 12:1,18, 20 14:20 15:14, 22 18:20 20:24 26:2,3,14 28:3 55:15 56:12,18 57:19 80:25 88:10 95:6 98:9 99:24 100:14 101:14,23 102:11 107:6 110:22 119:18 120:20 124:24, 25

cut 45:23 49:7 105:14,15

cycle 52:12

D

dad's 128:21

Dagmara 61:3

daily 10:22 102:5

damage 6:19

damned 121:3

dangerous 98:10 134:11

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Daniel** 118:4

**darkness** 134:9

**Darren** 118:3

**data** 76:16

**date** 22:3,4 27:12,13 104:18

**Davidsmeyer** 3:3,16,17 4:3, 22 5:10 16:4 17:15 26:25 39:4 40:1 42:6, 7 43:19 44:9,11 45:19 46:22 48:14,19 49:11 51:13,16,19,23, 25 52:25 54:21 57:8,13,20,25 58:3,7,11,13, 17,19,25 59:3, 6,10 60:22 62:16,21 63:10 64:10 65:25 66:3,16,20,24 67:21,24 69:21 70:7 73:7 75:11 77:14 80:2 83:16 84:24 85:4,9,21 86:2, 5,15,20,22 87:4,14,21,25 88:2 90:4,6 91:13,15 93:20, 23 96:7,11,13 97:17 99:10,17, 19 100:2,17 101:2 102:20 103:9,12,15,24 104:4 106:2,4 108:6 111:2,8, 11 114:7 117:2, 17 118:14,19, 21 121:20 122:1,5,8,10, 12,15 123:18, 20,23 125:13, 15,18,21 128:18,22,25 129:2,5 131:13, 16 132:7 134:3, 6,16

**day** 37:21 46:4 74:2,21 78:15, 19 83:11 94:21 116:13 120:6, 13,14 128:15

**days** 22:7

**deal** 82:7

**dealing** 63:1

**debate** 66:20

**decade** 117:21

**decades** 121:4

**Decatur** 68:9, 12 69:19,22 126:10

**December** 78:8 106:10

**decided** 109:24

**decision** 5:18 6:1 14:8 28:24 30:17 47:12 68:18 105:20, 25 110:13

**decisions** 73:17

**deck** 60:7

**decreases** 113:9,10

**dedicated** 20:23 61:14 74:20 117:8

**dedication** 108:22

**deeper** 40:4

**defend** 61:7

**defendant** 9:2

**defenses** 20:15

**defer** 39:2 41:2

**deferred** 6:23 7:15,18 42:25 43:6,12 44:17 64:14 65:13

**deficiencies**

9:14 50:4

**definite** 34:23

**degrading** 54:17

**degree** 32:12

**degrees** 32:9, 16 56:21,22 105:21

**delaying** 6:6

**deliver** 52:17

**delivery** 11:6 12:16

**demanding** 9:7

**demands** 36:9

**demolish** 21:11 49:18

**demolition** 7:11 21:10 49:24 52:13 72:15 97:2

**demonstrate** 73:1

**dental** 94:17

**department** 5:6,15,21 8:17, 22 9:1 10:23 11:13,20,21 13:5,15,16,18 14:13,16,22 15:1,9,11,18 16:2 19:14 24:15 25:5,24 26:6,18 27:6 28:25 42:21 43:9,10,16 44:6,16 50:23 54:9,10 63:6 67:9 69:7,23 70:17 71:2 72:6,17,18 73:12 74:4,19 75:3,6,21,25 76:10,13,20 77:2,4,6,11,20 78:9,10 79:3, 15,21 83:19 86:25 88:9

89:7,13,20,25 92:21 95:24 96:10,15 97:4, 15 98:19 109:14 110:6, 18,22 119:4,7, 10,15 120:22 125:23 128:16 133:8 134:21 135:1

**department's** 5:20 10:16 71:11 72:5,9 73:21 76:16 77:23 90:1 94:7 96:4 119:5 121:6

**Depaul** 34:24 35:11,13,15 90:18 111:14, 18 113:13,24 114:16,24

**Depaul's** 111:17 115:10

**depend** 62:2 95:11

**dependent** 130:2

**depends** 94:25 114:19

**depopulate** 8:23

**deputy** 70:16

**deserve** 89:25

**design** 9:14 10:3 15:6,8 18:4,9 22:14 23:13,16 27:14 37:7 39:18 67:1 72:14

**designation** 11:4

**designs** 15:4 37:11,14 127:9

**desk** 105:23

**destructive** 78:16

**detailed** 71:16

**details** 70:23 89:12

**deteriorating** 89:5

**deterioration** 6:19 7:7

**determination** 35:1

**determine** 34:9

**determined** 41:6 56:7

**develop** 14:22 18:9 97:12 112:5

**developed** 19:2,3 98:2

**development** 8:20 54:9 96:25

**developmental** 33:12

**Dewitte** 3:18, 19 16:5,7,9,18 17:9,12,23 18:12,21 19:6, 11,21 20:4,8 21:17,20,24 22:13,19,22 23:9,12,17,19 24:18 25:3 26:19,22 36:11 47:6 67:23,24, 25 68:17 69:3, 20 132:7,8,20, 24 133:2,15,23 134:2,15

**DHS** 32:6

**dialysis** 94:17 101:11

**dictate** 28:23

**dietary** 8:7 83:5,8,9 85:2

**differently** 54:8 65:4,5 66:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**difficult** 54:2
69:9

**difficulties**
42:13

**difficulty** 54:3

**dignified** 52:4

**dignity** 61:7

**direction**
38:13

**directly** 78:4

**director** 5:5,7
16:7 17:23
19:10,19 21:14
26:20 34:14
45:7,16 48:4,
17,22,23 53:4
54:23 70:16
88:6 105:2
111:13 117:15
133:18

**disabilities**
33:12 59:17,20,
23 60:2,4,6,20

**disability**
59:12

**disabled** 82:18

**disagree**
104:19

**disastrous**
78:16

**discuss** 23:1
63:23 80:11

**discussed**
18:7 20:11 42:9
80:10 85:11
115:3

**discussing**
85:10 112:16

**discussion**
34:7 36:4 48:9,
13 83:19
132:13 133:21

**discussions**
15:4 24:1 34:8
35:2 81:17

**disincentive**

**disingenuous**
86:14

**dislocating**
128:11

**dismal** 116:3

**dismay** 123:2

**dismisses**
77:20

**dismissive**
71:11

**disparity**
76:24

**displacement**
78:18

**disproportion**
**ately** 14:2

**disrespect**
57:16 58:20

**disrespectful**
57:9 71:7 78:16

**disrupt** 78:8
94:9

**disruption**
15:12,17 39:21
46:2 62:7 63:19
71:15 73:2
100:4,6 107:3
114:17 115:19
129:15

**disruptive**
71:1 89:19

**disrupts** 48:11

**distress** 71:11

**District** 28:8
62:12

**diverse** 14:2,
11,13,25 77:1
124:1,8

**diversity** 14:16
109:6 124:12

**divided** 19:18

**Dobbey** 9:2
28:8

**DOC** 25:16
30:18 31:2,10
33:17 36:7
38:12 40:17
46:16,17,23
77:22 80:10
81:5 92:9,10
96:5 112:8
114:23 115:18

**doctor** 95:21
102:12,23
103:3

**doctors** 95:23

**documented**
55:8

**domino** 100:23

**donated** 92:2

**Dorsey** 87:6
93:20 94:2

**double** 84:14

**downstate**
68:4 84:6

**dozens** 60:4

**drastically**
71:1

**draw** 35:13

**drawn** 106:18,
20

**dressings**
102:4

**drinking**
106:22

**drive** 35:16
42:2 46:3,13
74:12 118:9

**driven** 14:9
42:4

**driver** 61:13

**drives** 5:25

**driving** 84:15

**drug** 78:7
101:20

**DU61005**
87:23

**due** 6:18 7:6,20
29:2 37:25 50:6
52:8 109:14
119:20 120:9

___

**E**

**eager** 97:14

**earlier** 42:10
45:16 82:9
85:10 86:6
108:15

**early** 27:13,19
40:20 50:2

**earned** 56:19,
21

**ears** 65:24

**easier** 37:18

**East** 125:4

**eat** 36:18

**eating** 84:18

**economic** 51:2
52:18 54:9,10
61:13 96:25

**economically**
63:8 110:10

**economy** 51:6

**ecosystem**
5:21 26:5,17
43:8,15

**ed** 34:7 35:24

**education**
10:5 12:7,9,10,
15,23 31:5
33:20 34:18
35:7 36:20
55:5,17,21
56:22 63:17,22
85:6,7 90:10,15
91:25 97:20,23
98:5 99:5
111:14 112:19,
25 113:3,8,14
114:17 133:9

**educational**
11:1 12:5,22
20:22 26:13

**educations**
100:25

**educator**
58:15

**educators**
100:11

**effective** 35:24
37:15 50:21

**effects** 90:11

**efficiencies**
50:17

**efficiency** 6:13
50:14 52:18

**efficiently** 9:22

**effort** 36:6 49:4

**electronic**
8:10

**elevated**
106:21

**eliminate** 7:8
79:18

**emergency**
79:13

**emphasize**
5:25

**emphasized**
11:5

**employed** 13:2
73:10 122:21
125:22

**employee**
23:20 45:5,9
70:10,11 75:14
88:6 116:19
118:3 123:4
128:12

**employees**
13:3,9 14:11,19
15:12 23:24

**51**:12 52:8
55:16 56:11
90:12,21,22
91:1,20 100:19
105:15 111:18,
23 112:12,14
115:1 120:4



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

24:1,12,18,21,
25 45:15,16
62:8 70:18
71:1,8 74:8,20
75:17 76:22,25
77:3,9 84:15
88:10 89:24
96:1 97:9
104:16,20
107:2,23
108:17

