# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lester Dobbey

                              Plaintiff,

v.                                                       Case No.: 1:13−cv−01068
                                                          Honorable Andrea R. Wood

Michael Studer, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 9, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Before the Court is Plaintiffs' motion for entry of unopposed preliminary injunction order [384]. Having considered Plaintiffs' motion for entry of unopposed preliminary injunction order [384], as well as Plaintiffs' motion for preliminary injunction [372] and supporting materials [373], [376], Plaintiffs' motion for entry of unopposed preliminary injunction order [384] is granted. Enter Preliminary Injunction Order. The parties have agreed that no security need be given. The preliminary injunction shall expire 90 days after its entry unless the Court enters a final order before then consistent with 18 U.S.C. § 3626(a)(2). In Court status hearing set for 8/12/2024 [383] is stricken. Telephonic settlement conference set for 8/26/2024 [370] remains firm. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.