IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lester Dobbey, Abdul Malik Muhammad, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Truitt, *et al.*, <br><br> Defendants. | Case No. 13-cv-1068 <br><br> Hon. Andrea R. Wood |

### STATUS REPORT

Pursuant to the Court's preliminary injunction order, ECF 386 at 3 ¶ 3, Defendants submit this status report providing the following information as of September 16, 2024:

(a) 276 class members have been transferred from Stateville Correctional Center to other Department facilities; and

(b) 118 class members remain in Stateville's general housing units.

Dated: September 16, 2024

R. Douglas Rees
Isaac Freilich Jones
R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
richard.rees@ilag.gov
isaac.freilichjones@ilag.gov
robert.weaver@ilag.gov
(773) 590-6838

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Defendants William Weilding *et al.*

By: */s/ R. Henry Weaver*
 Assistant Attorney General