IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lester Dobbey, Abdul Malik Muhammad, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> Charles Truitt, *et al.*, <br><br>    Defendants. | Case No. 13-cv-1068 <br><br> Hon. Andrea R. Wood |

## STATUS REPORT

Defendants submit this status report providing the following information as of September 24, 2024:

(a) Over 390 class members have been transferred from Stateville Correctional Center to other Department facilities;

(b) 4 class members remain to be transferred from Stateville this week; and

(c) The Department expects that 24 individuals will remain in the Stateville Healthcare Unit for medical care.

Dated: September 24, 2024

R. Douglas Rees
Isaac Freilich Jones
R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
richard.rees@ilag.gov
isaac.freilichjones@ilag.gov
robert.weaver@ilag.gov
(773) 590-6838

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Defendants William Weilding *et al.*

By:   /s/ *R. Henry Weaver*
    Assistant Attorney General