IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LESTER DOBBEY & <br> ABDUL MALIK-MUHAMMAD, <br><br> Plaintiffs, <br><br> v. <br><br> LATOYA HUGHES and <br> CHARLES TRUITT; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 13 C 1068 <br> ) <br> ) <br> ) Judge Andrea R. Wood <br> ) <br> ) |

**PLAINTIFFS' UNOPPOSED AMENDED MOTION
FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs, by and through their counsel, move this Court for leave to file their Third Amended Complaint, a copy of which is attached as Exhibit A. Plaintiffs' motion is unopposed. In support of their motion, Plaintiffs state as follows:

**BACKGROUND FACTS**

1. On December 1, 2014, Plaintiff filed a motion seeking leave to file their Third Amended Complaint. Dkt. 89. In their proposed Third Amended Complaint, Plaintiffs sought leave to add the Director of the Illinois Department of Corrections ("IDOC") as a named Defendant in his official capacity. Dkt. 89-1 at ¶ 5.

2. The Parties shortly thereafter entered into mediation discussions. Accordingly, the Cout struck the motion without prejudice and granted Plaintiffs leave to file at a later date, if necessary. Dkt. 116.

1

3. On July 31, 2024, Plaintiffs filed a motion for a preliminary injunction and supporting memorandum of law seeking the Court to set a date certain by which Class Members would be transferred out of Stateville Correctional Center ("Stateville"). Dkt. 372.

4. On August 9, 2024, the Court granted Plaintiffs' unopposed motion for entry of preliminary injunction that ordered all Class Members residing in general housing units to be transferred out of Stateville by September 30, 2024. Dkt. 385.

5. At the September 11, 2024, hearing on American Federation of State, County, and Municipal Employees ("AFSCME"), Council 31's motion to intervene, the Court raised the issue if all the proper Defendants were named in the operative complaint to effectuate the relief ordered.

6. Because both the Warden of Stateville and the Director (or Acting Director) of IDOC are in the proper positions within IDOC to oversee and manage transfers from Stateville to other facilities, the Plaintiffs seek to file a Third Amended Complaint to add the Acting Director of IDOC, Ms. Latoya Hughes.

7. In addition, the Plaintiffs seek to update their pleading to formally add the named Plaintiff Abdul Malik Muhammad.

**ARGUMENT**

8. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court should "freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). "[T]his mandate is to be heeded." *Foman v. Davis*. 371 U.S. 178, 182 (1962). Here, the Court should grant leave to amend so that the complaint can reflect the current facts and defendants involved in the case. The proposed third amended complaint will list the current facility warden and Acting Director of the Illinois Department of Corrections.

9. None of the reasons for denying leave exist here. *Id.* (listing bad faith, dilatory motive, "repeated failure to cure deficiencies by amendments previously allowed," undue prejudice to the opposing party, undue delay, and futility). Plaintiffs have no bad faith or bad motives; they merely want to conform the pleading to the current facts and parties and to reflect the relief that has been obtained in transferring Class Members from Stateville in light of the preliminary injunction order entered on August 9, 2024. Amendment is far from futile. *Gandhi v. Sitara Capital Mgmt., LLC,* 721 F.3d 865, 869 (7th Cir. 2013); *Budd v. Motley*, 711 F.3d 840, 843 (7th Cir. 2013). It is likely that the proposed complaint would survive a motion to dismiss.

10. Defendants do not oppose Plaintiffs' motion.

## CONCLUSION

For the foregoing reasons, the Plaintiffs respectfully seek an order from the Court granting them leave to file the third amended complaint.

    Respectfully submitted,

    /s/ Heather Lewis Donnell
    Heather Lewis Donnell
    *One of Plaintiffs' Attorneys*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Heather Lewis Donnell
Maria Makar
LOEVY & LOEVY
311 North Aberdeen Street, Suite 300
Chicago, Illinois 60607
(312) 243-5900