IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lester Dobbey, Abdul Malik Muhammad, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>Charles Truitt, *et al.*,<br><br>        Defendants. | Case No. 13-cv-1068<br><br>Hon. Andrea R. Wood |

## STATUS REPORT

Pursuant to the Court's preliminary injunction order, ECF 386 at 3 ¶ 3, Defendants submit this status report providing the following information as of September 30, 2024:

(a) 397 class members have been transferred from Stateville Correctional Center to other Department facilities; and

(b) No class members remain in Stateville's general housing units.


Dated: September 30, 2024

R. Douglas Rees
Isaac Freilich Jones
R. Henry Weaver
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
richard.rees@ilag.gov
isaac.freilichjones@ilag.gov
robert.weaver@ilag.gov
(773) 590-6838

KWAME RAOUL,
Attorney General of Illinois, on behalf of
Defendants William Weilding *et al.*

By:   /s/ *R. Henry Weaver*
       Assistant Attorney General