IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESTER DOBBEY, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NO. 13-CV-01068 |
| ) | |
| CHARLES TRUITT, et. al., ) | Honorable District Judge, |
| Defendants. ) | Andrea R. Wood |

## 2nd MOTION FOR CLARIFICATION BY (NON-PARTY) LESTER DOBBEY

MAY IT PLEASE THE COURT:

    1. Non-Party, LESTER DOBBEY, was formly known in the above encaptioned case as the "Sole, Live-Plaintiff," from this case's inception in the year of 2013, filing his Pro Se-Complaint. (Dkt. #1).

    2. After the District Court made its Initial Review of Mr. Dobbey's Pro Se-Claims, it allowed him to proceed and serve Defendants Summons and Complaint.

    3. Later, on _____, Mr. Dobbey filed Pro Se-Motions for Class Certification, after obtaining

Affidavits, from other Stateville C.C. prisoners, who suffered the same living conditions as Mr. Dobbey. Simultaneously, Mr. Dobbey, also filed a Pro Se- Motion for Appointment of Class Counsel.

4. The District Court ultimately granted, both, Motions. The Court appointed _____, as the Class Counsel, on _____, 201_. (Dkt.# ).

5. A while later, Mr. Dobbey, hired the Law Firm Loevy & Loevy, via, a Signed- Contract/Agreement, and Attorney Sarah Grady filed before this Court her Appearance, on _____, 201_, and allowed Court Appointed Class Counsel to withdraw. (Dkt.# )(Dkt.# ).

6. Mr. Dobbey was held to live within Stateville C.C. from March 21, 2007 thru about August 21, 2019. After being transferred from Stateville, Mr. Dobbey still remained the "Sole-Live Plaintiff"/Class Representative.

7. After conflict between the Attorneys of Loevy & Loevy and Mr. Dobbey, where Mr. Dobbey expressed a breach of contract, he moved to Terminate Loevy & Loevy from representation. While Simultaneously, the Attorneys of Loevy & Loevy, moved to Remove Mr. Dobbey as Class Representative and allow Abdul Malik Muhammed to Intervene as Class Representative.

8. The Court, denied, Mr. Dobbey's Motion to Terminate Loevy & Loevy, deeming the Contract/Agreement invalid, stating that Loevy & Loevy were appointed

by the Court. The Attorneys of Loevy & Loevy in their silence, "Acquiesced to the Court's Findings of being Appointed by the Court." MR. DOBBEY became Pro Se.

9. A while later, MR. DOBBEY moved to voluntarily dismiss himself as the "Sole-Live Plaintiff" in the case. (Dkt.# ).

10. The Court granted MR. DOBBEY's Request to be Dismissed from this case Regarding his personal claims, but allowed claims to continue for the Class Members over objections made by MR. DOBBEY Pro Se.

11. MR. DOBBEY stopped Receiving Docket Entries from the Court and the Remaining parties for years. Then on October 22, 2024, after the filing of a "Proposed Third Amended Complaint," [Dkt.# 422], MR. DOBBEY Received a copy thereof, as well as, a entry docketed on December 9, 2024 captioned as "Joint Motion for Extension of Time," [Dkt.# 427].

12. Upon Reviewing the "Corrected Third Amended Complaint," filed by Loevy & Loevy [Dkt.# 429-1], it appears that MR. DOBBEY was named as one of the parties to the action without authority from MR. DOBBEY, himself. (see, Dkt.# 429-1, ¶ 1 and ¶ 4). There is no continuity between MR. DOBBEY and any class Members left in this case, as alleged in the Footnote #1, of pg. 2, of Dkt.# 429-1.

13. Without authority from MR. DOBBEY-himself, Loevy & Loevy includes allegations referencing MR.

DOBBEY's, private-person, in paragraphs #1, #4, #19, and #46 thru #49, including, MR. DOBBEY's private-person medical problems.

14. Albeit, MR. DOBBEY seeks this Court's wisdom by clarifying the position of the "private-person, MR. DOBBEY," as it relates to the stance of this case No. 13-CV-01068.

## QUESTIONS TO BE CLARIFIED

15. HAS MR. LESTER DOBBEY, been reinstated into this case No. 13-CV-01068, to establish the needed purpose of a live-plaintiff that relates back?

16. Is there any lawful authority known to this Court, in which, this Court can allow a settlement between parties, where there is "NO Live-Plaintiff" to establish a case or controversy?

17. Are Putative Class Members, who has not filed individual 42 U.S.C. § 1983 - Complaints, nor paid any filing fee to the Court, be deemed Live-Plaintiff's in this case No. 13-CV-01068, without MR. DOBBEY, himself?

18. Will this Court certify a question to the United States Court of Appeals, for the Seventh Circuit, regarding District Court's Jurisdiction, when there is no Live-Plaintiff for standing for Class Members to rely on?

Respectfully Submitted,

Dated: December 17, 2024.

/s/ [signature]

LESTER DOBBEY, #R16237
Danville Correctional Center
3820 East Main Street
Danville, IL 61834
(Pro Se - Non-Party)

## CERTIFICATE OF SERVICE

I, LESTER DOBBEY, depose on oath, and under the penalties of perjury, pursuant to U.S.C. § 1746, that I served the below COUNSELS OF RECORD the abovementioned: **2nd MOTION FOR CLARIFICATION BY (NON-PARTY) LESTER DOBBEY**, by having said document electronically filed at Danville Correctional Center's Law Library, on this 17th day of December, 2024.

## TO COUNSELS OF RECORD:

LOEVY & LOEVY, Arthur Loevy, Jonathan Loevy, Michael Kanovitz, Heather Lewis Donnell, Maria Makar, 311 North Aberdeen Street, Suite 300, Chicago, IL 60607

Illinois Attorney General, Kwame Raoul, R. Douglas Rees, 115 South LaSalle Street, Chicago, IL 60603.

Dated: 12-17-2024

/s/ [signature]
LESTER DOBBEY, Pro Se.