# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Lester Dobbey, et al.

                          Plaintiff,

v.                                                     Case No.: 1:13–cv–01068

                                                                 Honorable Andrea R. Wood

DeAngelo Jones, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 12/18/2024. The Court acknowledged receipt of Lester Dobbey's motion for clarification [430], and the matter was brought to the attention of class counsel and defense counsel. The Clerk of Court is directed to update the case caption to reflect Kendricks v. Truitt et al. For the reasons stated on the record, the parties' joint motion to strike Plaintiffs' deadline to file their motion for preliminary approval of the class action settlement [428] is granted. Plaintiff Charles Kendricks' unopposed motion to withdraw named plaintiff [429] is granted, however the proposed amended complaint [429–1] is not accepted as this time. Instead, Class Counsel is granted leave to file a proposed fourth amended complaint incorporating the matters discussed on the record by 1/8/2025. Motion for preliminary approval of class action settlement due by 1/17/2025. In Court status hearing and anticipated preliminary approval hearing set for 1/23/2025 at 1:30 PM in courtroom 2141. Lead counsel are expected to appear in–person. Any other interested party may attend the hearing telephonically by dialing (650) 479–3207 and the access code is 1808131170. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.