**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Charles Kendricks, on behalf of himself and Class Members, | |
| Plaintiff, | Case No. 13-cv-1068 |
| v. | Hon. Andrea R. Wood |
| LaToya Hughes & Charles Truitt, | |
| Defendants. | |

# Exhibit 2



**PRIVILEGED & CONFIDENTIAL**

Clothing/ Personal Property Building - Page 1
WJE 2018.6172
10/30/2019

## CLOTHING/ PERSONAL PROPERTY BUILDING

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO270 | Storage and ancillary occupancy | 1940 | 250' x150' 1 story | Low slope with EPDM roofing and monitor skylights | Brick Masonry | Roof 1990? |

## Claimed Issue

▪ The integrity of the roof and building structure due to possible water damage and/or risk of structural insecurities

## Conditions Observed at Site

▪ Walls - **Perform masonry repairs, including rebuilding collapsed locations of west brickwork wall and rebuilding or demolishing guard towers**
  ° Brickwork is cracked and displaced in localized locations throughout the building.
  ° Brickwork on the exterior side of the west wall has collapsed at localized locations.
  ° Guard tower on north side has no roof and is in overall poor condition.






PRIVILEGED & CONFIDENTIAL

Clothing/ Personal Property Building - Page 2
WJE 2018.6172
10/30/2019

- Roof - **Replace EPDM roofing**
    ○ Ballasted and adhered EPDM roofing has shrunk. The shrinkage appears to have pulled the west gutter out. The shrinkage has also caused the adhered membrane to bridge between the monitor roofs and is restricting the flow of water off the roof. Leaks are prevalent within building, especially below roof valleys.
    ○ Previous EPDM membrane patches are no longer adhered.








**PRIVILEGED & CONFIDENTIAL**

Clothing/ Personal Property Building - Page 3
WJE 2018.6172
10/30/2019

- Interior - **Remove loose overhead concrete and investigate structural integrity of roof deck.**
  - ° Water leaks have caused corrosion and spalling of concrete roof structure at localized locations, especially at roof valleys.



**END OF REPORT**



PRIVILEGED & CONFIDENTIAL

Commissary Building - Page 1
WJE 2018.6172
10/30/2019

## COMMISSARY BUILDING

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO303 | Storage and ancillary use | 1940 | 120' x 120' 1 story | Low slope with EPDM roofing | Masonry | • Roof 1990? <br> • Tuckpointing 1997 (CDB No.120-230-096) |

## Claimed Issue

▪ The integrity of the roof and building structure due to possible water damage and/or risk of structural insecurities

## Conditions Observed at Site

▪ Walls - **Perform masonry repairs and tuckpointing at localized locations.**
  ° Brickwork is cracked and displaced in localized locations throughout the building.
  ° Localized cracks extend through the brickwork to the interior, making the wall susceptible to rainwater leaks.






**PRIVILEGED & CONFIDENTIAL**

Commissary Building - Page 2
WJE 2018.6172
10/30/2019

- Roof - **Repair of EPDM roof at localized locations. Inspect roof structure for damage due to water leaks.**
  - ° The adhered EPDM membrane has been previously repaired at the parapet wall and at exhaust fans, likely to address shrinkage of the membrane. The repaired EPDM is split along the gutter at the west end of the south wall. The EPDM is also split near the middle of the west parapet wall.
  - ° Roofing leaks have caused damage to portion of building with wood roof deck. Inspect the roof structure for damage due to water leaks and perform appropriate repairs.
- Interior - **Loose overhead ceiling tile at localized locations should be removed.**

 

**END OF REPORT**



PRIVILEGED & CONFIDENTIAL

Grounds - Page 1
WJE 2018.6172
10/30/2019

# GROUNDS

## Claimed Issue

▪ No claims

## Conditions Observed at Site

▪ **Repair unsafe stair conditions.** Uneven steps and missing stair nosings require safety repairs at localized locations.

▪ **Remove unsafe loose overhead material at walkway canopies.** Concrete walkway canopies are cracked and spalling at localized locations. Loose overhead material should be removed for safety.

