MR

Objection to Class Settlement in Kendricks, et al., v. Truitt, et al., Case No. 13-cv-01068"

2-16-25

FILED
FEB 21 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

William Jenkins #B28587

I object to the settlement because I remain at Stateville despite alleged closure under horrible conditions where they've done nothing to improve it regardless of water being toxic we have to bathe in it and food is prepared with it despite our health already being compromised we are under segregation conditions with no recreation or access to video visits that are vital for individuals such as I whom am not from the Chicago region to keep in touch with my children and loved ones. No recreation, programs or activity offered to incarcerated individuals at other prisons and health care is horrible to where they didnt give us water for a month and I was reduced to drinking out the sink and believe now I have a lump on my testical from the water thats gone a month without being confirmed. Food is cold regurly and the carts rented for not having a kitchen have not been paid for and the company cant get on grounds to repo.

Wm Jenkins

Jm. Jenkins #B03857
P.O. Box 112
Joliet, Il. 60434

The Clerk of the U.S. District Court
ATTN: Kendrick V. v. Truitt, et al., No. 13C 1068
219 South Dearborn St
Chicago, Il. 60604

S SUBURBAN 604
18 FEB 2025 PM 3 L

IDOC LEGAL MAIL

RECEIVED
FEB 21 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-189423



02/21/2025-1



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022