MR

In The United States District Court
For The Northern District of Illinois

Kendricks,
Plaintiff
V.
Truitt et. al.
Defendant

Case No. 13-CV-01068

FILED
MAR 13 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I, James Barnwell A15031, IDOC, Stateville infirmary. Objected to Class Settlement in Kendricks, et al. V Truitt et al. Case No. 13. CV. 01068.

1) The Water is still unsafe to Drink or Shower in, in the infirmary

2) The Vents are Clog up with and stuffed with Toxics dust stuff. They have not been Clean for years

From the time I have been placed in the infirmary, I have requested a work order to be put in to Clean the Vests I showed them to Attorney Sophia Lau from the Equip For Equality this was in February 2025, 11th. She also seen the dirty Shower, and the Water Was in the Shower Was Cold for 4 days February 12-16 2025. I have been in the infirmary Since July 3, 2024. I had to Come back to the infirmary because I couldn't Breath, because it was to Hot in the Cell House (C-245.) When I was placed in the infirmary, I was

(Page 2)

Placed on a oxygen Machine for My Shorten of Breath.

3.) the Food was Cold and the Same. ever other day we had to eat the Same For Cold Food we ate before. day after day we had to eat the Same two day old food.

4.) I have Stage 4 Cancer (Lung) it also has speaded to My Leg. I also have COPD, so the Vests being Clog up. I have been suffer physical Mental and Emotional injuries since I have been in this Stateville infirmary

5.) the defendants Violated Title II ~~by~~ of the ADA by holding Plaintiff.

Pag. 3

Constituents in unduly restrictive and isolating Conditions Compared to Me Without disablities, because of My disabilities.

5.), being in the infirmary the First 4 months I was lock down 23 Hour a day had No access to School, Job, Church Yard, Commissary ones a Month,

6.), the Cell was either to Hot or to Cold, over the past 7 Months this infirmary is toxic.

7) the sink water Come out rusting Most of the time, you Kept Wash your face or hands, And, turns Black like

Page 4

7) The Prison infirmary did't stop Feeding us the same Food until We I told them I would Suit them. The Food Was Cold and the Same. So I had to tell staff I was going to File a law suit over these Condition And the Mental, emotional & injuries I was suffering.

For all the above reason I hereby Objected to Kendrick's V. Truitt, Et, al, Settlement.

Respectfully Submitted
James Barnwell
A15031 Prisoner

James Baemuel A45031
Stateville Prison
P.O. Box 112
Joliet, Ill 60434

IDOC LEGAL MAIL

US POSTAGE $001.77
ZIP 60434
0000390873 MAR 07 2025

03/13/2025-17

RECEIVED
MAR 13 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

The Clerk of U.S. District Court for
The Northern District Illinois
Att: Kendrick v. Truitt et al C' 1068
219 South Dearborn Street ?
Chicago IL    60604

SCREENED
MAR 13 2025
US MARSHAL

Legal Mail