IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES KENDRICKS, on behalf of himself and the Class Members,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHARLES TRUITT and LATOYA HUGHES, in their official capacities,<br><br>　　　　Defendants. | Case No. 13-cv-1068<br><br>Hon. Andrea R. Wood |

## NOTICE OF FILING

Pursuant to the Court's Order preliminarily approving the class action settlement, ECF 443, Defendants hereby provide notice of the completion of (a) the class notice process (Ex. 1), and (b) the Class Action Fairness Act notice process pursuant to 28 U.S.C. § 1715(b) (Ex. 2).

| | |
|---|---|
| Dated: March 14, 2025 | Respectfully submitted, |
| R. Douglas Rees<br>R. Henry Weaver<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>115 S. LaSalle St.<br>Chicago, IL 60603<br>(312) 814-3000<br>richard.rees@ilag.gov<br>robert.weaver@ilag.gov | Defendants Charles Truitt and Latoya Hughes, in their official capacities<br><br>KWAME RAOUL<br>Illinois Attorney General<br><br>By: /s/ *R. Henry Weaver* |