# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES KENDRICKS, on behalf of himself and the Class Members,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES TRUITT and LATOYA HUGHES, in their official capacities,<br><br>Defendants. | Case No. 13-cv-1068<br><br>Hon. Andrea R. Wood |

**DECLARATION OF BRONWYN SEARS**

I, Bronwyn Sears, have personal knowledge of the facts and matters discussed in this declaration, and if called as a witness, would testify as follows:

1. I am employed in the position of Staff Legal Counsel with the Illinois Department of Corrections, with responsibilities relating in part to the Stateville Correctional Center and its adjacent facilities.

2. On January 29, 2025, the Court granted preliminary approval to the settlement proposed by the parties, ordering that "[w]ithin 14 days of entry of this Preliminary Approval Order, Defendants shall provide a copy of the class notice form via hand delivery to each Class Member at Stateville Health Care Unit." ECF 443 ¶ 8.

3. On February 5, 2025, I personally provided copies of the approved Notice to individuals housed at the Stateville Health Care Unit on that date via hand delivery, using the following procedure:

   a. I caused to be printed 40 copies of the approved Notice.

   b. On February 5, 2025, 21 individuals resided in the Stateville Health Care Unit.

   c. I personally handed printed copies of the approved Notice to each of the following fifteen individuals: Uriel Vega, Andrew Waldrop, Willis Reese, Alejandro Sotelio, Terry Brown, Alex Sawyer, Doris Sterling, Edward Daniels, Johnny Borizov, William Jenkins, James Barnwell, Sylvester Henderson, Darien Chandler, Eddie Williams, and Philip Elijah.

1

    d.    I personally left a printed copy of the approved Notice in the living spaces of each of the following six individuals, who were not present in their living spaces at the time class notice was executed: Cesar Ruiz, Eric Blue, James Edwards, Dontrell Logan, Maurice Coleman, and Charles Kendricks. I personally spoke with all of these individuals to alert them to the fact that the approved Notice had been left in their living space, with the exception of James Edwards, who was not available to speak with me that day.

    e.    I left the nineteen remaining copies of the approved Notice with the Health Care Unit Administrator, to be provided to any individuals who might become residents of the Stateville Health Care Unit between February 5 and the deadline to submit objections and comments regarding the settlement of the above-captioned action.

4.    I declare under the penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

Dated: March 12, 2025

Bronwyn Sears

2