mf

FILED
MAR 24 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In The United States District Court
For the Northern District of Illinois

Kendricks,
　　Plaintiff
　　V.
Truitt el, al
　　Defendant,

Case No. 13-CV-01068

I. _____ . IDOC Stateville infirmary, hear by objected to the Class Action Settlement in Kendricks et. al. V. Truitt el, al. Case No. 13 CV. 01068.

1). The Water is still unsafe to Drink or Shower in the infirmary.

2). The Vests are Clog up with all Kind of Stuffe, with Toxics dust that has been in the Vests For year, (you Can't Find a Work order that would Show they have been Cleam)

3). I have been Complaining about this Dusting Cell and Clog Vest, I have regested From Sgt. Lt. and Warden, to please Cleam the Vest, to No avail

4) The Shower Water is Cold Most of the time.

5) The Cell is Cold or to Hot in the summer time, you Cantn Breath

6) The Food is Cold and they (Stuff) Service us the same Food two or three time in row

7) I have been suffering physical Mental and Emotional

8) They Violated the ADA, by holding unConstituants in this Toxic Place the damage has been done to Me Emotional

9) So I objected for the following above reason.

Respectfully Submitted
Name Mitchell Bryan # Y28805

Pursuant to 28USC 1746, 18USC 1621 or 735 ILCS 5/109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that information contained therein is true and correct to the best of my knowledge.

DATE 3/9/2025

/s/ Dantrell Ogan

AFFIANT Name: Dantrell Ogan   IDOC# Y28805

Stateville CORRECTIONAL CENTER

PO BOX 112

Illinois IL 60434

Contrell Logan
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

Legal Mail

IDOC
LEGAL
MAIL

The clerk of the U.S District court for the Northern District of Illinois
Attn: Kendricks v.v. Truitt, et al No. 13c1068
219 South Dearbon street
Chicago, IL 60604



03/24/2025-12

RECEIVED
MAR 24 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



10 MAR 2025 PM 5 L

S. SUBURBAN IL 604



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



© USPS 2022