**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES KENDRICKS, on behalf of himself and the Class Members, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES TRUITT and LATOYA HUGHES, in their official capacities, <br><br> Defendants. | No. 13-cv-01068 <br><br> Judge Andrea R. Wood |

**ORDER APPROVING FINAL SETTLEMENT OF CLASS ACTION**

This matter having come before the Court on April 24, 2025, for final approval of class action settlement, and the Court having heard argument and considered the submissions presented to it, the Court makes the following findings:

1. This class action was commenced on February 8, 2013. ECF No. 1. This matter was vigorously prosecuted and vigorously defended on behalf of all parties.

2. The parties regularly engaged in settlement discussions for the last several years. During the course of this litigation some individual class members received interim relief.

3. In early 2025 the parties reached a settlement, and Plaintiff filed an unopposed motion for preliminary approval of the Settlement and for dissemination of notice pursuant to Fed. R. Civ. P. 23(e)(1)(B). This Court granted preliminary approval as set forth in the Court's Order dated January 29, 2025.

4. Due notice of the pendency of this litigation, the substance of the proposed Settlement, and the Fairness Hearing was ordered given in the form and manner approved and directed in the Court's preliminary approval order.

1

5. The Parties have shown, and this Court finds, that the Class Notice was timely provided in accordance with the Court's preliminary approval order. The dissemination of the Class Notice in this manner was the best notice to the Class practical under the circumstances, and satisfies the requirements of due process and Federal Rule of Civil Procedure 23.

6. Pursuant to the Class Notice, interested persons were given notice that the Court would hold a hearing on the joint motion for final approval on April 24, 2025 (the "Fairness Hearing").

7. On April 24, 2025, the Court conducted a Fairness Hearing pursuant to Fed. R. Civ. P. 23(e)(2), affording the parties and all other interested persons the opportunity to be heard in support of and in opposition to the proposed Settlement Agreement. After reviewing and considering the papers filed in support of the Settlement Agreement and the evidence, argument, comments and objections submitted at the Fairness Hearing, the Court has made a finding that the Settlement Agreement is fair, reasonable and adequate to bind class members.

The Court having fully considered the matter and good cause appearing, hereby:

(1)  approves the Settlement Agreement, and

(2)  dismisses this case with prejudice

ENTERED:

Dated: April 29, 2025

_____
Andrea R. Wood
United States District Judge