**employer**
104:24

**employment**
51:5 129:16

**encourage**
116:14

**encouraged**
97:22

**end** 24:22 63:4
64:5 69:17
92:18 103:21
135:5

**endemic** 53:13

**endure** 61:15

**energy** 50:7

**engage** 5:23
12:14 15:1
62:14

**engaged** 12:5
34:8 36:4

**engagement**
62:4 111:15
113:11 115:23

**engaging** 23:3
24:4

**engine** 129:21
131:11

**engineering**
6:15 8:1 9:13
23:3 28:14

**enhance** 10:15
26:9 50:23

**enhanced** 10:3
52:17

**enhancing**
10:12

**enormous**
74:13

**enrolled** 98:17
114:18

**enrollment**
55:23

**ensure** 5:24
6:12 11:14,16
15:2 24:7 36:8
46:1,5 56:17
62:4,9 71:19

**ensuring**
14:20 50:10

**enter** 59:15

**enthusiasm**
39:5

**entice** 38:15

**entire** 25:18
44:18 45:4 54:6
71:4 88:15
92:21

**entry** 132:1

**environment**
15:21 37:23
50:11 52:4 91:6
98:9,23 100:15
106:14

**Equality** 28:4
49:1 59:1,8,11

**equipment**
79:11 94:18
95:4 96:1
102:14 112:24

**equipped**
15:19 28:4 49:1
59:1,8,11 64:6

**equitable** 62:5

**escalated** 7:15

**Escape** 87:23

**essay** 55:10

**essential**
52:10

**estimate** 18:6,
10,11 19:2

**estimated**

19:20

**estimates**
13:17 21:6,17

**Eugene** 70:14
77:15,17

**evaluation**
72:21

**evening** 5:9
16:1,6,7,8
26:23 49:12
53:2,3 73:8
75:13 77:16
88:4 90:8
93:21,22,24
104:12 119:1,9,
13 121:16

**events** 24:5

**eventually**
18:16 52:5

**everybody's**
3:3 118:10

**evidence**
28:13 113:8,13

**evident** 129:18

**exacerbates**
7:8

**exact** 110:2,3

**examples** 60:3

**excess** 64:23
67:1

**exchanged**
132:13 133:20

**excitement**
39:12

**Excuse** 132:20

**executive**
48:22 53:4
96:8,23

**exist** 33:21
134:20

**existing** 18:25
65:21

**exists** 112:3
115:1

**exit** 60:8,10

**exits** 60:10

**exonerated**
106:11

**expand** 114:20

**expanded**
46:16

**expansive**
112:6

**expected** 7:17

**expecting** 46:2
130:13 131:10

**expeditiously**
36:10

**expend** 8:18

**expensive**
22:1

**experience**
53:18 75:2 97:7
116:20 119:3,
13 120:15
121:5

**experienced**
53:15 128:1

**experiences**
55:18

**Explanations**
72:6

**explored**
34:12,13,22

**express** 58:6

**expressed**
4:18 104:17

**expressing**
58:16

**extend** 4:5
105:25

**extensive** 8:4
95:11

**exterior** 8:21
60:10

**extremely**
26:17 43:7,8
71:5,18 76:14

130:24

**eye** 102:12,15,
23 103:3

_____

**F**

**faced** 78:17

**facilitate** 12:1
119:23

**facilitated** 34:6

**facilities** 12:12
13:15 14:23
15:9,19 18:22
20:5 23:22
24:12 25:16,25
26:2 33:22 34:6
35:9,10 36:9
38:16 42:13,17,
22 43:1,3,6,7,
10,11,13,17
47:23 50:18
55:14 57:14
59:16 61:5 62:6
63:15,24 64:7,
12,15 65:14,17,
22 67:18 68:21
76:12,17 78:5,
9,25 79:2,19
80:22 81:10
84:19 91:5,6,23
93:13 94:13
95:1,11 98:14
99:25 100:6,7,
12,24 102:23
109:25 110:4
113:10 117:22
120:23,25
130:12

**facility** 8:19,23
9:4,13,15,17,
20,25 10:8
11:3,13,17
14:1,8,19 15:5
17:2,4 18:2,15,
24,25 19:2,4,24
21:7,25 22:5,9,
14 24:20,23
25:1,7,8,9,11,
23 26:4 30:22
32:1,21 35:15
36:15 37:6,7,
20,21 38:2

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianacourtreporters.com
www.kentuckianacourtreporters.com

39:20 42:12
44:1 45:21
47:1,3,4 48:7
49:20 50:8
51:8,10 52:3
59:4,24 60:8
61:18,20,22
62:8 64:5 65:7
67:16 68:12
70:19,21,22
71:24 72:9,15
73:3,5,14 74:11
75:4 80:23
85:16 86:6,13,
24 88:17,23
90:16 91:3,8,11
93:19 94:5
96:22 98:25
99:2,15,22
107:8 109:10,
16,17 117:12
121:11 124:18,
22

**facility's** 6:8
10:18

**facing** 84:20

**fact** 25:9 27:21,
25 43:5 48:10
72:12 81:5
109:18 110:17
133:25

**factor** 14:14
46:13 93:4

**factors** 75:7

**fail** 124:16

**failed** 89:20

**failing** 7:6
67:17

**fair** 18:17 44:5
64:20 124:12
133:4,5,18

**fall** 82:25

**fallen** 67:13

**falling** 65:24
82:24

**falls** 101:25

**familiar** 40:10

**familiarity**
69:1

**families** 5:20
10:11 15:13
62:2 71:3 88:22
93:8 104:20
105:8 107:24

**family** 21:2
42:1 69:11
73:18,22 74:15
78:20 93:15
103:22,23
108:17,18,20,
23 109:2
116:25 117:9
130:21

**family's** 74:24

**Fanning** 39:24

**fans** 75:12

**farther** 93:14
115:2,12

**fast** 51:17

**fault** 128:21

**favor** 72:5
106:25

**fear** 38:19

**features** 50:8

**federal** 9:2
59:14,25

**federally** 59:13

**feedback** 5:13
18:8

**feeding** 19:4

**feel** 63:15,18
74:25 81:8
82:20 97:20
115:15,17
117:9 124:7

**feeling** 82:24
134:19

**feet** 67:13
84:25 100:15

**felt** 34:2 122:18

**female** 77:3
126:8,11

**females**
126:10,20

**fence** 107:22

**fevers** 101:11

**fewer** 130:10

**fielded** 61:16

**fields** 34:1

**fight** 94:2

**figure** 8:2 18:5
20:9 79:22

**figures** 19:20

**file** 64:17

**filed** 28:21

**final** 63:5

**find** 54:14

**finding** 81:15

**fine** 48:1

**fire** 7:3 8:12
60:10

**firm** 9:11 23:4

**fiscal** 7:20

**fiscally** 8:18

**fit** 34:4

**fix** 29:6,8,21
36:8 44:16

**fixed** 29:17
43:2

**fixes** 9:7,9 22:1

**flourish** 112:20

**focus** 11:5
14:24 43:10
47:23

**focused** 43:4
92:4

**focusing** 10:9

**folks** 17:12
104:25 111:24

**follow** 13:6
24:8 97:13

**follow-up** 68:1

**forced** 37:3
95:23

**Ford** 87:23

**foremost**
49:24 108:13
109:3

**foresight**
41:21

**forgot** 126:21

**forms** 93:7

**forthcoming**
76:2 77:5

**forward** 4:20
9:5 54:14 70:3,
4,8 71:5 72:20
73:6 75:25
86:17 88:16
89:11 96:24
118:24 135:2

**forward-** 52:23

**foster** 15:24

**fostering**
50:25

**found** 59:21,25
87:25

**fourth** 20:21

**frankly** 47:8
68:25 71:6,9
135:1

**freeze** 40:24

**frequent** 50:6

**frequently**
84:11

**Friday** 118:12

**friends** 74:15
97:5

**front** 47:12
88:18 111:24
119:9

**frustrated**
105:5

**frustrating**
47:14,15

**fueled** 53:13

**fulfillment**
6:13

**full** 8:3 76:5
92:2

**fully** 11:21 24:3
46:10 96:21
112:23 113:1
131:18

**functional**
112:23

**functions**
20:23 50:20
78:12 79:16
85:23

**fundamental**
61:6

**funding** 29:9
35:14

**funds** 8:18
9:22

**future** 15:6
38:17 52:16
70:3 73:23
97:15 110:16

**futures** 110:14

---

G

---

**galley** 36:18

**gap** 129:7

**garner** 26:11,
13

**gas** 124:18

**gather** 15:7

**gave** 4:6

**GED** 12:11
113:3

**general** 23:23
25:15 120:7

**generate** 51:4

**generation**
41:25

**generational**
129:6



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

generations 110:19

gentlemen 49:13

geographic 69:11

geographically 66:10

Georgia 19:14 37:12

Georgia's 19:16

Gino 83:24 84:22

give 4:13 18:1 20:13 25:12 35:20 45:9 47:8,12 51:20 63:12 68:11 83:20 84:24 86:25 116:7 126:1

giving 53:3 111:16

glad 35:19

glasses 102:12,16 103:6

goal 14:18 15:10 63:5 69:2,4,12

goals 10:9 14:16

good 4:20 5:9 16:6,7,8 34:4 40:1 49:12 53:2 56:18 63:10 65:15 66:14 73:8 74:2 75:13 77:16 83:8 87:25 88:4 90:8 93:20,22,24 97:18 104:12 117:10,11 118:15 119:1 128:14 131:13

governing 32:23

government 62:21

governor 5:14 57:3

governor's 16:20 61:7,12 105:23

grade 99:13

graduates 113:5

granddaughter 129:9

grandfather 116:18 130:14

grandkids 110:20

grandmother 125:7

grandson 125:8

Grant 111:20

Grayville 109:19

Grew 40:9

grievances 109:8

grossly 8:2

ground 22:20, 24 23:6 73:15 109:15

groundbreaking 27:16

grounds 49:22 72:10 95:12

group 87:5,16 118:17 119:15

grow 18:16 56:4 116:9

growth 49:17 52:18

guarantee 36:7 37:1 45:22

guaranteeing 27:6

guess 20:2 23:12 25:4 38:6 119:10

guy 57:22

guys 29:5,19 34:1 87:1 100:16 102:2 105:7 111:1 115:24 116:6,9

———

**H**

half 74:11 105:14,15 109:6 119:4 131:25

halfway 128:5

hand 65:17 110:14

handed 47:7

handful 16:24 74:6

handicap 30:5

handle 31:17, 19 131:7

handled 103:8

hands 75:4

happen 38:22 75:19 81:9,23 82:9 85:20 98:8 103:17 105:10 113:20,22 114:4 121:11 123:16 129:21

happened 40:16,18 105:4 121:9 129:13

happening 134:12

happy 96:20 127:12

hard 36:14 130:22

hardworking 11:19

harm 59:23

91:2,8 113:19

harm's 65:23

harmful 71:22

harms 106:13

Harper 3:20

Harry 40:6

Hawaiian 124:5

hazards 7:4

head 43:25 97:5,6

heads 133:17

health 8:10 11:1,10 30:23 31:24 32:23,24 93:11 94:22 95:2 101:17

healthcare 11:15 21:3 52:7 94:3,9,12 101:3,5,16 102:3

healthier 52:3

healthy 37:24

hear 19:24 20:4 24:6 25:17 30:3 38:20 40:3,4 48:6 74:19 105:1,17,18 130:8

heard 22:4 39:7,9 49:5 71:13 73:20 80:21 85:16,19 86:6 99:10,11 104:15,20 105:1 106:15 108:18 123:25 124:3 132:15 133:11