 

## END OF REPORT



**PRIVILEGED & CONFIDENTIAL**

Gymnasium Building - Page 1
WJE 2018.6172
10/30/2019

## GYMNASIUM BUILDING

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO380 | Gymnasium and ancillary occupancy | 1980 | 200' x 110' 2 stories | Sloped with built up roofing membrane | Masonry | |

## Claimed Issue

▪ The integrity of the roof and building structure due to possible water damage and/or risk of structural insecurities

## Conditions Observed at Site

▪ Roofing - **Perform repairs at localized locations or replace roof if investigation finds that moisture is present within the roofing system.**
  ○ Water stains on the east and west ends of the north wall may indicate roof leaks.
  ○ The roofs are covered with built-up roofing membranes covered with flood coats and gravel.
  ○ The roofing over the low slope roof (south roof) includes multiple repaired blisters.
  ○ On the gable roof (3:12 slope), the gravel and asphalt appear to have slipped downslope. The edges of the fabric reinforcing plies are readily visible below a thin layer of asphalt.
  ○ At the perimeter of the gable roof, splits have developed in the previously repaired base flashing seams.
  ○ Water ponds at the east and west ends of the north parapet wall (above the water stained walls).
  ○ Roofing replacement may be warranted if investigation finds that moisture is present within the roofing system.







**PRIVILEGED & CONFIDENTIAL**

Gymnasium Building - Page 2
WJE 2018.6172
10/30/2019

- Interior - **Repair interior deteriorated walls and roof structure at localized locations.**
  - Roof leaks occur below the low slope roof area. Inspect condition of masonry walls and steel roof structure and perform appropriate repairs to correct deteriorated conditions.



**END OF REPORT**



PRIVILEGED & CONFIDENTIAL

Health Services Building - Page 1
WJE 2018.6172
10/30/2019

## HEALTH SERVICES UNIT

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO390 | Housing and medical | 1990 | 220' x 80' 2 stories | Low slope built up roofing | Concrete Masonry | |

## Claimed Issue

- The integrity of the roof and building structure due to possible water damage and/or risk of structural insecurities
- Evaluate the roof/ceiling in the shower units for any structural vulnerabilities

## Conditions Observed at Site

- Walls - **Perform masonry repairs and tuckpointing at localized locations.**
  - ° Cracks are present in concrete masonry walls.
  - ° Mortar is spalling out of joints at window heads.






- Interior - **Replace deteriorated metal housings in shower ceilings**
  - Metal housings are corroded and not well secured to the shower ceiling.



- Roof - **Repair roofing at expansion joint**.
  - The roof is covered with a built-up roofing membrane covered by a flood coat and gravel. The roofing in general appears to be in fair to good condition.
  - The building expansion joint is covered with a flexible joint cover that includes a rubber bellows between two sheet metal flanges. The cover was installed directly above the roofing and the flanges were coated with asphalt. The asphalt is not well adhered to the joint cover flanges.

 

**END OF REPORT**



PRIVILEGED & CONFIDENTIAL

Kitchen/ Dietary Building - Page 1
WJE 2018.6172
10/30/2019

## KITCHEN/ DIETARY BUILDING

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO210 | Kitchen, dining and ancillary occupancy | 1920 | 200' round 1 story | Low and steep sloped roofing | Brick Masonry | • Skylight 1972 <br> • Tuckpointing 1997 (CDB 120-230-096) |

Note: several ancillary wings to this building were reported to WJE by IDOC, to not be part of the Kitchen/Dietary building, and hence are not included in this report.

## Claimed Issue

▪ The integrity of the roof and building structure due to possible water damage and/or risk of structural insecurities

## Conditions Observed at Site

▪ Walls - **Replace displaced brick masonry, replace cracked terra cotta window heads, and perform tuckpointing at localized locations.**
  º Brickwork is cracked at localized locations, largely at the high wall between the flat roof and the sloped roof.
  º Deteriorated mortar joints should be tuckpointed. Prior masonry repairs were noted which were likely to repair similar conditions.
  º Cracked terracotta should be replaced. Underling steel should be inspected and repair as necessary.






PRIVILEGED & CONFIDENTIAL

Kitchen/ Dietary Building - Page 2
WJE 2018.6172
10/30/2019

- Roof - **Replace low-slope roofing membrane and recoat roofing cement at steep slope.**
  - The ballasted EPDM roofing on the low slope roof is shrinking and pulling away from the building wall at approximately 25 percent of the wall. Shrinkage related tears of the membrane have been patched. The patches are not watertight.
  - The modified bitumen roofing membrane on the steep slope roof is in fair condition. The roof deck steps down. The membrane transitions at the steps are coated with asphalt roofing cement. The cement is cracked and dry due to UV exposure.








PRIVILEGED & CONFIDENTIAL

Kitchen/ Dietary Building - Page 3
WJE 2018.6172
10/30/2019

- Interior - **Repair or replace broken window hardware**.
    - ° Operable window sash at localized locations have broken hinge arms.