hearing 3:6 4:20 16:15 27:11 43:23 68:17 70:5 104:16 108:4 118:11

hearings 132:10

heart 124:19

heavy 94:21

heck 37:22

held 60:4 76:21 88:21 101:23 134:20

hell 109:6

Herbert 121:21 127:20

Hernandez 3:21

hiccups 41:13, 20

high 43:7

higher 12:14 21:23 33:20 34:7,18 35:7,24 50:5 97:23 98:4 112:19,25 113:3,8,13 114:17

highest 77:2

highlight 92:7

highly 28:20 79:19

Highway 74:3

Hill 40:10 48:21 49:14,16 51:4 52:8,17 63:4,8 67:20 96:21

Hill's 52:23

hire 36:24 37:2 38:9,18,19,23 47:2

hired 41:16

hiring 36:14 40:23 42:13 43:15 46:23 78:6

historic 110:18,19

hit 117:6 130:22



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

hold 13:16
17:2,4 64:8
95:10,11 131:9

holding 16:22

holistically
65:9

home 4:12
67:11 68:16
69:5 74:7 78:19
84:17 93:14
102:19

honest 115:5

honestly 25:6

hope 37:22
46:17 69:12
107:19,25
116:7,16

hoped 63:22

hoping 4:25
27:17 112:17
114:4

hospital 101:9

hospitals
95:12,19

hotel 17:16

hotel's 17:18

hour 45:10
74:11 128:14

hours 46:3
74:12 78:19
84:13,14,15,16
115:4 125:8

house 6:16
8:21 29:6,8,11,
15,17,18,21
81:10 82:21
83:1

housed 33:12,
16 60:6 68:11
69:16 79:7

houses 6:16
67:2

housing 6:16
19:18 20:11
28:3 29:23
60:1,5,9,14

81:9,10

Howard 48:22
53:4

hub 77:22
78:24

huge 38:19

Hughes 5:5,7,8
16:6,8,17 17:3,
7,10,13,21
18:3,18 19:1,7,
19 20:3 21:14
22:6 25:21
26:21 29:24
39:23 41:2
48:18

Hughey 121:21
127:20

human 53:19
56:3 57:6 61:7
107:21,24
131:14

humane 50:13
53:8 66:6 67:19
113:18,25

humanely 63:8

humanitarian
52:2

humanity
107:25

humans
105:21 116:13

hundreds
120:10 123:10

Hunter 118:3,5
122:2,7,9,11,
14,16,20
123:19,21,24

hurdles 38:9

———————

I

I- 74:3

idea 16:21 18:1
42:25 83:20

ideal 54:2

ideally 113:3

identified 9:11
12:20 89:22

identifies 8:1

identify 11:2
12:15

IDOC 9:13
53:25 71:4
73:15 74:22
76:25 79:1
100:2 104:20,
23 105:11
119:20 123:5
129:19 134:9

IDOC's 75:9

ignores 77:20

Ignoring 7:7

ill 32:4,18

ill- 128:8

ill-thought
119:5

Illinois 5:15
13:15,17 15:6
26:5 28:8 31:20
34:21 35:22,23
41:19 44:16
46:24 48:25
50:23 53:7,10
54:13 56:6
59:15 62:23
64:25 65:10,15,
19 66:8 67:9
68:2,21 69:7,
13,18,19 88:24
90:16 110:22
115:3 123:6
124:2

illness 31:16

imagine 84:14
105:6

immediately
23:14 71:23
84:18 93:18

impact 14:2
30:17 53:19
61:11 74:24
76:24 98:16
119:6 130:4,21

impacted 5:23
11:6 12:18 13:8
15:3 62:1,11
76:22 104:25

impacts 5:18
92:7 93:9

imperative
61:5

implemented
15:16 61:24
71:12

implore 97:12

importance
11:22 62:3 77:8
88:8

important 4:16
24:9 26:5,17
27:9,21,25
41:18 43:8 52:1
89:3 90:22
110:24 118:1
132:11 133:4,
19 134:24

impossible
74:17

impressed
116:6

impression
116:20

impressive
99:14

impromptu
122:11,14

improve 9:17
10:5 52:6 53:15

improved 50:9
52:19 93:10
97:21

improvement
63:5

improving
10:12

in-person
112:8,25

lna 35:22

inaccessible

60:5

inadequacies
50:4

inappropriate
28:2,5

incapable
89:13

incarcerated
31:6 33:5
50:10,11,25
52:4 55:25 61:9
62:8,11 63:7
64:13 67:8
68:2,20 71:3,8
82:17 83:13
88:15,20 90:23
91:9 92:8,12,22
93:1,8 99:12
107:23 114:1
116:22 119:7,
15 120:1,2

incarceration
41:17 53:12
92:14

incarcerations
116:20

incidents
119:20

include 8:7
18:4 47:19,22
48:12 60:4
105:25 113:2
121:15

included 15:3

includes 6:24
11:7 12:7 13:22
112:23

including 10:4
12:3 14:11 18:8
78:5 90:24 93:9

incomplete
72:18

incorporate
50:8 51:10

increase 14:16
38:5 53:9

increases 6:6
113:11,14



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

incredible 92:15

incrementally 31:15,17

independent 6:15 7:25 53:5 59:9,12

indicating 28:1

individual 7:13 11:9 56:17 57:19 65:2 95:22 98:9 102:11

individualized 67:3

individually 105:12 116:9

individuals 4:10 5:19 6:17, 22 8:24 9:8,18 10:21,24 11:7, 15 12:1,18,19 15:13,22 18:20 20:24 26:1,3, 10,14 28:3,9,19 30:5,8,10,11 31:2,6,15 32:5, 10,15 33:4,9, 11,15,23 35:22 36:18,25 37:3 45:22 50:10,12 51:1 52:4 54:19 55:15 62:8,11 63:7,16 64:13 71:2,8 77:12 79:7 80:25 81:2,11 82:17, 18 83:13,22 88:10,20 90:24 91:3,4,9 92:12, 22,24 93:8,13 94:10,15 95:2, 6,10,14,19,23 97:22 98:13,17, 22 99:2,12,24 100:3,14,21,24 101:14,23 107:6 108:1,24 109:11 110:14 115:18 119:8, 16,17,21,22

120:5,20 121:14 124:24 129:16

individuals' 10:11

inefficient 6:6 50:7

inequity 53:14

inevitable 107:17

infection 60:13

infirmary 31:20,25 32:25

influx 120:24

information 16:14 29:25 38:13 47:9 70:24 72:3,13, 16 75:18 132:12 133:19 134:8,10

informed 32:18 75:22

infrastructure 6:5,11 8:8,12 9:24 20:14 29:2 36:8 50:1 89:5 112:21

inhumane 53:16 54:17 61:4

initial 101:10

initially 39:16

initiatives 14:23 19:15

injunction 9:6 28:21 81:22

inmate 130:19

inmates 16:25 25:18 109:7 121:10 126:9 130:22 131:1,4 132:17

inoperable 7:9,12

inpatient 30:21,23 31:23 34:2 38:24

input 15:5,7 113:22

inside 53:16 60:14 105:8 113:9,11,15 116:11

inspected 59:24

inspection 59:21

inspire 116:13, 15

instance 42:15 44:1 84:10

Institute 111:14

institution 36:2 77:25 79:23 123:24 124:1,11,21 126:8,19 130:25

institutions 90:19 98:6 124:2,6 126:12

instruction 113:6

instruments 92:25

insufficient 9:19

insurance 38:8

intake 94:21

integrating 53:16

intellectual 33:11

intend 4:17 18:23

intent 46:17 72:9

intention 25:13 104:14

intentions 25:5

interact 116:12

interconnected 7:5

interest 25:25

interests 4:18

interim 86:12

interior 8:21

intermittent 36:17

internship 113:12

interrupt 39:11

interruptions 39:7

intervention 7:18

invalid 72:8

investigate 59:16 131:4

investing 50:22

investment 52:16 85:22 86:7 89:1

investments 51:9

involved 6:7 64:4 77:13 133:5,6

irreparably 91:8

irresponsible 71:7

issue 4:16 62:12 81:20,21 107:24 114:9

issues 6:18 7:22 9:11 14:10 28:6 29:2,18 30:5 41:1 44:17

50:1 53:11 59:6 72:22 91:6 95:2 98:5 109:9

J

James 70:10 75:12,13 77:14 104:6,9 106:4, 5,8

Jasmine 49:2 60:24

Jennifer 48:21 52:25 64:11 87:9,15 96:7

jeopardy 75:24

Jimmy 106:9 117:18

JIT 33:10

JITC 31:14 32:20 33:14,16

job 24:11 38:1 44:14,21 46:10 48:8 51:11 73:16 103:20

jobs 31:9 37:3, 18 38:14 41:15 44:2 45:20 54:6 74:8 75:24 76:25 85:1,2 96:24 107:2 120:4 134:25

John 48:22 53:4

joined 96:20

Joliet 13:21,22 30:21 31:23 34:2 40:7 74:7 122:23 123:8 127:22

Jr 121:22 127:20

JTC 33:10,14, 15

judge 28:22 81:20,21,24 82:10



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

jump 100:22

June 128:5

justice 33:21
35:8 66:15
104:25

justifies 18:24

justify 74:18

juvenile 65:17

K

Kankakee
109:20 127:23

Katz 48:22

Keenan 118:5
125:19,21

keeping 54:17
63:23 69:17
78:20 80:7 81:6
85:14 123:13
125:10

Kendall 40:7

Kewanee
65:20

key 49:23
57:22 77:19
78:3 79:15,18
93:4

kids 110:20

kill 115:5

Kim 48:23
54:23 55:1
57:12,17,24
58:2,5,8,12,14,
18 63:14,20

kind 19:8 22:9
48:2 57:22
74:12 81:18,21
92:21 98:20
100:22 115:10
117:6,7 129:25

kitchen 83:5

knowing
131:11

knowledge
105:3

Koehler 3:12,
21,22 4:13,15
5:10 42:5 47:18
48:1,14 55:4
59:4 86:5
117:2,3,14
118:7,15