**END OF REPORT**



PRIVILEGED & CONFIDENTIAL

Law Library/School Building - Page 1
WJE 2018.6172
10/30/2019

## LAW LIBRARY/ SCHOOL BUILDING

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO251 | Classrooms, library | 1940 | 220' x 120' 1 story | Low slope-single ply roofing | Brick Masonry | Roof 2018 |

## Claimed Issue

▪ The integrity of the roof and building structure due to possible water damage and/or risk of structural insecurities

## Conditions Observed at Site

▪ Brick masonry exterior walls were generally in fair condition without any, at-present, need for masonry repairs.
▪ Roofing was replaced in 2018 with new single ply KEE roofing membrane without any, at-present, need for repairs.
▪ **Insulate pipes and ductwork.**
   ○ Water leaks at localized locations inside the building appear to be due to condensation on cold pipes and ductwork. These should be insulated.

## END OF REPORT



## QUARTER HOUSES

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO221 | Housing and ancillary use | 1930 | 480' x 80' 6 stories | Sloped fiber cement roofing and modified bitumen membrane | Brick Masonry | ● Roofing/Walls 1994 (CDB No.120-230-083)<br>● Windows 2002 (CDB No. 230-108)<br>● Roofing 2015* |

\* 2015 Roofing Project (CDB 120-230-128) was reportedly not yet done

## Claimed Issue

■ The integrity of the roof and building structure due to possible water damage and/or risk of structural insecurities

■ Evaluate the roof/ceiling in the shower units for any structural vulnerabilities.



PRIVILEGED & CONFIDENTIAL

Quarter Houses - Page 2
WJE 2018.6172
10/30/2019

## Recommended Repairs and Conditions Observed at Site

- Walls – **Perform an investigation of brick masonry pier conditions and determine appropriate repairs.**
  - Many brick masonry piers have numerous vertical cracks. The cause of these cracks should be studied before appropriate repairs can be determined. Cracks may reduce the strength of the load-bearing piers, and may require rebuilding of masonry.









PRIVILEGED & CONFIDENTIAL

Quarter Houses - Page 3
WJE 2018.6172
10/30/2019

- Interior - **Investigate cracked masonry interior walls and determine appropriate repairs.**
  - Load-bearing interior masonry walls at localized areas have large cracks. Cracks may reduce the support of decks that bear on these wall and may require rebuilding or other repairs.






**PRIVILEGED & CONFIDENTIAL**

Quarter Houses - Page 4
WJE 2018.6172
10/30/2019

- Windows – **Replace broken glass.**
  - Large windows are present between brick masonry piers. On one long elevation (northeast) the windows have broken glass at localized conditions. At the other long elevation (southwest), the windows have been replaced with glass block units and are in good condition.

 



PRIVILEGED & CONFIDENTIAL

Quarter Houses - Page 5
WJE 2018.6172
10/30/2019

- Roof – **Perform scheduled roofing repair project.**
    - The sloped roof includes a gypsum plank deck supporting corrugated fiber cement roofing panels. The roof drains to built-in gutters covered with a modified bitumen membrane. The bottom rows of gypsum plank are water stained and water damaged. The damage may be related to ice damming.
    - The modified bitumen roofing in the built-in-gutters is wrinkled and blistered with open seams.
    - Metal parapet copings are displaced at localized locations.








PRIVILEGED & CONFIDENTIAL

Quarter Houses - Page 6
WJE 2018.6172
10/30/2019

- Showers – **Rebuild shower ceilings.**
  - ° Two ground floor shower rooms have plaster finish ceilings on wood support framing. The wood framing has wood decay observed at open vantage points. These two ceilings should be rebuilt with a more durable ceiling framing material than wood for a shower room environment.
  - ° The plaster finish ceilings for the shower rooms on upper floor levels have indeterminate support framing. In one of these shower rooms, a portion of the plaster finish reportedly fell. These shower rooms should have the plaster finish removed to determine the condition of the ceiling support framing and to repair deficiencies.






PRIVILEGED & CONFIDENTIAL

- Floors – **Repair uneven floor and stair conditions.**
  - ° Concrete floors have a finish material that is bulging at localized conditions, which represents a safety concern. Investigate the cause of this condition and make appropriate repairs.
  - ° Concrete finish on steel stairs is cracked and spalled at localized conditions, which represents a safety concern.