L

labor 40:17
41:3

lack 36:23
61:15 75:18
77:11

lacks 9:20
70:23

ladies 49:12

laid 66:23

land 9:23 39:19
45:18 129:14

language
110:2

large 13:9 66:3
119:15 120:20,
24 129:6

larger 5:21

Lastly 79:5

late 40:19
41:23

Latino 124:4

Latonya 118:5
122:20 125:13

Latoya 5:5

Laundry 85:13

law 59:25 99:5

Lawndale 78:2

lawsuit 28:7
64:17

layoff 24:8,10
41:7 44:20
45:2,12

layoffs 40:22

lead 54:18

106:21

leaders 34:15
131:1

leadership
38:12 110:6

leads 69:8
98:12

leaks 60:11

learn 55:25
56:3 92:12,22,
25

learning 55:13

leave 24:25
118:8,13

Leaves 84:16

leery 105:10

left 21:10,12
89:23 113:5

legal 39:24
54:7

legislators
39:3

legislature
25:12

legitimate
64:18 69:24

Leslie 121:22

let alone 84:18

letter 122:17

level 9:25
10:24 11:2
99:14 132:1

levels 69:25
106:21

librarians
113:2

libraries 113:1

library 99:6

license 87:22,
23 114:10,11

lieutenant
75:16 90:8
97:19 98:20

111:25 122:20

lieutenants
45:25

life 65:20
74:24,25 81:8
92:5,12 114:10

light 27:18

lighting 37:16

lightly 131:3

limitation
79:12

limitations
120:10

limited 55:18
63:18 120:6,12

limp 127:4

Lincoln 16:16
62:23 63:11
67:7 133:10

lines 37:16

linked 78:4

list 64:11 92:17
124:5

listen 5:13
97:4,5,13

listening 89:8
117:6

literally 65:24

litigation 9:2
28:16 32:2,3

Liuna 118:2

live 6:10 40:9
55:10 69:3
73:25 104:13
107:10 128:12

lived 109:11

livelihoods
61:25 89:15

lives 5:18
30:17 48:11
74:25 77:13
84:10 89:14
92:15

living 6:3 28:10
50:9

loaded 23:19

local 51:6
61:14 62:21
77:18 118:2,25

located 76:3
94:25 95:12

location 52:19
66:5,13 93:6

locations 34:2,
10 95:16

lock 37:9 38:10
57:21

Logan 14:15,
17 19:25 21:12
24:5 43:5,20,22
49:21 50:15
52:15 55:6,7
66:17 67:5,12
68:10 84:5
96:21 118:11
124:11 126:7,8,
9,16,18 127:3,4

logistically
95:25

logistics 89:23

long 44:6 51:7
61:12,16 73:24
89:4 109:13,15
112:13

long-term
83:13

longer 6:25
95:20 102:21
115:11 120:1

looked 24:13
29:19 34:1,5
47:24

lose 27:21,25
36:25 41:15
46:18 92:9
103:20

losing 33:24

loss 92:17

lost 15:11
31:10



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**lot** 17:18 22:1 29:21 30:11 35:18 40:8 42:3 44:2,4 48:11 64:14,23 65:13 66:5,13 67:7 73:22 75:11 85:21 104:15 105:17 111:4 124:20

**lots** 74:4

**loud** 39:11

**love** 87:17 111:6

**loved** 15:14

**low** 130:24

**lower** 21:21,22

**Lucci** 104:6,12, 13 107:12 115:20,23

**Lucci's** 113:22

---

**M**

---

**made** 16:13 32:8 35:1 47:13 53:12 61:11 73:17 77:8 86:11 105:20 115:9 130:12 132:14 133:15

**magnificent** 11:19

**mail** 79:9 85:12

**main** 6:16 20:10

**mainstream** 116:24

**maintain** 11:23 112:2

**maintaining** 10:10 11:22 73:1,3 89:17

**maintenance** 6:23 7:1,15,19 42:14,25 43:6, 13 44:17 64:14

**65:13 117:22**

**major** 41:1 61:13 62:9

**majority** 24:19 68:4,19 106:12

**make** 4:6,17 22:19 27:18 28:24 30:11 38:14 39:6,9 40:3,25 41:13 49:5 54:14 58:20 63:23 67:4 82:9 85:23,25 92:23 95:24 102:8,13 103:10 104:14 108:13,24 112:19 122:5 125:15 130:11 132:14 133:10, 16,19 134:4

**makes** 67:7 74:25

**making** 26:22 30:16 37:16,18 42:2 68:18 104:10 110:13 131:12 134:8

**male** 25:23 126:19

**males** 126:20

**man** 128:21

**management** 76:1 92:5

**managing** 48:25 58:25 97:3

**mandated** 59:13

**mapped** 22:10

**March** 13:1 73:20

**marked** 89:4

**married** 129:21,24 131:11

**Martha** 70:8,13

**87:6 88:3,5**

**mass** 53:12

**master's** 56:22

**match** 98:25

**matched** 11:15

**materials** 89:7

**Mathis** 70:9 73:7,8,9

**matter** 6:11 72:12 80:22,23 88:8 107:20,21 109:18

**matters** 57:18 58:9,18 64:2

**Matthew** 87:6 90:4

**max** 99:15,16

**maximum** 119:19 121:10

**mayor** 48:21 49:14,16 51:13 52:20,25 62:18, 23,25 63:3,11 96:21

**Mcbee** 87:6 91:16 112:1 124:25

**Mclaughlin** 3:24

**meaning** 45:2 60:10

**meaningful** 5:22 105:2

**means** 57:4 61:15 83:6 121:2 130:3

**meant** 30:23 83:12 125:25

**media** 116:24

**medical** 10:25 11:10,14,19 31:25 60:12,19 78:6 79:12 85:3 94:13,20 95:1, 7,10,11,15 96:1

**101:16 108:25 120:1,11,13 132:2**

**medically** 32:4

**medication** 102:5,8

**medium** 121:11

**meet** 15:9 36:9 118:12

**meeting** 48:3

**meetings** 4:5 40:11 81:16

**members** 4:3 5:10,11 14:7 61:19 62:10 77:18 82:4 84:20 88:4 108:22 119:1 133:7

**men** 31:18

**Menard** 113:7 125:4 126:3

**mental** 11:1,10 30:23 31:15,24 32:23,24 94:22 101:17

**mentally** 32:4, 18

**mention** 105:2 123:25 124:23

**mentioned** 16:24 21:14 42:12 44:19 68:1 101:3 126:2

**Merrill** 70:9 87:6 88:4,5

**message** 48:2 77:11

**met** 30:7

**metal** 109:16

**metropolitan** 68:2,5,25 125:1

**Michael** 70:16

**microphone** 106:6

**mics** 122:3

**mighty** 114:25

**Mike** 70:8 106:19

**mile** 45:10

**miles** 14:5 38:24 46:3 74:5 75:6 84:3,9

**million** 6:23 7:11,20 8:1,7,9 20:5,16,18,25 21:4,6,9,11,13 29:9

**mind** 31:22 33:9 74:13

**minds** 89:9

**mindset** 35:6 38:10

**Mine** 133:24

**minimal** 7:3 98:5 114:17 115:19

**minimize** 15:17 71:14 100:4,6

**minimum** 78:1 79:14 94:24

**ministry** 114:1

**minute** 49:6

**minutes** 51:17, 21 55:2 60:21 68:9 80:14,21 128:13

**mispronounce** 58:22

**missing** 72:13 104:18,22

**mission** 6:14 15:21 104:23

**mistaken** 109:20

**mixed** 55:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

mobility 28:6 30:4,5

modern 10:8 15:10,19 49:20 50:7 51:7 89:1

Moeller 3:24

mold 60:11 106:15

Moline 125:5

moment 56:5, 13,20 57:18 131:2

money 29:21

monitoring 59:19

monitors 53:6

months 22:16, 17 29:17 108:10 133:7

moral 61:5

mothership 102:17

motive 44:4

mouth 44:24

move 9:5 12:23 17:19 24:11 27:2 30:19 41:7 45:14 48:16 64:15 87:19 91:4 103:21 104:1,5 114:12 119:23 125:3 126:14 135:4

moved 29:16, 20,22 30:6,10 33:10,23 64:13, 16 68:5

movement 28:18 113:2

moves 75:25

moving 14:17 30:8,9 31:14 35:10 47:1,3 66:18 67:5 68:21 71:5 73:6 89:11 93:13

98:22 103:21

MSU 79:10 94:11,24 95:2

multi 9:24

multiple 28:1 34:6,8 79:6 90:17 91:21 97:8 98:13 128:1

multitude 119:12

municipalities 46:25

music 34:13 92:2,23,24 93:1

musical 92:24

mutual 98:2

———————

N

name's 70:15

named 92:20

Naperville 40:7

narrow 32:12

nature 69:9 102:1

navigate 60:7

nearby 76:11 95:13

necessarily 24:10 57:14

needed 8:10, 16 9:10 44:3 46:15 62:6 92:23 102:6

needlessly 70:25 93:15

negative 98:16 120:16

neglect 59:18

neighbor 17:16

Neighborhood 55:5

neighboring 17:18

network 7:6 10:16

newly 18:23

Newman 70:8, 15,16 80:6,13 81:13 82:22 83:7,14,23 85:7 86:4,18,21 87:3 106:19

Nick 118:4,25 131:18

night 20:2 117:7 118:9 127:24,25

nod 97:4,6

nodding 133:17

non- 75:24 83:21

non-degree 90:22

non-education 97:22

non-higher 12:6

non-security 13:3,14 31:5,9 33:25 37:1 47:19,22 76:4, 5,16 83:20,22 84:21 131:24

nonpartisan 118:16

nonsense 130:1

north 14:17 34:22 90:18 115:15,20

Northeastern 34:25

northern 13:11,20 26:10

28:7 69:15,16 77:21,25 79:5 88:20,23 94:4 101:15 102:19

northernmost 25:23

Northwestern 12:22 30:9 34:23 90:17

Norway 37:13

not-for-profit 53:5

notably 19:12

note 106:17

noted 39:1

notion 11:17

NRC 14:4 45:17 75:23 76:2,6 79:7,8,10,12, 14,15 83:5,8,12 85:12,18,22,25 94:10,12,15,16, 21,25 95:5 96:2 101:6,24 102:17 103:13 124:16 129:24 130:2,3

NRC's 102:3

number 4:9 13:9 16:18 18:7,13 19:1,9 20:6 23:22 26:4 39:22 42:12 70:7 72:22 81:10 85:11,14

numbers 19:24 20:4 25:16 32:23 67:4 76:19 86:13 130:1

nurses 102:4

———————

O

Oak 104:13

objective 56:9

obligation

61:6

observed 60:3

obtain 97:23

occasions 18:7

occur 79:7

offender 56:9

offense 56:8

offer 35:18 44:21 49:15 56:11 66:13 76:6 100:2 113:6 114:25

offered 13:10, 14 24:17 45:6 46:9 93:5

offering 45:20

offers 61:8 66:5

office 4:24 9:21 16:20 57:21 61:16 85:2 94:17 119:2

officer 73:11 108:8 131:7

officers 13:10 32:11 112:11 116:21 130:20, 24 131:21

offices 76:4

older 119:25

ongoingly 36:16

online 35:11

open 4:12 13:12 14:4 32:9 60:15,16 75:4 78:22 79:25 81:6,11 82:16 93:19 96:5 102:1 107:5,6 111:10 123:13 124:16 125:10

opened 27:7 32:13

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**opening** 31:21 38:22

**openness** 80:15

**operating** 134:9

**operation** 22:3 77:23 78:8

**operational** 7:2 10:18 20:17 50:3,5,17 52:18 78:4 79:24 83:8 102:21

**operationalized** 70:25

**operations** 72:7 73:2,4 79:3,19 80:8 89:17

**opinion** 132:16

**opportunities** 5:22 13:21 15:24 23:24 24:15 26:12,13 51:5,12 62:13 112:14 113:4

**opportunity** 4:6 5:12 15:7 24:21 45:3,6,9 49:15,22 50:19 53:3 54:11,16 55:15 56:3 61:8 65:16 66:5 68:8,13 85:17 86:25 88:7 99:3 100:16 111:17 113:17 121:15