 



**PRIVILEGED & CONFIDENTIAL**

Quarter Houses - Page 8
WJE 2018.6172
10/30/2019

- Service Chase – **Investigate running water condition and determine appropriate repair.**
  ○ At the ground level service chase, cored holes occur through the concrete floor rendering vantage points to see into the space below. Running water was observed in this space below the first level. Investigate the source of this running water and determine appropriate repairs to correct this condition.



**END OF REPORT**



PRIVILEGED & CONFIDENTIAL

## THEATER BUILDING

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO339 | Large occupancy events | 1940 | 140' x100' 2 stories | Hipped shingle roofing /Low slope built up roofing membrane | Masonry | ● Roof 1994 (CDB No.120-230-083)<br>● Roof 2015* |

* 2015 Roof Project (CDB No. 120-230-128) was reportedly not yet done

## Claimed Issue

▪ The integrity of the roof and building structure due to possible water damage and/or risk of structural insecurities



PRIVILEGED & CONFIDENTIAL

Theater Building - Page 2
WJE 2018.6172
10/30/2019

## Conditions Observed at Site

- **Walls - Perform brick masonry repairs and tuckpointing at localized locations, including repair or replacement of steel lintels where necessary.**
  - ° Brickwork is cracked and displaced in localized locations throughout the building especially at parapet walls, rooftop gable walls, rooftop chimney, and above window openings.
  - ° Steel lintels over window openings are corroding, causing brickwork distress.








PRIVILEGED & CONFIDENTIAL

Theater Building - Page 3
WJE 2018.6172
10/30/2019

- Roof - **Replace gable roofing and deteriorated stone coping units**.
  - ° Asphalt shingle roofing is in poor condition. The shingles are aged, curled and cracked. Several tabs near the gutters are missing. The insulation above the deck is exposed to the weather.
  - ° Stone parapet wall coping units are deteriorated at localized locations.









**PRIVILEGED & CONFIDENTIAL**

Theater Building - Page 4
WJE 2018.6172
10/30/2019

- **Repair canopy roofing and deteriorated framing**. Wood-framed entrance canopy appears to have decayed wood framing due to water leaks.



**END OF REPORT**



PRIVILEGED & CONFIDENTIAL

X-House Page 1
WJE 2018.6172
10/30/2019

## X-HOUSE

| IDOC Bldg. No. | General Function | Original Constr. Era | Approx. Size | General Roof Type | General Wall Type | Recorded Capital Improvement (date and CDB project if known) |
|---|---|---|---|---|---|---|
| CO335 | Housing and ancillary use | 1920/ 1940 | 140' x 80' 2 stories | Low slope-built up roofing | Masonry | • Roof 1991 (CDB No.120-230-076) • Tuckpointing 1997 |

## Claimed Issue

▪ The integrity of the roof and building structures due to possible water damage and/or risk of structural insecurities
▪ Evaluate the roof/ceiling in the shower units for any structural vulnerabilities

## Conditions Observed at Site

▪ Walls - **Perform brick masonry repairs and tuckpointing at localized locations, including repair or replacement of steel lintels where necessary.**
  ° Brickwork is cracked and displaced in localized locations throughout the building.
  ° Steel lintels over window openings are corroding, causing brickwork distress.







PRIVILEGED & CONFIDENTIAL

X-House Page 2
WJE 2018.6172
10/30/2019

- Glass Windows - **Replace broken glass.**
  - ° Single pane glass in steel sash windows are frequently cracked and/or missing.

- Roof - **Repair roofing at localized skylight conditions.**
  - ° The roof is covered by a ballasted EPDM membrane. At the parapet walls, the membrane was previously cut and repaired, likely to address shrinkage of the EPDM membrane. The membrane around the skylights was not repaired and shrinkage is pulling the membrane away from the skylights.








PRIVILEGED & CONFIDENTIAL

X-House Page 3
WJE 2018.6172
10/30/2019

- Shower Rooms - **Repair deteriorated ceiling/walls and broken glass in skylight.**
  - ° The plaster ceiling is deteriorated and loose at localized conditions and should be repaired. Wall finishes are deteriorated at localized conditions and should be repaired.
  - ° One shower room has a skylight above with broken glass. Remove all broken glass and restore with weather-tight materials.









**PRIVILEGED & CONFIDENTIAL**

X-House Page 4
WJE 2018.6172
10/30/2019

- Service Chase - **Repair opening in masonry wall.**
  - The service chase extends to an outside masonry wall. There is an opening in that wall that once had a window, but now is only boarded up. There are signs of rain water leaks through that boarded up opening. Repair the opening to restore a weather-tight enclosure.



**END OF REPORT**