**oppose** 73:12

**opposed** 70:19 94:7

**opposing** 80:6,7

**opposition** 39:5 128:10

**option** 46:20, 21 129:12

**options** 34:12, 16 46:11 76:22

**optometrist** 102:25

**optometry** 94:19

**order** 31:16 36:2 38:13 53:7,22 65:22 81:24 82:6 100:4 102:16 104:9

**orders** 82:6

**organization** 53:6 59:12

**organizations** 88:18

**originally** 122:17

**Oswego** 40:8

**Ottawa** 127:22

**out-of-cell** 9:19

**outcome** 3:11

**outcomes** 10:13 50:25 52:19 54:18

**outdated** 49:19

**outstanding** 72:23

**overcome** 38:9

**overhaul** 8:8

**overlooked** 7:1

**overlooks** 14:5

**overpopulated** 130:10,11

**overseeing** 19:23

**oversight** 53:6,7

**owned** 9:23

---

**P**

**packages** 79:9

**painfully** 77:9

**panel** 48:16,20 62:17 70:7,13, 14 87:12 104:5 106:19 117:25 124:3 125:16

**paragraphs** 51:22

**paramount** 62:3

**parent** 77:25

**Park** 34:22 90:18 104:13 115:15,20

**parked** 17:17

**parking** 17:18

**parole** 102:2

**part** 5:12 7:5 13:4 21:18 28:14 32:7 33:10 35:13 38:11 40:6 56:25 61:6 68:18 69:15,16 83:25 115:20

**partial** 107:16

**partially** 107:5

**participants** 92:16 113:23

**participate** 12:2,4 55:16

**participated** 24:5

**participation** 11:12 18:8 93:10 118:10

**partners** 12:15 97:11

**parts** 7:23 82:12

**passion** 60:22

**past** 7:16 73:10 91:7 109:10,23

**path** 88:16 89:18

**paths** 54:14

**pathways** 57:5 107:19

**patients** 32:25

**patterns** 13:16 35:6

**pay** 45:23

**paying** 4:11

**Peldonia** 87:7 93:22,24 94:2 100:18 101:7, 13 102:25 103:10,13,16

**Pell** 111:20

**penalties** 56:7

**penitentiary** 63:2

**pensions** 38:7

**people** 24:14 27:9 29:20 37:9 38:1,10 40:9 42:3 45:14 53:16,17,20 54:1,17 56:12 59:17,19,22 60:1,4,6,8,11, 15,18,19 64:5, 8,25 65:23 66:6,14 67:2,15 69:5 76:25 78:14 95:10 102:22 107:21 110:11 114:1 117:11 124:3, 20,21 126:14 129:7,25 130:5, 9 131:4,9,14

**people's** 30:17 48:11

**percent** 7:16 18:16 25:17 31:1 67:8 68:1, 3 69:15 93:11 95:9 124:25

**percentage** 77:3 126:21

**perfect** 97:11

**perform** 23:4

**perimeter** 20:15

**period** 53:17 71:15 86:12 91:2 107:10

**permanently** 88:14,17

**permit** 12:16

**person** 46:9 87:19

**personal** 106:17

**personalized** 11:8

**personnel** 13:3,7 37:1 47:19,20

**perspective** 5:2 51:2 78:14 121:16

**perspectives** 97:3

**petitions** 57:3 105:23

**phase** 15:15 51:4

**philosophy** 37:8

**phone** 61:16

**phonetic** 83:24

**physical** 9:12 59:20,21,22 60:6 94:18

**picked** 124:8

**picking** 111:25 124:13

**picture** 103:18

**pieces** 67:12 72:13



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

pivotal 10:7

place 45:14
55:10 59:22
64:17 66:14
67:14 76:3 86:9
89:12,24
109:22,25
110:5 119:11
123:7,15
132:13,22

placement
11:3 83:13
100:3,5

places 54:1
123:12

Plainfield 40:7

plaintiffs 9:3,6
28:22

plan 5:14 18:1,
4 31:11 33:18
36:13 39:22,25
43:21 61:12,23,
24 62:24 70:25
71:5,6,12,22
72:5,19 73:13
75:1,9 76:2
77:7 79:24
80:16 85:17,20
89:11,14 95:7
97:13 109:22
110:10 119:11
120:22 121:1
122:16 123:7,9,
14 128:9
132:21 134:18,
19

planned 18:22
125:24

planning 10:7
77:12 78:11
119:16

plans 72:14
73:21 94:7 96:4

plate 87:22,23
114:11

plates 114:10

play 92:25

plays 46:14

plenty 39:19

plumbing 8:8

PNA 59:15

PNAP 34:24
35:11

pods 31:3

point 21:13,24
22:15 25:20
32:5,22 38:6
48:1 53:23 58:2
63:22 77:19
86:14 102:10
113:22 115:3

pointed 111:3

pointing 81:5

points 117:19

police 131:5

policy 97:9,13

political 47:10

politics 48:24
54:24 132:10

Pontiac 13:23
35:17 42:14,16,
19 43:18,25
44:1 74:10
124:10 125:4
126:4 128:3,13

populated
126:18

population
10:20,22 18:14,
15 25:8,15,23
31:13 32:19
42:10 88:15
92:8 93:12 95:9
115:9 119:24
120:7,9,17,18,
24 132:4,5

Porter 70:10
75:12,13,14
125:25

portion 41:14

Portwood
104:7 108:7,8
111:3,9 117:13

pose 6:20 7:3
14:10 16:23
50:4 95:7

posed 6:9

position 44:7,
8,13 45:3,10
62:22

positioned
121:14

positions
13:10,14,18,20,
23 14:4 37:2
45:15,23 53:24
74:5,6 76:6,11,
20 131:24
132:1

positive 52:22
54:18 62:24
93:9 98:15

possibility
32:17 55:21

post-
secondary
90:20

potential 10:17
18:22 25:10
31:11 33:18
34:22 51:10
105:6

potentially
31:10 32:14
46:6

poverty 53:13

powered 67:16

powerhouse
7:10

practical 78:21

practice 48:23
54:23

practiced
60:20

practices 50:9

pre-diabetic
106:23

precious
74:14

preference
6:12

pregnant
126:22

preliminary
28:21

preparation
23:7 89:12

prepared
121:13

presence 51:7

present 4:4
5:11 9:15 62:13

presented
71:7 80:16 84:4

presents
49:22

preserve 61:7

president
77:17 108:11
109:4,7 127:21

pressed 79:4

pretty 20:18
42:4 65:15
69:19 99:14
116:2 118:8

prevent 33:24

previously
12:20 120:9

primarily
111:23

primary 6:7

prior 12:24
14:23 34:9
44:14 71:23
104:10

prioritize 61:8
113:18

prioritized
100:21

priority 9:22
62:12 63:24
100:3,5

prison 12:23
30:6,25 31:1

35:15 39:16
53:11 55:4,6
61:10 64:25
65:8 81:6 82:21
90:14 116:21

prisons 34:20
39:15 53:7,16,
18,21 54:5 65:3
130:10

Pritzker 5:14

private 46:24
59:16

privilege 55:22

problem 40:12
54:12 71:9 95:8

problematic
71:6 79:20

problems
21:25 60:3
72:18 106:24
121:8

proceed 62:3

PROCEEDING
S 3:1

process 5:12,
23 10:19 12:25
13:5,8,9 15:2,
15 22:8,10
23:18,25 24:4,
8,11,23 41:8
44:20 45:4,5,20
46:19 62:14
64:4 68:18,19
71:9,20 77:5
78:23 83:9
89:18 102:18
132:11 133:4,5,
18

processed
79:10

processes
26:9

processing
78:7

product 63:4

productive
57:7

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

professionalism 131:6

professionals 11:20 61:15 94:22

professors 34:10 91:1 100:11

program 12:7, 23 34:13,14,15, 25 35:13,14 57:15 90:12 91:20 92:12,15, 18 101:21 113:4,12,23 115:10 120:8, 18

programmatic 9:20 11:1,11

programming 11:22,24 12:6 20:24 26:1 33:23 35:5 64:7 80:18 90:15,22 92:3 93:5,10 100:20 101:1 111:18,24 112:3,6,12,14, 19 113:4 115:1, 5,17 117:10 120:5

programs 10:4 11:12 12:2,4 31:5,9 33:20,21 34:19 35:7,8, 19,24 36:20 50:21 51:11 52:7,8 55:16 56:11 63:17 90:23 91:10,21, 24 92:6,7 97:21 98:17 100:5 105:15 115:19

progress 89:3 91:9

project 51:2 52:21 55:5 62:9

projected 7:19 18:14

projection

7:21

prolonged 107:10

promise 46:7 55:21

promises 52:17 105:11

promote 53:8

prompt 101:8

pronounce 104:5

proper 8:4 11:2 17:4,8 83:4 112:23 124:15

property 130:15

proponent 114:2

proponents 88:17

proposal 49:18 52:2 61:8 70:21 72:20 78:15 84:4 89:10 119:5 121:7

proposals 19:21

proposed 70:19 120:21

proposing 14:14

prosperity 49:18

protected 108:25

protection 59:13

proud 77:18 96:19

prove 44:5

proven 66:13

provide 11:17 16:14 20:19 24:13 45:3

51:11 52:3 54:15 57:5 73:18 76:21 85:17 89:20 90:19 91:4 99:3,23 100:1 108:23 114:16

provided 11:16 14:21 71:16 80:11

providers 10:17 11:16 34:7

providing 14:18 15:21 110:21 134:10

proximity 10:10,14 23:23 52:9 69:11

public 3:6 5:11 10:5 21:15 46:24 48:16 59:16 132:10

pull 122:5,6,12

pure 21:17

purpose 26:8 57:22 93:2 104:22

pursuing 89:13

pursuits 12:22

put 19:22 27:15 30:18 44:12,13, 23 47:12 48:1 62:18 66:6 67:10 70:12 72:6 78:10 80:5 87:11 100:14 103:20 108:23 126:4 132:23

puts 120:25

putting 68:14 89:14 110:13

___

Q

quality 11:17 50:24 81:7

95:17

quarter 6:16 8:21 82:23

quarters 29:23

question 18:17 19:5 22:18 23:20 25:3,15, 21,22 29:8 35:20 39:13,14 40:2 41:5 44:19 62:18 63:13 64:10,19,20 66:2,3 77:8 80:3 81:4 82:12 83:25 89:8 97:19 98:12 106:25 115:15 117:4 126:7,16 131:18 134:7

questioned 77:21

questions 16:2,19,23 24:6 26:24 30:21 36:12 42:8,9 47:16,17 48:15 58:10,14 62:17 67:22 71:14,20 72:22 76:14 80:18 83:17 89:6,23 103:25 114:8 116:1 117:24 119:12 125:24 126:24 127:17 134:4, 22

quick 39:4 55:3 64:10 87:18 134:6

quicker 87:13

quickly 22:2 55:1

quiet 43:22

quo 105:18

quote 56:10

quotes 19:22

___

R

Race 48:24 54:24

racism 53:13

radius 13:19 45:11 47:25 76:18

raise 7:13

raised 58:12 71:20 73:22 76:14 119:13

raising 121:5

Ralph 104:7,9 108:6,7 111:11 116:18 117:5, 19

ramifications 120:16

range 20:5,13, 25 21:5 42:11 91:24

rate 7:17

rated 17:21 65:1 68:12

rational 73:5

Raymond 48:20 49:10,13

reach 7:19

read 93:1

readily 55:16 64:5

reading 17:11 89:7

ready 40:21

real 38:8 61:25 64:3 72:19 75:18 76:21 106:6 107:9 115:8 116:22 127:23

realize 86:16 108:1

reason 6:7



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

30:2 71:21
124:6,9 125:8

**reasonable**
49:8 73:5 78:21
89:19

**reasoning**
47:9

**reasons** 26:4
42:24 79:25
89:22 91:12
96:3

**reassurance**
76:15

**Rebirth** 92:20

**rebuild** 5:16
6:1,8 9:5 11:23
15:15 18:3
19:15,16,25
20:5 21:8 23:5
25:13 29:3
49:20 73:2 83:2
97:2 112:4
125:11,12

**rebuilding**
10:19 13:5 14:1
26:7,15 78:23
107:1

**rebuilds** 14:24

**rebuilt** 27:7
66:1 83:10
88:25 110:25
113:20 125:11
126:17

**rec** 120:6

**recall** 56:5

**receive** 25:25
120:19 133:25
134:1

**receives** 56:18

**receiving**
95:15 120:23,
25

**recent** 7:9 61:8

**recently** 29:11,
18,22 34:14
36:15,16 55:6
106:9,18

**Reception**
13:11,21 77:25
79:6 94:4
101:15

**recidivism**
15:24 52:12
93:6,9 113:10

**reckless** 89:12

**reclassificatio
n** 98:21

**reclassified**
119:21,22

**reclassify**
10:24

**recognize** 5:17
31:7 54:2,3,4
64:23

**recognizing**
61:10

**recommend**
61:23 91:11
93:17 96:5

**recommendati
on** 28:15 29:1
90:2

**reconstructio
n** 49:25 52:13

**record** 8:10
40:18,24 78:5
85:14 89:11
92:23

**recording**
92:2,19 135:5

**records** 119:2

**recreational**
21:1,3

**recruit** 32:14

**recruitment**
14:22,25

**redevelopmen
t** 96:22

**redone** 29:15

**reduce** 15:24
93:5

**reduced** 93:9

**reducing**
50:18 52:11

**reduction** 46:7

**reenter** 14:21
52:5

**reentry** 10:1,9
15:23 26:9
65:20 91:22
92:4

**reference**
86:7,8

**referenced**
104:21 132:15

**reform** 57:23

**regard** 4:14

**region** 26:10
47:2 77:21
102:19

**regulations**
60:1

**rehab** 8:8

**rehabilitate**
37:9

**rehabilitated**
105:22

**rehabilitation**
6:4 10:1,10
15:10,23 20:22
41:18 48:8
50:21 52:7
60:17 92:4 93:4

**rehabilitative**
6:14 9:16 10:4
66:7

**reinforcing**
52:22

**reintegration**
10:6 52:10

**reiterate** 10:23

**reject** 90:1

**related** 15:8
111:23

**relates** 8:10
17:3,8 18:11

26:1 43:2

**relations**
40:17

**release** 10:13
57:5 106:18
107:19

**released** 56:20
92:14 106:9

**releasing**
88:15

**religious** 92:1

**relocate** 14:15
61:15

**relocated** 9:8
25:19

**relocating**
50:15 68:19
128:11

**relocation**
15:12 49:21
52:15 76:22

**rely** 54:5 85:15
86:13 94:13,16,
20

**relying** 53:10

**remain** 13:12
32:3 62:13
72:22 132:12

**remainder**
13:13

**remedy** 9:10

**remind** 57:10
104:22

**remove** 28:18
98:8

**rents** 120:13

**reopen** 25:2
29:3

**reopening**
42:17

**rep** 87:10

**repair** 6:2

**repaired** 6:20

**repairs** 6:20
8:2,6,7,20 9:10
50:6 86:11

**repeatedly**
11:5

**replace** 85:25

**report** 7:25
9:11 28:4 42:24
64:21 65:11
74:21 84:1
86:8,10,14,16

**reports** 28:1,
14,15,17,25
89:16

**represent** 40:6
61:25 89:3

**representative**
3:16,20,21,23,
24,25 16:19
27:1 40:2,5
42:7 49:2 60:24
61:3

**represents**
52:15 70:17

**reputation**
52:23

**requested**
4:23

**require** 7:2
8:22 9:7 15:15
95:3

**required** 8:12
13:6

**requirement**
32:9

**requires** 7:11

**requiring** 6:19

**rescheduled**
120:11

**research**
19:12 88:6

**residents**
51:12 88:13
133:12

**resilient** 52:24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

resolve 9:14

resource
50:20 116:10

resources
65:9 66:11
78:11 102:14
116:10

respect 37:25
89:25 98:2
108:19 109:14
115:11 116:22

respectful
118:13

Respectfully
29:8

response
57:17 71:13,14,
16 88:11

responsibility
44:15

responsible
8:18

rest 90:13
116:25 119:24
121:12

restaff 36:13

restaurants
124:18

restorative
33:21 35:8
111:14 114:3

restoring 56:9,
12

result 28:16,25
50:5 97:11

retain 75:3

retention 78:5

retired 91:19
108:8 129:9

retiree 127:22

retrofit 19:16

return 72:19

reunification
21:2

revamped
83:10

revealed 6:17
114:5

review 72:17

revocations
111:21

Rick 118:2,17,
21

rides 115:7

rife 72:18

rights 25:1
28:11 53:17
59:12

rising 7:21

risk 59:23
60:13 89:15
121:1

risks 6:7,21 7:8
14:10 50:5

River 34:21
65:15 115:3

Rivers 104:7
111:13,16
114:14,19,24

road 24:24

roadmap
64:22

roads 79:1

robust 55:13
94:18 112:6

role 77:22

roles 78:4

roll 3:14 16:12
27:1

roof 82:25

room 27:9 38:1
40:5,9 85:12
95:25 105:6
108:14 120:6

rooms 79:8

rotating 36:21

roughly 17:9

round 24:5
34:6 74:12

Rubio 49:2
60:24 61:1

ruin 117:15

run 36:14 40:25
41:1 130:25
131:1,10

rushed 71:18

———————

**S**

———————

sacrifice 54:3

safe 10:2 14:19
15:21,24 37:24
60:10 67:14
78:20 89:1

safely 95:22

safer 50:11

safety 6:9,12,
21 7:4,10,14
8:24 9:17 10:6
14:6 49:18 50:5
52:17 53:20
60:18 61:10
79:11,25 80:19,
25 95:22
113:14 120:25
121:2,5

sake 80:24

satellite 78:25
79:19 94:5
102:18

Scandinavian
37:14

scary 45:13

schedule
36:21

scheduled
81:19

school 92:11,
24

schools 35:12

scope 32:13

seat 80:11

seats 121:24

secondary
90:20

seconds 51:25

Section 56:6

secure 15:21
79:8

security 6:9
8:24 9:25 10:24
11:2,3 13:3,13
20:14 31:4
45:16 47:18,23
50:8 69:8
75:23,24 76:5,
19 78:1 79:14,
24 80:19,25
83:21 94:24
99:15 110:21
119:4,19 121:3,
5,10 131:23

seek 9:6 56:23

Seminary
90:18

Senator 3:12,
15,18,21,24
4:1,7,13 16:5
19:11 20:8
22:19 25:22
26:25 27:2 29:7
35:20 38:21
39:1,12,23 47:6
48:14 58:12
59:4 63:12
67:24 80:3 82:3
96:18 97:17
113:12 114:13
117:2 118:14
131:16 132:7
134:13

send 4:11
77:10 103:4
120:14 121:10

sense 27:19
30:11 67:4,7
117:9 131:12

sentiment
65:6

September
22:3 27:12

seats 121:24

secondary
90:20

30:13 61:21,23
70:23 75:25
80:12 82:1 89:9
92:10,18
103:15,16
114:15 115:16
119:17 120:21
121:7 128:5

sergeant
129:9

sergeants
45:24

seriousness
56:8

serve 52:21
89:10

served 62:21
108:10

serves 9:25
59:13 77:22
78:23 79:13
119:14

service 10:17
11:6 91:17

services 11:18
12:16 35:11,22
36:3 50:17,24
92:1,6 94:19
95:3 108:23
114:16

set 64:8 69:10

settings 67:3

settlement
81:16,18

severe 50:3
59:23

shape 65:15
111:4

share 55:16
69:12 92:8 93:3

shared 7:10

shed 27:17

Sheridan
12:24 13:24
30:9 34:13,24
35:16 74:9
99:25 101:20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

115:2,13 119:1,
2,13,18 120:2,
4,6,12,18,19
121:10 125:3
128:3,14
131:18 132:3,
19,20 133:13

**Sherman**
132:18

**shift** 112:12,13,
15

**shifts** 84:14

**Shorewood**
40:8

**short** 91:2

**shortages**
105:16

**shovel's** 72:2

**show** 71:10
75:4 94:1

**shower** 60:16

**shown** 93:25

**shut** 29:19
30:12 36:20
83:4 86:24
131:8

**shutdowns**
36:17

**sic** 34:25 35:12
78:8 85:20
111:14

**side** 73:25
84:10

**sides** 41:16,25
107:22 133:20

**sight** 27:21,25
37:16

**sign** 130:12

**significant**
5:17 6:21 7:3
14:10 28:6 51:3
60:12 88:8
104:21 120:3

**significantly**
8:6 21:21,22,23
94:9

**signs** 71:10

**similar** 19:15

**simple** 72:12

**simply** 65:3
68:23 71:12

**Simpson**
118:4

**Sims** 3:24
26:25 96:19

**simultaneously** 14:20

**single** 50:22

**sir** 16:6 21:19
127:18 134:13

**sit** 130:7

**site** 50:16,22
97:16

**sitting** 105:24
110:12

**situation** 64:16
79:20 82:8
98:11 110:3

**size** 18:25

**skeptical**
76:15

**skill** 65:20
92:13

**skills** 75:2
92:5,23

**slated** 12:23
30:10

**sleep** 84:16,18

**slowed** 71:19

**small** 114:24

**smaller** 66:9,
16 67:2,19
130:11

**smart** 36:1

**smarter** 37:7

**smartly** 66:12

**smokestack**
7:9,12

**sneezes**
101:10

**so-called**
74:21

**social** 53:11

**society** 14:21
51:1 52:5 56:23
116:8

**solely** 31:23
121:14

**solicitations**
21:15

**solidarity** 94:1

**Soliman** 48:20
49:10,12,13
51:15,18,22,24
52:1 62:20,25

**solution** 56:25

**solutions**
12:15 56:23
79:22

**solve** 53:11
54:12

**sooner** 22:7

**sores** 60:15

**sort** 69:25
101:12

**Sosnowski**
4:1

**Soto** 104:6
106:3,5,8,9

**sound** 71:19
74:6 92:20

**sounded** 44:2,
21,24

**sounds** 20:18
22:24 45:13
72:1 85:14
110:1,2

**source** 54:6

**south** 73:25
84:10

**Southern**
35:23 69:18

**Southwest**
65:15

**space** 9:19
79:11 104:14

**spaces** 20:23
66:6,9

**speak** 53:3
67:3 74:16
81:14 86:7 88:8
90:11 111:17
116:14 119:8
120:15 122:9,
19 130:13,20
131:3

**SPEAKER**
3:15,18,20,23,
25 24:2,25
27:20,23,24
31:12 41:4 45:1
46:5 47:21
87:8,18,24 88:1
101:8 106:6
118:24 121:18
127:1,8,12,16

**speaking** 70:3
117:18 120:19

**specialized**
11:18 31:8 32:1
33:19

**specialty**
31:21,25

**specific** 71:13

**specifically**
12:21 20:23
75:22 95:13

**spectrum** 8:3

**spent** 29:21
81:15 91:18
106:12 117:21

**spite** 55:12

**spoke** 39:24
129:7 134:8

**spot** 44:12
62:19

**Springfield**
43:23

**St** 113:24

**stabilize** 29:12

**stable** 99:22

**staff** 5:18 6:21
7:13 8:25 9:18,
21 10:3 11:20,
24 13:2,13,14
14:25 15:22
16:11 26:20
31:4,5,17 33:25
35:24 36:14,24
37:16,17,19,22,
23 50:11 62:5
72:25 75:19,24
76:2,3,4,6,14
78:17 80:23,24
81:1,3 84:13
91:1 94:3,14,20
95:7 98:1,3,6
101:16 102:15,
22 103:20
107:22 110:20
113:2,3,21
117:8 119:7
120:25 121:4
130:19,24
131:23 132:3
133:8

**staffed** 66:10
131:19

**staffing** 13:16
24:22 30:24
32:7,8 36:23
95:21 112:10
114:25 115:12
120:10,19,22

**stairs** 60:7

**stakeholder**
15:5 48:4 62:4

**stakeholders**
5:23 15:2,3
18:9 48:3

**Stampley**
121:22 128:20,
24 129:1,4,6
134:7

**stand** 77:18
83:1

**standard** 98:4

**standards**
50:13

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**standing** 31:19
67:14 105:18

**standpoint**
18:14

**stark** 59:25

**start** 5:6 16:4
17:17 23:13
31:21 40:21
83:11 88:3,11
98:22 104:11
118:17

**started** 3:5 5:4
16:12 55:6
73:15 111:19
122:25 127:25
129:8 130:18

**starting** 22:16
24:22

**state** 5:3 9:22,
23 11:25 12:12
15:6 19:13
24:17 29:21
40:22 41:19
44:15 45:7
46:11,23,24
48:7 49:3 50:6
54:12 61:2,4
63:16 64:25
65:10,19 66:8
69:13,16,17
73:16 77:15
82:22 88:14
90:6,13 91:17,
23 93:23 97:12
98:14 100:19
104:10 110:8
116:25 117:19
118:22 121:12
122:22 123:6
124:1 125:18
127:18 128:18

**state's** 59:13

**state-of-art**
30:22

**state-of-the-
art** 50:22 89:2

**stated** 23:22
45:7,15 46:18
72:9 74:4 82:4
97:1

**statement**
47:11 49:4 61:2
74:3 133:24

**states** 15:7
61:3

**Stateville** 5:16,
19 6:2,3,10,17,
22 7:13,19 8:4,
13,17 9:4,5,16,
23 10:7,20
12:6,19,21
13:1,4 14:12
16:25 17:4,8,
22,25 18:24
19:25 20:1,6
21:11 22:9,16
23:23 24:6,22
25:1,13,19,22,
24 26:2,4,7,14,
16 27:7 28:2,
10,12,19 30:12
32:15 34:11,16,
19 35:6 36:13,
16 37:10 38:22
39:16,18 40:10
41:14 43:5,20,
22 49:19,22,25
50:2,16 52:14
55:7,22,24
59:20 61:13,17
63:2 64:1,2
66:1 70:10,20,
21 71:3,23
72:7,10,25
73:9,11,13,18,
21 74:1,5,8,23
75:9,14,18
76:14,18,23,24
77:1,7,9,19,21,
24 78:3,7,12,
22,23 79:5,7,
11,12,16,18,25
81:11 82:16
83:4,7 84:2
85:11,15,25
88:14,25 89:9
90:2,9,15,21
91:2,18,21
92:10 93:5,18
94:5,8,10,14,
16,25 95:4,6,9,
12,14,18 96:5
97:21 100:21
101:9,11
102:13,17,19,

20 103:1,8
104:17 106:10,
12,22 107:1
108:9,10,16,17,
20,23 109:2,5
110:17,25
111:6,9,18,24
112:3,22 113:5,
6,19 114:5,15
115:16 116:11,
19 118:3 119:6,
19,23,24
120:17 121:7,
12,13 122:20
123:1,4,6,11,13
124:15 125:6
126:2,13,14,16
127:3,5,25
128:2,11,13
129:10 132:17
133:12

**Stateville's**
13:11 45:18
73:15 89:17
92:11,19 93:11
94:20,22 95:1
96:1

**statewide**
40:23 41:6
121:6

**stating** 76:12

**stations**
124:18

**status** 105:18

**statute** 40:23
59:14

**stay** 68:14
115:25

**staying** 111:9
135:1

**stays** 22:3

**steep** 60:7

**step** 6:12 126:1

**steps** 13:6
56:14,17

**stick** 134:8

**sticking**
117:25

**stocked** 113:1

**stole** 108:15

**Stoller** 4:1

**stood** 65:20

**stop** 53:10
54:20 60:21

**straight** 130:1

**strategic** 10:6
52:18

**streamline**
50:19

**stress** 76:8

**strong** 122:19
123:4

**strongly**
70:18,20 91:10
129:13

**structural**
6:15,18 8:1,2,5
9:13 14:10
15:20 23:4
28:14 50:3

**structure** 9:15
59:22

**structures**
6:25 21:10,12
65:23

**struggle** 38:7
120:3

**stuck** 16:22
60:9

**student** 55:9

**students** 12:8,
9,10,11,13,17
34:11 35:14
55:19,24,25
56:20 57:2
58:15 99:23
113:23 114:18
115:6

**studies** 92:2

**studio** 92:2,19,
21 93:2

**study** 6:15
48:24 54:24

**stuff** 101:10

**Subchapter**
127:21

**subject** 20:1
107:20 133:6

**subjects** 16:24

**submit** 125:25

**submitted**
70:22 72:17
88:12 89:7

**substance**
92:5 120:8

**substantial**
51:5

**success** 5:24

**successful**
10:1,9 52:10
75:4 128:7

**successfully**
14:21 65:19

**sudden** 84:6
86:23

**suffer** 125:5

**suffered** 108:2

**suffers** 50:3

**suffice** 55:9
122:18

**sufficient**
76:11,20 112:9,
20,22

**suggest**
129:13

**suggested**
31:2

**suggestions**
30:18

**suitable** 10:2

**supervisor**
119:3

**supplant**
112:25

**supplement**
113:1

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

supply 85:2

support 10:3,
12 21:1 54:13
70:20 88:25
89:16 94:23
96:22 111:9
115:12 130:7

supporting
10:18

supportive
113:21

supposed
96:2 105:16
109:19

suppression
8:13

surprised
119:10

surrounding
47:22 68:15

surveillance
20:15

survey 9:13

Susan 104:6,9,
11,13 113:22
115:14

suspect 88:16
100:20

switch 95:23

system 8:7,11,
16 10:12 25:18
44:18 53:11,12
54:7 59:14,15
64:24 65:1,8,18
66:15 71:4 89:4
90:14 104:25
106:21

system-wide
119:6

systematic
15:15,17

systems 8:13
20:15 53:8
67:17 71:10

Syverson 4:1

---

## T

table 24:5 34:7
40:15 42:3 48:5
54:11 80:11

tablets 36:5

takers 114:11

takes 75:5
132:13

taking 11:9
58:21 73:16
96:17 104:24
128:12,16
135:1

talk 19:8 69:22
84:1,8,19 87:1
107:15 110:23
116:15 117:9
127:13

talked 27:11
30:7 34:23
47:18 48:3
67:15 71:25
80:6 107:12

talking 31:22
42:15,16,19
57:11 59:7
60:17,18 61:19
85:1,13 126:13
127:2,3

targeted 22:4

TASC 101:19

taught 92:24

Taylorville
17:11

teach 56:4

teaching 55:3,
6,13,20,23
111:21

team 48:17
94:23

teams 79:1

technical 10:5
26:11 91:24
92:23

technological
112:24

technology
15:19 35:25
37:17

television 36:1

temporarily
14:8

temporary
13:4 74:22

ten 12:9,11
55:4 100:8
131:24

tenant 20:21

tenants 32:3

tended 119:25

term 45:12,13
51:7 101:6

terms 83:23
84:21

terrified 105:8

testimony
49:15 63:14
72:24 80:5
89:8,10,16
131:17

testing 27:3
78:6,7

thanked 78:18

Theological
90:18

theory 92:25

therapy 94:18

thing 25:11
86:24 101:3,18
108:13 109:5,
22 117:11
132:23

thing's 42:20

things 21:2
24:7 35:12
39:10 41:18
43:2 53:24 65:4
69:9,25 80:10
81:6,8 82:15

85:11,15 86:10
94:19 97:25
98:7 101:12
112:16 129:11
130:9,14,16
132:9

thinking 42:22
43:11,15,17,18,
24 44:3 52:23
62:22 65:8 84:9

thought 74:23
78:10 86:22
87:13 109:7
111:4 122:2,17
123:23 132:16

thoughts 4:17
121:16

thousand 45:8

thousands
97:8 105:24

threat 61:25

threatened
75:20

three-and-a-
half 115:4

thrive 54:15

thriving 55:13

throw 57:21
108:14

thrown 19:25

thunder
108:15

Thursday
16:16 20:1
118:11 133:10
135:3

Tier 38:7 39:3

tighter 97:1

time 9:19 16:1
21:14 23:3
32:5,23 36:14,
19 39:8 41:5
49:9 53:10
54:22 56:18
61:12 63:1
74:14 78:11
81:15 83:7,9

88:19 90:25
91:12 96:17
99:4,5 100:10
101:24 103:2
105:14 106:12
107:11 113:16
114:1,3,6 120:6

timeframe
22:10,12 40:25

timeline 4:4,9
27:10 30:2,20
71:18 97:1
105:20

timer 49:6

times 71:13
90:25 95:20

today 5:11,24
10:22 16:20
28:3 33:22
36:9,14,24
38:18 40:20
42:17 63:17
75:12 81:11
82:21 83:6
89:10 94:1
110:2,12 111:1,
12 117:5

told 71:25
123:2

toll 74:13

tonight 3:6,13
16:22 39:7 48:2
49:16 73:12
104:4 118:1,8
133:9 134:23

tools 14:21

top 82:25

topic 118:1

total 6:24 7:18
12:11 13:2 17:1
21:5 120:13

totaling 8:6

totally 78:15
83:8

tough 46:25
51:19

tougher 98:24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**tour** 86:6,9
99:11 111:1,12

**toured** 34:13,
15 116:2

**tow** 17:19

**towing** 17:17

**toxic** 106:14

**tradition**
110:21

**traffic** 74:2
128:15

**trailers** 83:10

**trained** 11:25

**training** 26:12
51:11 78:5 93:4

**transfer** 12:21
13:8 24:12
31:3,11 39:20
94:15 120:15

**transferred**
12:3 24:19
63:17 82:19
95:16 100:4,20,
24 105:13
119:18,25
120:17 123:1
132:17 133:13

**transferring**
11:13

**transfers**
24:20 30:11
119:15

**transformatio
n** 116:8

**transformatio
nal** 55:18
113:18

**transformative**
113:25 114:2

**transformed**
55:17

**transforming**
9:24 10:7

**transgender**
126:8

**transit** 79:1

**transition**
23:21 58:8,16
62:5 63:21 64:4
78:3 80:10
81:12 82:15
112:18 120:3

**transitional**
68:18,23 78:2

**transitions**
56:16

**transmission**
129:20,22
131:10

**transparency**
53:9 62:4

**transparent**
72:20 77:5

**transport**
95:20,22
102:22

**travel** 63:25
64:1 125:7

**travesty**
117:23

**treated** 89:25
108:25

**treating** 131:14

**treatment**
13:21 30:22
31:23 32:11
34:3 38:24
50:13 53:8
59:17,19 74:7
101:21

**tremendous**
76:8 92:17

**triage** 94:12

**trigger** 40:23
41:6

**trip** 74:13

**triple** 18:25
25:10 40:20

**TRO** 28:21

**truck** 17:20

**true** 6:24 14:12
25:5

**trust** 123:14

**trusting**
105:11

**turn** 19:7

**two-** 49:6

**type** 3:7 18:13
33:23 83:21
84:25 98:18
112:6 116:25

**types** 84:25
97:23

———————

**U**

**Uh-huh** 19:6

**UIC** 95:13

**ulterior** 44:3

**ultimately**
50:24 52:10

**unable** 60:8

**unacceptable**
71:17 77:12

**unanswered**
89:23

**unaware** 67:2

**uncertain**
105:9

**under-staffing**
84:12

**underestimate
s** 8:3

**underscores**
7:21

**understaffed**
54:1

**understand**
16:19 21:24
22:20 23:9 24:9
33:1 39:4 46:13
57:22 59:6
60:23 66:19,22
79:22 86:9
103:24 107:2

110:24 129:23

**understanding**
5:2 29:16 49:9
55:20 81:17
101:4 131:22

**understands**
133:11

**understated**
61:13

**understood**
38:4 39:1
132:15

**undertaken**
19:15 62:7

**undoubtedly**
9:6 93:14

**unemploymen
t** 46:10

**unfair** 11:18

**unfolds** 58:9
62:15

**unfortunate**
16:21

**unfounded**
11:18 14:3

**UNIDENTIFIE
D** 3:15,18,20,
23,25 24:2,25
27:20,23,24
31:12 41:4 45:1
46:5 47:21
87:8,18,24 88:1
101:8 106:6
118:24 121:18
127:1,8,12,16

**uninformative**
128:8

**union** 41:25
97:5 108:11
109:4,7

**unions** 97:8,
10,14

**unique** 49:22
109:5 115:10

**unit** 6:16 60:9
78:1 79:13,14
94:3,12,24

101:3,5 102:3

**units** 19:18
20:11 32:24
33:8 60:14
82:23

**universities**
90:17

**University**
31:20 35:21
48:25 54:25
55:24

**unlike** 84:17
125:17

**unnecessary**
107:11

**unparalleled**
90:13

**unpopular**
65:6

**unsafe** 60:5

**untransparent**
128:9

**upfront** 43:21

**upgrade** 50:12

**upgrades** 8:8,
12

**uphold** 63:16

**upper** 60:6

**upwards** 29:9

**urge** 75:8
77:10 90:1
93:17 128:15
129:14

**urgency** 7:22

**urgent** 5:25 8:3
14:9 79:13
86:24

**usage** 7:3
37:16

**utility** 7:3,6

**utilize** 26:3
30:25 31:8
33:22 35:11
57:4



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

utilized 18:6
65:22 82:15
83:2

utilizes 13:8

utilizing 9:23
31:2,14

UUW 34:25

_____

**V**

vacancies
13:24,25 24:13,
16 45:6,8 46:8,
14 47:21,24
75:22 76:17,18
83:20,23 84:2,
5,7

vacant 74:5

valued 77:10

vans 115:7
120:14

variety 18:9
90:19 92:3

vast 72:21
91:20

vehicle 120:10
129:19,22
131:10

vehicles 17:17

vendor 8:1

vendors 10:17

Ventura 4:7
27:2,3 29:5,7,
11,15 30:1
32:20 33:1,4,7,
14,17 34:18
35:4,20 36:7,12
37:25 38:6,21
39:12,14,23
58:12 63:12,13
80:3,4 81:4
82:3,14 83:3,
12,15 96:18
97:17,18 98:12
99:7,9 114:13,
14,22 115:14,
22 116:17
131:16,17

132:2,6

Ventura's
113:12

versus 98:6

viable 71:5
89:10

vigilant 62:13

Vincent 113:24

violate 9:4
53:18

violation 28:11

violations
59:25

violator 102:2

violence 56:24
113:9

virtual 35:25
77:8

visible 7:23

vision 47:5
102:15

visit 93:15

Visitation 93:7

visitations
79:9

visitors 124:22
125:2

visits 79:6
125:6

vital 78:12
91:22

vocational
91:21

voice 40:4
104:17,21
107:12

voices 104:15
105:1,25

voicing 88:19

Vollen- 48:21

Vollen-katz
53:1,2 64:11,20
66:2,4,19,22,25

68:7 69:2,4
70:6 106:19

voluntary 12:8
40:22

volunteer
91:25

volunteers
90:25 100:11

vote 75:8 77:10
96:4 121:9,16
130:6

vulnerabilities
60:13,19

_____

**W**

wages 38:2,4

wait 17:10 64:7
130:24

wait-lists
100:19,22

waiting 17:15
92:17 100:25
105:23 122:3

walk 87:8

walked 130:23

walking 82:24

wall 126:18
127:7

walls 72:11

wanted 43:9
126:1

Wardell 121:22

wash 60:16

Washington
70:14 77:16,17
85:2,5,8,19,24

waste 60:14

watched
130:14

water 6:19
67:17 106:14,
22 107:7 108:2

ways 79:6

week 91:19

weekends
112:15

weeks 16:12
43:23 105:14

weighing 73:1

welcoming
48:6

wellbeing 14:6
53:20 61:9 62:1

wheelchairs
60:15

whichever
112:4

who've 113:5

wholly 71:16
120:8

wide 12:1

Williams
31:12,13 32:22
33:3,6,8,15
34:5,21 35:18
36:10 37:5 38:4
39:1 42:21
44:8,10

wings 31:19
33:13

withstand
95:20

woke 73:20

women 31:18
67:8 68:1,5,11,
13,15,20 69:15,
18 76:25
126:15,19

women's
68:20

wondering
20:6 126:25

Wood 81:21

word 24:10

words 44:23

work 3:8 6:10

11:19 14:19
23:7,13,16
27:14 29:12
32:10,17 33:25
34:20 35:16,17
37:23 38:15
39:18 43:14
53:20 61:17
73:25 74:21,22
76:9 78:15,18
79:23 81:1
83:21 84:13
90:9,17 95:7,24
97:14 106:18
108:20 110:20
116:3 118:15
119:1 123:8
124:21

worked 41:12
97:10 109:11
128:1 130:16

workers 61:12
62:1,10 75:2
81:5

workforce
14:3,7,13,17
61:10 77:2
109:10

working 8:14
23:15 36:10
46:11 73:9,17
83:11 84:15
97:8 109:9
122:25

workplace
10:2

world 54:4
74:20

worried
110:15,16,17

worries 73:22
109:21

worry 63:20
64:3

worse 53:12
111:4 121:11

worst 128:8

wound 102:1



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**wounds** 60:16

**wow** 60:20

**written** 53:23
88:12 89:16

**wrong** 44:5
75:21 101:5
104:6

**wrongfully**
106:10

**wrote** 55:9
109:8

**wrought** 121:7

---

**Y**

---

**yard** 36:19
105:14

**year** 7:16,20
22:25 23:11
29:5 30:13
44:10 59:24
65:14 91:7
122:25 123:2
130:18

**years** 24:23,24
38:20 42:19
55:4,13 62:25
71:23,25 72:1,
14,16 73:10
74:24 75:15
86:8,16,18,23
91:17,18 93:2
98:2,19 106:11
107:13,14
108:9,12,21,22
110:3,9,10,11
113:25 119:3,
20 122:22
123:4 125:23
132:9

**years'** 88:19

**yesterday**
34:8,9

**York** 37:13

**you-** 80:17

**you-all** 3:7
27:5 38:12
63:14 70:2 80:4

86:2 87:4 104:1
108:4 111:16
121:23 125:10
129:25 130:7,8
131:17 135:3

**Young** 118:5
125:14,16,19,
20,22 127:6,15

---

**Z**

---

**Zematis** 87:6
90:5,8,9 91:14
97:24 98:18
99:8,16,18,21
100:7 104:3
112:1

**zone** 68:22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com